AO 440 (Rev. DC - September 2003) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
## District of Columbia

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Valerie Kline
83 E Street
Lothian, MD 20711

**SUMMONS IN A CIVIL CASE**

07-0451

V.

Linda M. Springer, Director
U. S. Office of Personnel Management
1900 E Street, NW.
Washington, D.C. 20415

TO: (Name and address of Defendant)

Jeffrey A. Taylor, U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF    (name and address)

Valerie Kline
83 E Street
Lothian, MD 20711

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    DATE    MAR 0 8 2007

CLERK

_Janette Steward-Cureton_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *03-12-07* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *[signature]* | *Margaret I. Rivera* |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: *Lakesha Carroll, 501 3rd St NW*
*Washington, DC 20530*

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Lakesha Carroll, Agent*

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *03-12-07*
_____
Date

*[signature]*
_____
*Signature of Server*

*1209 Warder Dr.*
*Owings, MD. 20736*
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.