AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
MAR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Valerie Kline
83 E Street
Lothian, MD 20711

V.

Linda M. Springer, Director
U. S. Office of Personnel Management
1900 E Street, NW.
Washington, D.C. 20415

**SUMMONS IN A CIVIL CASE**

07-0451 JR

TO: (Name and address of Defendant)

Linda M. Springer, Director
U. S. Office of Personnel Management
1900 E Street, NW.
Washington, D.C. 20415

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  (name and address)

Valerie Kline
83 E Street
Lothian, MD 20711

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    MAR 0 8 2007

CLERK                                          DATE

*(signature)* Janette Stewart-Curetn

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 03-12-07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Margaret I. Rivera | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1900 E. Street N.W. Washington D.C. 20

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tiffany Dargin - for Kathy Whipple Agent

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-12-07
             Date

Signature of Server: Margaret I. Rivera

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline
83 E Street
Lothian, MD 20711

V.

**SUMMONS IN A CIVIL CASE**

Linda M. Springer, Director
U. S. Office of Personnel Management
1900 E Street, NW.
Washington, D.C. 20415

TO: (Name and address of Defendant)

Linda Singer, Acting Attorney General
Office of the Attorney General
441 4th Street NW, Suite 1060 N
Washington, DC 20001

WRONG AG

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF    (name and address)

Valerie Kline
83 E Street
Lothian, MD 20711

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        MAR 0 8 2007
CLERK                          DATE

_(signature)_
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 03-12-07 |
| NAME OF SERVER (PRINT)  Margaret I. RIVERA | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 441 4th St. N.W.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gale Rivers, Agent

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-12-07
         Date

Signature of Server: Margaret I. Rivera

Address of Server: 1209 Wander Dr.
Owings, MD, 20736

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.