U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711 | *<br>*<br>*<br>* | |
| Plaintiff | * | |
| v. | * | Case No. 1:07CV00451 (JR) |
| | * | |
| Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415 | *<br>*<br>*<br>* | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR LEAVE TO MAKE ELECTRONIC FILINGS**

Plaintiff, pro se, hereby requests leave of this Court to file pleadings and other documents in this case electronically. Plaintiff is currently pursuing a Juris Doctor degree from Northwestern California University School of Law. Plaintiff is also computer literate and would have no difficulty in filing documents electronically should the Court allow her to do so. Electronic filings would have a cost savings since Plaintiff would not need to physically file documents with the Court or expend monies for postage and handling.

Therefore, Plaintiff respectfully requests that his honorable Court allow Plaintiff to make electronic filings in this matter.

Respectfully submitted,

_Valerie Kline_
Valerie Kline, pro se
83 E Street
Lothian, MD  20711

**RECEIVED**
MAR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I certify that I sent via regular mail on March 13, 2007, a copy of the Request for Leave to Make Electronic Filings to:

        Linda M. Springer, Director
        U.S. Office of Personnel Management
        1900 E Street, NW.
        Washington, D.C. 20415

        Jeffrey A. Taylor, U.S. Attorney
        Judiciary Center Building
        555 Fourth Street, NW.
        Washington, D.C. 20530

        Linda Singer, Acting Attorney General
        Office of the Attorney General
        441 4th Street, NW., Suite 1060 N
        Washington, D.C. 20001

        Respectfully submitted,

        Valerie Kline
        83 E Street
        Lothian, MD 20711
        (301) 509-2684

U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline <br> 83 E Street <br> Lothian, MD 20711 <br><br> Plaintiff <br><br> v. <br><br> Linda M. Springer, Director <br> U. S. Office of Personnel Management <br> 1900 E Street, N.W. <br> Washington, D.C. 20415 <br> Defendant | Case No. 1:07CV00451 (JR) |

*********************************:***********************

## ORDER

For the reasons stated in the Request for Leave to Make Electronic Filings, the Court hereby GRANTS Plaintiff's request to make electronic filings in this case.

James Robertson, Jr.
United States District Judge