IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE KLINE<br>83 E Street<br>Lothian, MD 20711<br><br>          Plaintiff,<br><br>          v.<br><br>LINDA M. SPRINGER, Director,<br>U.S. Office of Personnel Management<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0451 (JR) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                            Respectfully submitted,

                                            _____/s/_____
                                            CLAIRE WHITAKER, Bar #354530
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Room E4204
                                            Washington, D.C.  20530
                                            (202)514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this _____ day of March, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137