UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE,<br>83 E Street<br>Lothian, Md 20711<br><br>    Plaintiff,<br><br>v.<br><br>LINDA M. SPRINGER, DIRECTOR<br>United States Office of Personnel<br>Management,<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>    Defendant. | Case Number:<br>1:07-CV-451 (JR) |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendant answers plaintiff's first amended complaint as follows:

### FIRST DEFENSE

Plaintiff's First Amended Complaint supersedes plaintiff's original complaint. Nevertheless plaintiff attempts to incorporate by reference her first complaint. To the extent that she has failed to include averments that appeared in her original complaint, they are no longer before the Court.

### SECOND DEFENSE

Plaintiff's claims are barred in whole or in part because she failed to exhaust administrative remedies.

1

THIRD DEFENSE

Plaintiff's only remedies for the claims alleged in this cause of action are pursuant to Title VII of the Civil Rights Act of 1964, as amended. Plaintiff's Breach of Promise claim and Fraudulent Misrepresentation claims are not properly before this Court.

FOURTH DEFENSE

In response to the factual allegations in the separately numbered paragraphs of the Amended Complaint, defendant responds as follows:

ADDITIONAL JURISDICTIONAL BASIS

1. The statement contained in paragraph 1 is not an allegation requiring a responsive pleading but contains a conclusion of law and the Plaintiff's characterization of this action to which no response is required.

COUNT 1

(Breach of Promise)

2. Denied.

3. Defendant is without sufficient information to admit or deny the allegations in paragraph 3.

4.-7. Denied.

COUNT II

(Fraudulent Misrepresentation)

8-15. Denied.

COUNT III

(Race Discrimination)

16.- 20. Denied.

## COUNT IV

(Sexual Harassment Discrimination and Retaliation)

21.- 30.  Denied.

## COUNT V

(Race Discrimination and Retaliation)

31.- 36.  Denied.

## COUNT VI

(Sexual Harassment, Sex Discrimination and Retaliation)

37.- 43.  Denied.

## COUNT VII

(Race and Sex Discrimination and Retaliation)

44.- 49.  Denied.

## COUNT VIII

(Race and Sex Discrimination and Retaliation)

50.- 55.  Denied.

## COUNT IX

(Race and Sex Discrimination and Retaliation)

56.- 61.  Denied.

## COUNT X

(Race and Sex Discrimination and Retaliation)

62.- 67.  Denied.

## COUNT XI

(Race and Sex Discrimination and Retaliation)

68. - 73.  Denied.

## COUNT XII

(Sex Discrimination and Retaliation)

74.- 79.  Denied.

## COUNT XIII

(Retaliation)

80.- 84.  Denied.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted such other relief as the Court deems appropriate.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137