UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, )<br>)<br>  Plaintiff, )<br>) <br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR )<br>United States Office of Personnel )<br>Management, )<br>)<br>  Defendant. )<br>_____) | Case Number:<br>1:07-CV-451 (JR) |

## MOTION TO CONTINUE

Defendant moves this Court to continue the Initial Scheduling Conference, presently set for June 14, 2007, at 11:00 am, to a date in July or August. Defendant's counsel has attempted unsuccessfully to contact plaintiff who proceeding pro se. The telephone number listed in the docket is a store and the telephone number listed on the Amended Complaint answers as "Ellen."

The reason for this requested continuance is that undersigned counsel primarily assigned to this case will be in California visiting her daughter between June 7, 2007, and June 19, 2007. Although counsel could ask a colleague to attend the conference, because the schedule governing this case will be established at the conference counsel believes that as lead counsel, she should be in attendance.

Accordingly, it is respectfully requested that the Initial Scheduling Conference be rescheduled for a date during July or August. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by First-Class mail, postage prepaid on:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this 4th day of June, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: |
| v. ) | 1:07-CV-451 (JR) |
| ) | |
| LINDA M. SPRINGER, DIRECTOR ) | |
| United States Office of Personnel ) | |
| Management, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of defendant's motion to continue, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that the Initial Scheduling Conference, presently scheduled for June 14, 2007, is rescheduled to _____.

_____
**UNITED STATES DISTRICT COURT**

**VALERIE KLINE, pro se**
83 E Street
Lothian, MD 20711

**CLAIRE WHITAKER**
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, DC 20530