**U.S. DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711 | *<br>*<br>*<br>* | |
| Plaintiff | * <br>* | |
| v. | * <br>* | Case No. 1:07-CV-451 (JR) |
| Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415 | *<br>*<br>*<br>* | |
| Defendant | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE TO MOTION TO CONTINUE**

Plaintiff has no objection to continuing the Initial Scheduling Conference presently set for June 14, 2007, to a date in a date in mid July or August. However, plaintiff would like to state that the telephone number listed in the docket is not the one that plaintiff indicated in the Complaint.

The telephone number indicated in the Amended Complaint is also the correct number, which does <u>not</u> answer as "Ellen" as defendant claims. This is a false statement and should be corrected by the defendant. Defendant left a message on plaintiff's telephone for the plaintiff to call her on Saturday, June 2, 2007. Plaintiff attempted to return the defendant's telephone call on Tuesday, June 5, 2007, and left a message with her office but defendant never called back.

Respectfully submitted,

*/s/ Valerie Kline*

Valerie Kline, pro se
(301) 509-2684

CERTIFICATE OF SERVICE

I certify that a copy of the Response to Motion to Continue was sent via First Class mail on June 8, 2007, to:

        Clara M. Whittaker
        Assistant U.S. Attorney
        Judiciary Center Building
        555 Fourth Street, NW.
        Washington, D.C. 20530

By: _____
    Valerie Kline, pro se
    (301) 509-2684