**U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711 | * * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 1:07-CV-451 (JR) |
| Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C.  20415 | * * * * * | |
| Defendant | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff hereby requests the Clerk of the Court to enter a default judgment against Defendant for $9,600,000 based upon the attached affidavit of the amount due.

Respectfully Submitted,

*/s/ Valerie Kline*
Valerie Kline

## AFFIDAVIT IN SUPPORT OF DEFAULT

1. On March 8, 2007, I filed a complaint against defendant Linda Singer of the U. S. Office of Personnel Management for discrimination.

2. A copy of the Complaint was served on the defendant and the U.S. Attorney on March 12, 2007 and on the U.S. Attorney General on March 20, 2007.

3. Defendant was given 60 days to respond to the Complaint.

4. On April 19, 2007, the complaint was amended.

5. A copy of the Amended Complaint was served on the defendant, the U.S. Attorney and the U.S. Attorney General on April 19, 2007, via U.S. Mail.

6. As of June 25, 2007, Plaintiff has failed to answer the Complaint or the Amended Complaint.

7. The Complaint seeks a judgment of $9,600,000 against the defendant.

### Certification

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true and correct to the best of my knowledge, information and belief.

_Valerie Kline_                    6-25-2007
Valerie Kline                      Date

CERTIFICATE OF SERVICE

I certify that a copy of the ENTRY OF DEFAULT JUDGMENT and AFFIDAVIT IN SUPPORT OF DEFAULT were sent via first class mail on June 25, 2007, to: Alberto R. Gonzales, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW., Washington, DC 20530-0001; Clara M. Whittaker, Esq., Assistant U.S. Attorney, Judiciary Center Building, 555 Fourth Street, NW., Washington, D.C. 20530; Robin Richardson, Esq., Office of the General Counsel, U.S. Office of Personnel Management, 1900 E Street, NW., Washington, D.C. 20415

Respectfully submitted,

Valerie Kline
83 E Street
Lothian, MD 20711
(301) 509-2684