AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline
83 E Street
Lothian MD 20711

**SUMMONS IN A CIVIL CASE**

V.

Linda M. Springer, Director
U.S. Office of Personnel Management
1900 E Street, NW.
Washington, D.C. 20415

CASE NUMBER:  1:07 CV 00451
JUDGE:  James Robertson
DECK TYPE:  Employment Discrimination
DATE STAMP:  03/08/2007

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General
U.S. Department of Justice   Room B-103
950 Pennsylvania Avenue, NW.
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Valerie Kline
83 E Street
Lothian, MD  20711

**RECEIVED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 1 9 2007

CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 03-2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Margaret I. RIVERA | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Gldr. DUS/Main Bld., Nac-Town B-Lt /2006_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-20-07
            Date          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.