U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline | * | |
| 83 E Street | * | |
| Lothian, MD 20711 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. Case No. 1:07-cv-451 |
| | * | |
| Linda M. Springer, Director | * | |
| U. S. Office of Personnel Management | * | |
| 1900 E Street, N.W. | * | |
| Washington, D.C. 20415 | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR RECONSIDERATION

On June 26, 2007, the Court denied the June 25, 2007 request for Entry of Default Judgment by stating that defendant's answer was filed on May 3, 2007, and that plaintiff was served by mail. While a copy of that answer was <u>not</u> received in the mail, an electronic copy of defendant's Answer to First Amended Complaint was transmitted and received on June 28, 2007.

While acknowledging that the First Amended Complaint incorporated the original Complaint by reference, defendant wildly claims that the original Complaint is not before the Court as justification for its failure to answer it.

Incorporating by reference an original complaint into an amended complaint is permissible. See *El-Hadad v. Embassy of the U.A.E.*, 69 F. Supp. 2d 69 ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading.")  Incorporating by reference is a common practice condoned by this Court. See, for example, *Watson v. District of Columbia,* 2005 U.S. Dist. LEXIS 16938; *Keith v. United States RRB*, 2006 U.S. Dist. LEXIS 50598; *Klayman v. Judicial Watch, Inc.*, 2007 U.S. Dist. LEXIS 24706; and *Zandford v. NASD,* 30 F. Supp. 2d 1.

The original Complaint is still before this Court because it was incorporated into the First Amended Complaint, as defendant realizes, and as sanctioned by this Court in *El-Hadad, Id.*  And because it is still before this Court, defendant was required to answer it but failed to do so.  Therefore, it is requested that the Court direct the Clerk of the Court to proceed with entering the judgment by default against defendant.  Alternatively, it is requested that the Court compel defendant to answer the original Complaint within 10 days.

Respectfully submitted,

*[signature: Valerie Kline]*

Valerie Kline, *pro se*
83 E Street
Lothian, MD  20711
(301) 509-2684

Certificate of Service

    I certify that I sent via regular mail on June 29, 2007, a copy of the Motion for Reconsideration to:

        Jeffrey A. Taylor
        U.S. Attorney
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

        Clara M. Whittaker
        Assistant U.S. Attorney
        Judiciary Center Building
        555 Fourth Street, NW.
        Washington, D.C. 20530

        Robin Richardson, Esq.
        Office of the General Counsel
        U.S. Office of Personnel Management
        1900 E Street, NW.
        Washington, D.C. 20415

        Respectfully submitted,

        */s/ Valerie Kline*

        Valerie Kline
        83 E Street
        Lothian, MD 20711
        (301) 509-2684

U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711<br><br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br>　　　　　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 1:07-cv-451 JR |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

For the reasons stated in the Motion for Reconsideration, it is hereby

ORDERED that the Minute Order denying the Entry of Default Judgment in this case is REVERSED and

FURTHER ORDERED and that the Clerk of the Court shall enter a judgment by default in this case.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James Robertson
　　　　　　　　　　　　　　　　　　　　　United States District Judge