**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**MOTION TO EXTEND FOR FILING DISPOSITIVE MOTIONS**

Defendant moves this Court to for a ten-working-day extension of the time to file defendant's dispositive motions in this case, to and including January 2, 2008. Dispositive motions are presently due on December 17, 2007. See Minute Order, dated November 15, 2007.

Defendant's counsel has attempted unsuccessfully to contact plaintiff to determine whether she will consent to this motion.

Defendant requests an extension of time for the following reasons:   Between December 3 and 13, 2007, undersigned counsel has been engaged in defending or taking depositions in three other civil actions in this Court, i.e., Sanders v. U.S., C.A. 07-1169 (ESH), Carvalho v. Winters, C.A. 02- 2218 (RWR), and Lipscomb v. Winter, C.A. 07-103 (JDB).  These depositions have taken counsel out of the office for extended periods of time during the first two weeks of December.  Nevertheless, a draft of defendant's dispositive motion has been prepared.  However, it must be finalized and then undergo agency and supervisor review.  Because of the holiday season and the resulting

unavailability of staff, defendant requests ten additional working days to accomplish the described tasks.

Accordingly, it is respectfully requested that the due date for defendant's motion to dismiss or, in the alternative, for summary judgment be extended to and including January 2, 2008.  A proposed order is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by First-Class

mail, postage prepaid on:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this 14th day of December, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of defendant's motion to extend, any opposition thereto, and for good cause shown, it is this _____day of _____, 200__

ORDERED, that the due date for dispositive motions is extended to January 2, 2008 (vice December 17, 2007), with oppositions and replies due in accordance with the rules of this Court.

_____
**UNITED STATES DISTRICT COURT**

**VALERIE KLINE, <u>pro se</u>**
**83 E Street**
**Lothian, MD 20711**

**CLAIRE WHITAKER**
**Assistant U.S. Attorney**
**555 4th St., N.W. E-4204**
**Washington, DC 20530**