UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE KLINE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case Number:** |
| v. ) | **1:07-CV-451 (JR)** |
| ) | |
| **LINDA M. SPRINGER, DIRECTOR** ) | |
| United States Office of Personnel ) | |
| Management, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO EXTEND FOR FILING DISPOSITIVE MOTIONS**

Defendant moves this Court to extend the time for filing defendant's dispositive motions in this case to and including January 9, 2008. It is presently due on January 2, 2008. This is defendant's second motion to extend time for this motion. Plaintiff opposes this motion.

Defendant requests an extension of time for the following reasons: Undersigned counsel primarily assigned to the case has been ill for the last several days and was unable to finalize the draft for supervisory and agency review before the filing due date. Moreover, as noted in defendant's first motion to extend time, the holiday season and the resulting unavailability of staff, has caused a delay in putting the draft in final form. Indeed, defendant's agency counsel is on leave the day the dispositive motion is due.

Accordingly, it is respectfully requested that the due date for defendant's motion to dismiss or, in the alternative, for summary judgment be extended to and including January 9, 2008. A proposed order is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served by First-Class mail, postage prepaid on:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this 31st day of December, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE KLINE,** )<br>)<br>**Plaintiff,** )<br>) | **Case Number:** |
| v. ) | **1:07-CV-451 (JR)** |
| ) | |
| **LINDA M. SPRINGER, DIRECTOR** )<br>United States Office of Personnel )<br>Management, )<br>) | |
| **Defendant.** )<br>_____) | |

### ORDER

Upon consideration of defendant's motion to extend, any opposition thereto, and for good cause shown, it is this _____ day of _____, 200__

ORDERED, that the due date for dispositive motions is extended to January 9, 2008 (vice January 2, 2008), with oppositions and replies due in accordance with the rules of this Court.

_____
UNITED STATES DISTRICT COURT

VALERIE KLINE, <u>pro se</u>
83 E Street
Lothian, MD 20711

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, DC 20530