## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT'S OPPOSED MOTION TO EXTEND
## TIME TO FILE DEFENDANT'S DISPOSITIVE MOTION

Defendant moves this Court to extend the time for filing defendant's dispositive motions in this case, to and including January 16, 2008. It is presently due on January 9, 2008. This is Defendant's third motion to extend time for this motion. Defendant was unable to consult with Plaintiff, but notes that Plaintiff has opposed the previous extension requests.

Undersigned counsel primarily assigned to the case has been unable to finalize Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, by the due date for the following reasons: Defendant and Agency Counsel have been unable to confer concerning the final draft motion before the due date for filing such motion. Defendant's counsel believes that a declaration by an agency official or other supporting document may be necessary to augment the existing record and support Defendant's defense that plaintiff cannot establish a *prima facie* case. Agency Counsel is responsible for obtaining such declaration. It is expected that the supporting documentation will be

received by Friday, January 11, 2008, and Defendant's motion will be completed for supervisory review and filing with the Court on or before January 16,2008.

Accordingly, it is respectfully requested that the due date for Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, be extended to and including January 16, 2008.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion was served by First-Class

mail, postage prepaid on:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this 9th day of January, 2008.


_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____) | | |

### ORDER

Upon consideration of defendant's opposed motion to extend, and for good cause shown, it is this _____day of _____, 2008

ORDERED, that the due date for dispositive motions is extended to January 16, 2008 (vice January 9, 2008), with oppositions and replies due in accordance with the rules of this Court.

_____
UNITED STATES DISTRICT COURT

VALERIE KLINE, pro se
83 E Street
Lothian, MD 20711

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, DC 20530