## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Valerie Kline                                    *
83 E Street                                      *
Lothian, MD 20711                                *
                                                 *
                                Plaintiff *
                                                 *
                    v.                           *        Case No. 1:07-cv-451 (JR)
                                                 *
Linda M. Springer, Director                      *
U. S. Office of Personnel Management             *
1900 E Street, N.W.                              *
Washington, D.C. 20415                           *
                                Defendant *
                                                 *

* * * * * * * * * * * * * * * * * * * * * * * * *  * * * * * * * * * * * * * * * * * * *

### MOTION TO STRIKE DEFENDANT'S
### MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
### OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT
### AND STATEMENT OF MATERIAL FACTS IN DISPUTE

In consideration of plaintiff's *Memorandum Of Points And Authorities In Opposition To Defendant's Motion For Leave To File Dispositive Motion Out Of Time And Request For A Hearing On Said Motion* and *Plaintiff's Opposition To Defendant Springer's Motion For Leave To File A Dispositive Motion Out Of Time And For Hearing On Said Motion* plaintiff Valerie Kline hereby files this *Motion To Strike Defendant's Motion To Dismiss Or For Summary Judgment Or, In The Alternative, For A More Definite Statement* and *Statement of Material Facts in Dispute.*

Respectfully Submitted,

_____
VALERIE KLINE, *PRO SE*
(301) 509-2684

Date:  February 5, 2008