# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE KLINE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **Case Number:** |
| v. | )   **1:07-CV-451 (JR)** |
| | ) |
| **LINDA M. SPRINGER, DIRECTOR** | ) |
| **U.S. Office of Personnel Management,** | ) |
| | ) |
|    **Defendant.** | ) |

## ERRATA

Defendant corrects the description of Docket Entry # 29 to read as follows: "**Opposed Motion for Extension of Time to Respond to Plaintiff's Written Discovery and Motion for Emergency Hearing.**"

    Respectfully submitted,

    /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137