## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Valerie Kline            *
83 E Street             *
Lothian, MD 20711      *
                        *
          Plaintiff *
                        *
         v.            *    Case No. 1:07-cv-451 (JR)
                        *
Linda M. Springer, Director      *
U. S. Office of Personnel Management     *
1900 E Street, N.W.           *
Washington, D.C.  20415       *
         Defendant *
                        *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY; SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT SPRINGER'S MOTION FOR LEAVE TO FILE A DISPOSITIVE MOTION OUT OF TIME AND FOR HEARING ON SAID MOTION; SURREPLY

Plaintiff Kline respectfully requests leave to file this brief surreply to Defendant's Reply to Plaintiff's Opposition To Defendant Springer's Motion For Leave To File A Dispositive Motion Out Of Time And For Hearing On Said Motion.  Plaintiff respectfully submits that this surreply is necessary because Springer's reply brief contains an incorrect statement that cannot go unrebutted.

### MEMORANDUM OF LAW

Defendant Springer has misstated Kline's request for leave to file a Third Amended Complaint.  Kline requested leave to file a Third Amended Complaint only if the Court grants Springer's Motion for Leave to File Dispositive Motion, which Kline

opposes.  If the Court denies Springer's Motion for Leave to File Dispositive Motion,

Kline's request for leave to file the Third Amended Complaint is moot.

In addition, Springer has requested as alternative relief, a more definite statement

of Kline's claims.  This request is also untimely.  Under Rule 12(e) of the Fed. Rules Civ.

Proc., a Motion for a more Definite Statement "must be made before filing a responsive

pleading and must point out the defects complained of and the details desired."   This

Springer did not do.  Springer Answered Kline's second Amended Complaint on October

23, 2007.  Therefore, Springer's request for a more definite statement should be denied.

Again, with all due respect to the U.S. Attorney's staff, Springer's procedurally

and substantively defective motion and request for a more definite statement should be

summarily denied.

Respectfully Submitted,

Valerie Kline, *pro se*
(301) 509-2684

## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Valerie Kline                              *
83 E Street                                *
Lothian, MD 20711                          *
                                           *
                        Plaintiff *
                                           *
                   v.                      *     Case No. 1:07-cv-451 JR
                                           *
Linda M. Springer, Director                *
U. S. Office of Personnel Management       *
1900 E Street, N.W.                        *
Washington, D.C.  20415                    *
                        Defendant *
                                           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

For the reasons stated in plaintiff's Motion for Leave to File a Surreply, plaintiff's

motion is hereby granted.

_____
James Robertson
United States District Judge

## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Valerie Kline                                    *
83 E Street                                      *
Lothian, MD 20711                                *
                                                 *
                                      Plaintiff  *
                                                 *
                        v.                       *      Case No. 1:07-cv-451 (JR)
                                                 *
Linda M. Springer, Director                      *
U. S. Office of Personnel Management             *
1900 E Street, N.W.                              *
Washington, D.C.  20415                          *
                                     Defendant   *
                                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SURREPLY TO OPPOSITION TO MOTION
### FOR LEAVE TO FILE DISPOSITIVE MOTION

Defendant Springer has mischaracterized Plaintiff Kline's Opposition to Motion

for Leave to File Dispositive Motion.  Kline proposed a Third Amended Complaint only

if the Court grants Springer's Motion for Leave to File Dispositive Motion, which Kline

opposes.  If the Court denies Springer's Motion for Leave to File Dispositive Motion,

Kline's request for leave to file the Third Amended Complaint is moot.

In addition, Springer has requested as an alternative relief, a more definite

statement of Kline's claims.  This request is also untimely.  Under Rule 12 (e) of the Fed.

Rules Civ. Proc. , a Motion for a more Definite Statement "must be made before filing a

responsive pleading and must point out the defects complained of and the details

desired."  This Springer did not do.  Springer Answered Kline's second Amended

Complaint on October 23, 2007.  Therefore, Springer should be barred from requesting a

more definite statement.

For the foregoing reasons, Springer's Motion for leave to File Dispositive Motion and request for a more definite statement should be denied.

Respectfully Submitted,

Valerie Kline, pro se
(301) 509-2684