U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br>　　　　　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 1:07-cv-451 (JR) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SURREPLY TO OPPOSITION TO MOTION
FOR LEAVE TO FILE DISPOSITIVE MOTION

Defendant Springer has mischaracterized Plaintiff Kline's Opposition to Motion for Leave to File Dispositive Motion. Kline proposed a Third Amended Complaint only if the Court grants Springer's Motion for Leave to File Dispositive Motion, which Kline opposes. If the Court denies Springer's Motion for Leave to File Dispositive Motion, Kline's request for leave to file the Third Amended Complaint is moot.

In addition, Springer has requested as an alternative relief, a more definite statement of Kline's claims. This request is also untimely. Under Rule 12 (e) of the Fed. Rules Civ. Proc., a Motion for a more Definite Statement "must be made before filing a responsive pleading and must point out the defects complained of and the details desired." This Springer did not do. Springer Answered Kline's second Amended Complaint on October 23, 2007. Therefore, Springer should be barred from requesting a more definite statement.

      For the foregoing reasons, Springer's Motion for leave to File Dispositive Motion and request for a more definite statement should be denied.

                                                Respectfully Submitted,

*/s/ Valerie Kline*

Valerie Kline, pro se
(301) 509-2684