UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 07cv451 (JR) |
| v. ) | |
| ) | |
| LINDA M. SPRINGER, Director, ) | |
| UNITED STATES OFFICE OF ) | |
| PERSONNEL MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Linda M. Springer, in her official capacity as Director of the United States Office of Personnel Management ("OPM") hereby responds to the new "Hostile Work Environment" claim in Plaintiff's Third Amended Complaint ("Complaint") as follows:

**FIRST DEFENSE**

Plaintiff has failed to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Plaintiff has failed to exhaust all applicable administrative remedies.

**THIRD DEFENSE**

In response to the numbered paragraphs of the Complaint relating to Plaintiff's Hostile Work Environment claim, Defendant answers as follows:

**COUNT XXIII**

(Hostile Work Environment)

312.    Defendant repeats the answers contained in Paragraphs 1 through 171 in Defendant's Answer to the Second Amended Complaint, as though fully set forth here in

Paragraph 312.[1]

314. The allegations in Paragraph 313 comprise conclusions of law, argument, and Plaintiff's opinions, to which no response is required. Insofar as a response is deemed required, Defendant denies those allegations.

314. The allegations in Paragraph 314 comprise Plaintiff's characterization of her case, conclusions of law, argument, and Plaintiff's opinions, to which no response is required. Insofar as a response is deemed required, Defendant denies those allegations.

315. The allegations in Paragraph 315 comprise conclusions of law, argument, and Plaintiff's opinions, to which no response is required. Insofar as a response is deemed required, Defendant denies those allegations.

316. The allegations in Paragraph 316 comprise conclusions of law, argument, and Plaintiff's opinions, to which no response is required. Insofar as a response is deemed required, Defendant denies those allegations.

### PRAYER FOR RELIEF

Plaintiff's prayer for relief contains Plaintiff's requests for relief, rather than allegations of fact, to which no response is required. Insofar as a response is deemed required, Defendant denies the allegations contained in these paragraphs (a) - (p) and avers that Plaintiff is not entitled to any of the relief requested or attorney fees, or any relief whatsoever. Defendant avers

---

[1] This answer addresses only the new claim submitted by Plaintiff in her Third Amended Complaint at Count XXIII, Hostile Work Environment, and incorporates by reference its previously answer to the averments of the other claims, paragraphs nos. 172-311. The Court, in permitting Plaintiff to file her "hostile work environment" claim, stated that Defendant "will not be required to file a complete reply to the amended complaint." Transcript to Motions' Hearing of March 12, 2008. Should answers be necessary to address the other claims in the Third Amended Complaint, Defendant affirms its previous answer and reserves the right to respond to any unanswered claims in the future.

that any compensatory damages award would be subject to and limited by 42 U.S.C. § 1981a and that relief would be further limited by 42 U.S.C. § 2000e-55(g)(2)(B).

No response is required to plaintiff's jury demand.

Any allegation not specifically addressed in the numbered paragraphs is denied.

Defendant respectfully requests that the Court enter judgment dismissing this action with prejudice and awarding Defendants costs and such other relief as the Court may deem appropriate.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

ROBIN M. RICHARDSON
Senior Counsel
Office of Personnel Management