**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **U.S. Office of Personnel Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ‎‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗ | ) | |

**DEFENDANT'S OPPOSITION TO "PLAINTIFF'S REQUEST
FOR RULE 56(f) AND/OR RULE 32 SANCTIONS"**

**I.  Introduction**

At the March 12, 2008, proceeding on Defendant's motion for leave to file out-of-time

Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, the Court granted

Defendant's motion for leave to file the dispositive motion.  See Transcript to March 12, 2008,

Motions Hearing, p. 12, line 21-22.  The Court also directed that Defendant  serve responses to

Plaintiff's written discovery by March 22, 2008.  The Court further provided that "[i]f

[Defendant] has objections to the discovery, file them . . And those that [Defendant does not]

object to, comply with them."  Id. at 12, lines 17-20.

At an earlier proceeding, the Court explained to Plaintiff that if she could not respond to

Defendant's dispositive motion without certain discovery responses, that she could file a Fed. R.

Civ. P. 56(f) motion justifying her need for the discovery she seeks.  At the time, Plaintiff stated

that she needed discovery, inter alia, "to show I'm similarly situated to other employees, . ."

Specifically, the Court noted that "if the government asserts facts in a motion for summary

judgment that you have no way of responding to unless you take discovery on those points, then

Rule 56(f) is what you should resort to." <u>See</u> Transcript of November 15, 2007, Scheduling Conference, p. 5, lines 23-24; p. 6, lines 22-24, respectively.

Plaintiff served 23 interrogatories and 30 document requests on Defendant.  On March 22, 2008, Defendant served Plaintiff with Defendant's responses to her interrogatories and request for production of documents.  <u>See</u> Attachment 1.  Many of these responses referred Plaintiff to the Report of Investigation ("ROI").  <u>Id</u>.  The ROI in this case contains the three underlying EEO cases consisting of nine claims and hundreds of pages of documents that were gathered as part of the administrative investigation of Plaintiff's complaints.  The ROI is routinely provided to complainants as part of the EEO process. A copy of the ROI in this case has long been within Plaintiff's possession. <u>See, e.g.</u>, R. 40 (Opposition to Defendant's Motion to Dismiss or for Summary Judgment in which Plaintiff refers extensively to the ROI).   In addition, Defendant referred Plaintiff to the transcripts of three depositions taken by Plaintiff of alleged comparators, Mr. Coco, Ms. Carter, and Ms. Sewell.  Although no documents were physically exchanged, ROI documents were identified and answers or objections were provided to both the request for production of documents and the interrogatories.  Defendant also supplemented its responses to Plaintiff's written discovery with copies of position descriptions [not in the ROI] of PMG employees alleged to be comparators.  Attachment 2.

On April 15, 2008, instead of filing a Rule 56(f) motion for discovery, Plaintiff filed a "Request for Rule 56(f) and/or Rule 32 Sanctions." R. 39.  Although this motion was accompanied by a lengthy declaration authored by Plaintiff, it contains only three pages of argument.  This argument consists of Plaintiff's bare assertion that "no documents" were produced by Defendant and Defendant's responses to Plaintiff's interrogatories were deficient.

R. 39 at 1-2.  Plaintiff then listed the "findings" she deemed to be required as "sanctions" for Defendant's failure to respond. Her affidavit does the same.  Three days after filing her motion for sanctions, i.e., on April 18, 2008, Plaintiff filed her opposition to Defendant's dispositive motion.  See R. 40 (with 9 attachments, totaling over 300 pages).  Thus, Plaintiff was able to respond to Defendant's motion without the need for additional discovery.

## II.  Discussion

Plaintiff's motion for sanctions is without merit for the following reasons:

1.  Defendant Properly Responded to Plaintiff's Discovery.

Plaintiff's statement that Defendant failed to produce any documents misrepresents the facts.  See Attachment 1. Defendant identified numerous pages of the Report of Investigation ("ROI"), in support of Defendant's answers to written discovery.  The ROI is within Plaintiff's possession and was relied on extensively by Plaintiff in her response to Defendant's dispositive motion.  See Attachments to R. 40.  Defendant also responded to Plaintiff's interrogatories. Plaintiff alleges that they are deficient because she did not obtain some of the information she sought as objections were duly noted.  A review of Defendant's discovery responses [Attachments 1 and 2], demonstrates that Defendant adequately responded to Plaintiff's requests both by providing specific information as appropriate and by providing references to the relevant pages of the ROI.  See e.g., Attachment 1 at Response ## 1-3,  9-10.

2.  Fed. R. Civ. P. 56(f) and 32 Do Not Provide for the Relief Sought.

Plaintiff seeks a list of specific findings not available under either Fed. R. Civ. P. 56(f) or 32.

a.  <u>Fed. R. Civ. 56(f).</u>

Rule 56(f) provides:

**When Affidavits Are Unavailable.**  If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
(1) deny the motion;
(2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or
(3) issue any other just order.

Rule 56(f) is not a "sanctions" rule.  It is a vehicle by which the non-moving party may obtain relevant discovery after a dispositive motion has been filed because the party has shown by affidavit that she cannot respond to the motion without it.  The very language of Rule 56(f) explains its role in the dispositive motion process, i.e., it is to be used when "[the nonmoving party] cannot present facts essential to justify its opposition" without discovery.  The facts of the instant case show that Plaintiff, by filing her opposition, was able to respond to Defendant's dispositive motion without the need for additional discovery.  Indeed, as noted above, three days after Plaintiff filed the Rule 56(f) "sanctions" motion, she filed a 45-page opposition with more than 300 pages of attachments.  Accordingly, relief under Rule 56(f) is not warranted.

b.  <u>Fed. R. Civ. P. 32</u>.

Plaintiff also relies on Fed. R. Civ. P. 32 for sanctions in this case.  However, Rule 32 also does not provide the relief Plaintiff seeks.  This rule simply provides for the use of depositions in court proceedings.  Nothing in the rule relates even remotely to written discovery responses served pursuant to Fed. R. Civ. R. 33 (interrogatories) or 34 (documents).  Accordingly, sanctions with respect to written discovery are not authorized under this rule.

c.  <u>Fed. R. Civ. P. 37</u>.

Although Plaintiff fails to rely on Fed. R. Civ. R. 37 in her opposition, it is this rule that theoretically could provide for the sanctions she seeks.  For example, Rule 37(b)(2), in relevant part, provides that if "a party . . . fails to obey an order to provide or permit discovery . . . the court in which the action is pending may make such order in regard to the failure as are just."  Rule 37(a)(4) provides relief if a motion to compel discovery is granted and Rule 37(d) provides that in the event of failure to attend a deposition, the court "shall require the party failing to act . . . to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust."   As Plaintiff has not proceeded under any of these rules, except for a passing reference to Rules 37(c)(1) and 37(b)(2)(A), (B), (C), she cannot prevail in her sanctions request.  Moreover,  none of the grounds identified above exist in this case.

In any event, the requested sanctions would be unjust and unwarranted based on the circumstances of this case.  <u>See, e.g.</u>, <u>Shepherd v. American Broadcasting Co.</u>, 62 F. 3d 1469, 1473 (D.C. Cir. 1995) (sanctions reversed in situation where court found counsel had deliberately falsified document, harassed a witness, and deceived the court) and  <u>Bonds v. District of Columbia</u>, 93 F.3d 801, 811 (D.C. Cir.1996) (sanctions reversed where discovery violation was not flagrant nor egregious).  Lateness in compliance, absent more, such as interference with the conduct of the case, does not justify imposition of sanctions.  <u>See</u> <u>In re Paoli R.R. Yard PCB Litigation</u>, 35 F 3d. 717, 792-793 (3rd Cir. 1994).

<u>Conclusion</u>

Defendant respectfully requests that Plaintiff's Motion for Sanctions be denied.  A proposed order is attached.

.                                          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

VALERIE KLINE,                                    )
                                                  )
              Plaintiff                           )
                                                  )  Case Number: 1:07-CV-451(JR)
      v.                                          )
                                                  )
LINDA M. SPRINGER,                                )
Director, U. S. Office of Personnel Management,   )
                                                  )
                                                  )
              Defendant                           )
                                                  )

DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF
INTERROGATORIES AND REPEAT OF REQUEST FOR
PRODUCTION OF DOCUMENTS (REVISED)

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure Defendant

responds to Plaintiff's Interrogatories and Request for Production of Document as

follows:

The information produced in Defendant's responses is based upon the

Defendant's investigation to date and was provided by the Office of Personnel

Management. By providing the following information in response to Plaintiff's discovery

requests, the Defendant does not waive any privilege or other objection concerning

production of further information regarding the matters addressed in Plaintiff's discovery

requests or the Defendant's responses. The Defendant reserves the right to supplement

these responses as necessary.

1

## GENERAL OBJECTION

Defendant submits these responses without conceding the relevance or materiality of the subject matter of any information which may be disclosed, and without prejudice to Defendant' s right to further object to the admissibility of any evidence regarding such information. Defendant reserves the right to object at such later time that any response given hereunder is protected by the attorney/client privilege, is attorney work product or trial preparation material, or that the disclosure of such information was inadvertent. Defendant expressly incorporates by reference this objection into each the specific responses to Plaintiffs interrogatories.

### Plaintiff's Interrogatories

1.     Identify who was assigned responsibility for the regulatory work that Carter performed after her retirement, their grade and how the position was filled.

**Response:    OBJECTION:** This question is not relevant and is not likely to lead to the discovery of relevant information. To the extent that a response is required, it is a request for information for a period occurring outside of the relevant time period. Finally, Plaintiff did not apply for this position.

2.     Identify any and all person(s) in PMG that was qualified to fill the position that Carter occupied?

**Response:    OBJECTION:** Vague as to what position is being referenced. To the extent that a response is required, if the question concerns the position which became available after Carter retired, this request is not relevant and is not likely to lead to the discovery of relevant information. It is a request for information during a period occurring outside of the relevant time period. Finally, Plaintiff did not apply for this

2

position.

3.    Identify when Carter began teleworking and how many days per week that she teleworked.

**Response:**    *See* Deposition of Jacqueline Carter, pages 15, 16-18, 19, 22, 27, 67; *see also* Affidavit for William M. Davis, Report of Investigation (ROI), OPM EEO Case No. 2006008, p. 5.

4.    Identify the function of the Resource Center, its location and dates of the locations approximately how many customers per day the Resource Center had, when it officially closed and any other information related to the closing of the Resource Center, such as studies, memoranda, etc.

**Response:**    **OBJECTION:** This question is not relevant and is not likely to lead to relevant information. To the extent that an answer is required, *see* Deposition of Shirley Sewell, pages, 7-10; 12-13; 15-19; 25-28; 30, 33-34; 50-51; Deposition of Jacqueline Carter, page 55; Deposition of Robert T. Coco, p. 65-68; 82-83.

5.    Identify when Lara Riviera-Lopez worked for PMG, and whether she teleworked and how often, what her grade and duties were, including whether she primarily covered PMG's telephones or assisted walk-in customers.

**Response:** **OBJECTION:** This question is not relevant and is not likely to lead to the discovery of relevant information. To the extent that a response is required, Ms. Riviera-Lopez was not an employee of PMG. She was on detail to the PMG during the relevant time period. When she was detailed to PMG, Ms. Riviera-Lopez was already on a teleworking schedule approved by her sponsoring office. *See also* Deposition of Robert T. Coco, p. 15-16.

6.    Identify the grade and duties of Robert Coco, and whether he primarily covered PMG telephone lines, the individual whose telephone that the PMG line audibly rings assisted on, whether he assists and the extent of his assistance to walk-in customers?

**Response:**    *See* Deposition of Robert T. Coco, p. 1-24, 25-32.

7.    Identify how the development of the Federal Register Management System (FRMS) came about, when it was put into production and all persons in PMG who were involved in the development of the FRMS and the extent of their involvement.

**Response:**    *See* Affidavit of Claudio A. Benedi, ROI, OPM EEO Case No. 2006015, Exhibit I, page 2 of 7, 3 of 7; *See* Affidavit of William M. Davis, ROI, OPM EEO Case No. 2006015, Exhibit H, pages 1-8; *See* Deposition of Jacqueline Carter, p. 44-51.

8.    Identify how long had Kline been working with Arlene Taylor on the FRMS before Davis sent Taylor an email complaining about Taylor's visit to Kline?

**Response:**  Mr. Davis did not send an email to Arlene Taylor "complaining" about Taylor's visit to Kline. Mr. Davis sent an email to Arlene Taylor on December 8, 2005; the contents of the email concerned modifications to FRMS. The email is the best evidence of its contents. The email is located in the Affidavit of William Davis, ROI, EEO Case No. 2006008, Exhibit H., page 6 of 12.

9.    Identify when Kline was assigned primary responsibility for answering PMG telephone lines and responding to the Publication inbox.

**Response:**  Mr. Coco, a GS-13 employee, had assumed the task of answering the general telephone lines for PMG.  However, when he became too busy to handle this task, rather than let the phones ring, Ms. Kline was asked by Mr. Davis to help out and

4

answer the phones. Ms. Kline was the lowest graded PMG employee in the immediate

office and a grade lower than Mr. Coco. Of additional note, all PMG employees assisted

in answering the telephones. *See*, Affidavit of William Davis, ROI, EEO Case No.

2006015, Exhibit H, p. 2 of 8; 6 of 8 *see also*, ROI, Exhibit H, P. 116, 119; *see*

Deposition of Robert T. Coco, p. 8-11. **OBJECTION** to the last part of interrogatory 9.

Plaintiff would be in the best position to explain when she had primary responsibility for

responding to the Publication inbox. To the extent that an answer is required, *see*

Deposition of Robert T. Coco, p. 59-60; *see also* ROI, Exhibit H, p. 3, 118, 123-126.

10.     Identify the manner or ways that Kline assisted non-regulatory PMG walk-in

customers, including whether she was allowed to sign off on the 4150 Printing Request

Form, allowed to assist customers with their graphic design projects, make covers for

customers' reports or documents?

    **Response:**     **OBJECTION.** Plaintiff would be in the best position to identify

the manner or ways that she assisted non-regulatory PMG walk-in customers. To the

extent that an answer is required, with regard to the type of assistance that Ms. Kline

provided to walk-in customers, she worked with the information delivery update on the

data base; helped research questions when calls came in for publications, and she

answered questions from the public or agencies doing research on questions and/or

referring them to other offices. With regard to signing off on the 4150 Printing Request

Form, only the supervisors in the office—Mr. Benedi, Mr. Davis, were allowed to sign

off on the 4150 Printing Request Forms. Ms. Kline was not asked to assist customers in

making covers for reports, There was a graphics person in the office who performed that

job about 98 percent of the time. See Deposition of Robert T. Coco, p. 16-18, 21-22, 23,

5

24.

11.    Identify the kind of graphics work that Kline performed, how long she performed

graphics work, and when and why she stopped performing graphics work?

**Response:**    **OBJECTION.**  Plaintiff would be in the best position to answer

this question.  To the extent that an answer is required, Plaintiff may have occasionally

done some graphics work during the relevant period (2002-2005), however, she did other

work not related to the function nor at the direction of PMG on a voluntary basis.  She

did not use the sophisticated graphic design programs.  There was a graphics person who

had the responsibility of doing the graphics work.  That person did graphics work 98

percent of the time.  Deposition of Robert T. Coco, p. 15, 21-22 63, 64.

12.    Identify when Kline was assigned responsibility for attending to unsolicited faxes

and what that duty entailed?

**Response:**    **OBJECTION.**  Plaintiff would be in the best position to answer

this question.  To the extent that an answer is required, *see* ROI, Affidavit of William M.

Davis, OPM EEO Case No. 200608, Exhibit H, page 2, 19.  Plaintiff was asked to insure

that the senders of unsolicited facsimiles were notified not to continue to send facsimiles

to the PMG machine as this was a waste of resources and unproductive.  The facsimile

machine was located next to her and she was the likely person to take care of this task.

Moreover, she was the lowest graded person in the immediate office.

13.    Identify any formal or informal complaints made against Kline, who made them,

when they were made and why they were made that were used when giving her a

performance rating.

**Response:**    **OBJECTION.**  Vague as to what performance rating is being

6

referenced. To the extent that an answer is required, *see* ROI, Affidavit of William M. Davis, OPM EEO Case No. 200608, Exhibit H, p. 1-13.

14.    Identify any office outside of PMG that expressed an interest in having Kline work for them on a detail and the outcome of that request.

**Response:**    **OBJECTION.** Defendant is without information or knowledge to respond to this request, except to say that one office did express an interest in having Ms. Kline train its employees in PMG work, but this assignment was not approved. Although Mr. Davis remembers one inquiry, he does not remember which office express the interest.

15.    Identify the level of authority Kline had/has and whether she ever exceeded her level of authority and how and when she exceeded it.

**Response:**    **OBJECTION.** Vague. It is unclear what Plaintiff means by "level of authority." Ms. Kline always had to report to a supervisor.

16.    Identify the grades/step and approximate size of the offices of or work spaces of Isaac Evans, Shirley Sewell, Stephen Hickman, Robert Coco, Jacqueline Carter, Valerie Kline and Miriam Heard?

**Response:**    **OBJECTION** to the information concerning Stephen Hickman because he was hired outside of the relevant time period. With regard to the remaining requests, see, ROI, Investigative Summary, OPM EEO Case No. 2006019, page 9 of 13; *see also* ROI, Investigative Summary, OPM EEO Case No. 2006008, page 12 of 17; Deposition of Shirley Sewell, pages 12-13; 32; 33, 48-49; *see also*, Deposition of Robert Coco, pages 68-73, 77-78; Deposition of Jacqueline Carter, p. 10, 11, 63-64; 65, 69-70; *see also* Affidavit of William M. Davis, ROI, OPM EEO Case No. 2006015, Exhibit H, page 2 of 8. Miriam Heard (Johnson) occupies a small cubicle in the basement that is the

size of Shirley Sewell's.

17.    Describe in detail the Semiannual Unified Agenda of Regulatory Actions, its process, deadlines and strictness of the deadlines.

      **Response:**    *See* http://www.reginfo.gov/public/do/eAgendaMain.

18.    Identify the PMG telephone system and approximately how long it would take to train someone on the system.

      **Response:**    **OBJECTION:** This question is not relevant and is not likely to lead to the discovery of relevant information. To the extent that a response is require, information concerning the PMG telephone system may be found in the Deposition of Robert T. Coco, p. 8-13.

19.    Identify all persons that have had their swipe records reviewed by PMG management, how often the swipe records are reviewed, and why the swipe records are reviewed.

      **Response:**    **OBJECTION:** This question is not relevant and is unlikely to lead to the discovery of relevant information. Other employees had their swipe records reviewed when it was suspected that there was possible leave abuses.

20.    Identify all persons who acted for Davis when he was absent from the office and who was acting for him when he was recovering from surgery?

      **Response:**    **OBJECTION:** The first part of this question is vague and overbroad. To the extent that the second part of the questions refers to 2005 when Davis was recovering from surgery, Mr. Coco primarily acted in his absence. See Deposition of Robert T. Coco, p. 46.

21.    Identify the race and gender of all the employees working for PMG and the dates

8

they were hired.

**Response:**    **OBJECTION:** Overbroad as to the dates that they were hired.  To

the extent that a response is required, the race and gender of all employees working for

PMG during the relevant time period, see Document Response 16.

22.    Please supply the addresses that Isaac Evans, Annette Gunter-Frye, Lara Rivera-

Lopez, Shirley Sewell, Robert Coco, Jacqueline Carter, Jose Velaquez and Arlene L.

Taylor may be subpoenaed.

**Response:**    **OBJECTION:** Privacy.

23.    Is it the practice of PMG or was it the practice of PMG for the years 2002-2007 to

issue monetary performance bonuses to employees who received an Exceeds Fully

Successful rating on their Performance Appraisal?

**Response:**    **OBJECTION:** This response is overbroad and requests

information for a period outside of the relevant time period.  To the extent that a response

is required, see Deposition of Robert T. Coco, p. 81.

## **REQUEST FOR DOCUMENTS**

1.    Copy of the Federal Register training manual developed by Jacqueline Carter

while working as a re-employed annuitant from approximately November 6, 2006, to

February 20, 2007.

**Response:**    **OBJECTION:** This request is for information that is outside of

the relevant time period.  Moreover, it is not relevant to this case and is not likely to lead

the discovery of information that is relevant to this case.

2.    Documentation showing or indicating the sex, age, race, grade and number of

Federal employees working in PMG, including the mailroom.

9

**Response:**    **OBJECTION:** To the request for documentation about mailroom employees because it is not relevant and is not likely to lead to the discovery of relevant information. With regard to the first part of the request, see ROI, Investigative Summary, OPM EEO Case No. 2006008, page 12.

3.    Executed telework agreement(s) for Jacqueline Carter, Lara Rivera-Lopez, Stephen Hickman and any other PMG employees authorized to telework.

**Response:**    **OBJECTION:** This document request is not relevant and is not likely to lead to the discovery of relevant information. In addition, it is objected to on the basis of privacy. To the extent that an answer is required, Jacqueline Carter is the only PMG employee besides the plaintiff that teleworked during the relevant time period. Stephen Hickman became employed after the relevant time period. Therefore, information concerning Mr. Hickman is not relevant. Lara Riviera-Lopez was detailed to the PMG from another office. Therefore, information concerning her is not relevant. With regard to Ms. Carter's telework, see Deposition of Jacqueline Carter, p. 15-18; 22-27.

4.    Copies of the Position Description(s), Performance Standards and Vacancy Announcements for the following personnel while employed in PMG.

**Response: OBJECTION**: to the request for the documents concerning Stephen Hickman, Lara Rivera-Lopez and Jose Velaquez on the grounds of relevancy. Hickman became employed after the relevant time period, and Rivera-Lopez and Velaquez were detailed to PMG from other offices. With regard to the remaining employees, see the ROI, Exhibit L, p. 1-4, 6; Exhibit M, p. 1-13, 15; Exhibit N, p. 1.

5.    Copy of the Vacancy Announcement, Position Description and Performance

10

Standards used to fill the position and/or slot occupied by Jacqueline Carter.

**Response: OBJECTION:** This request is not relevant and is not likely to lead to the discovery of relevant information. To the extent that an answer is required, this question refers to documents outside of the relevant time period. In addition, the Plaintiff did not apply for this position.

6.    Swipe records for Isaac Evans, Robert Coco, Jacqueline Carter, Shirley Sewell, Miriam Heard-Johnson, Cassandra Thompson, Anne Dixon and Philip Watson during the time period of 7/29/05 through 11/1/05.

**Response: OBJECTION:** This request for documents is not relevant and is not likely to lead to the discovery of relevant information. To the extent that a response is required, this request refers to documents outside of the relevant time period.

7.    Documentation of any and all communications between Davis and Margaret McElrath and/or Arlene Taylor.

**Response:** See ROI, OPM EEO Case No. 2006008, Exhibit H, p. 6, 16.

8.    Documentation showing the floor plans of PMG work areas for the period from 10/2002-1/2007.

**Response:    OBJECTION:** This request is not relevant and will not lead to the discovery of relevant information. In addition, this request is being denied for reasons of security.

9.    Documents indicating where other members of PMG have been tasked to cover PMG telephone lines.

**Response:**    See ROI, Exhibit H, p. 51, 77, 108.

10.    Documentation of instances when Kline failed to assist walk-in customers and/or

11

telephone calls. See ROI, Exhibit H, p. 42-43, 58, 65-66, 75, 81-82; *see also* ROI Investigative Summary, OPM EEO Case No. 2006015, p. 12.

11.     Documentation indicating when Kline was charged with primary responsibility for assisting walk-in customers of PMG.

        **Response:**     To the best of our knowledge, there are no documents that are responsive to this request.

12.     Documentation from Dona Bland of OMB requesting that PMG review the "old and cold" regulations.

        **Response:**     **OBJECTION.** This request is not responsive and will not lead to the discovery of relevant information. To the extent that a response is required, see the ROI, Exhibit H, p. 8.

13.     Documentation indicating when Kline was charged with primary responsibility for responding to the Publications database, working on the Visual Information System, Publications Inbox and FACA database.

        **Response:**     See ROI, Exhibit H, p. 53, 56, 62, 67, 86, 110, 1379.

14.     Documentation informing Kline that Robert T. Coco was going to be on leave and to respond to the Publications database while Coco was on leave.

        **Response:**     To the best of defendant's knowledge, there are no emails or other transmittals that are responsive to this request. However, Ms. Kline's position description establishes that she was to assist Mr. Coco.

15.     Documentation showing or indicating times when Kline failed to make or follow though on making changes to the Publications database or FACA database.

        **Response:** See ROI, Exhibit H, p. 25, 59, 63, 72, 74, 111-112.

12

16.    Documentation of communications to William M. Davis and/or Claudio A.

Benedi concerning instances where people from the mailroom, print shop, and/or printing

procurement section asked Davis and/or Benedi to keep Kline out of their work areas.

**Response:** See, ROI, Affidavit of William M. Davis, Exhibit H, p. 9-12.

17.    Documentation concerning any request(s) to keep Kline out of the Director's suite

or other OPM offices.

**Response:** See Document Response 16.

18.    Documentation showing times when Kline exceeded her authority.

**Response: OBJECTION:** This request is unclear as to what authority is being

referred to.

19.    Documentation of any errors or mistakes Kline made in reviewing or preparing

regulatory packages.

**Response:**    See ROI, Exhibit H p. 27; 29, 33, 34-40, 50, 54-55, 60, 126; 95-

102-6.

20.    Documentation showing or indicating any problems encountered by Davis and/or

Benedi as a result of and during Kline's trial telework period.

**Response:**    See Affidavit of Claudio Benedi, Exhibit I, p. 1-2, EEO Case No.

2006008 (July 6, 2006).

21.    Documentation between Benedi, Davis and Ronald Flom related to Kline's trial

teleworking period.

Response:  See Affidavit of Claudio Benedi, Exhibit I, p. 2 (July 6, 2006); *see*

*also* Affidavit of William M. Davis, EEO Case No. 2006015, Exhibit H, p. 2.

22.    Documentation showing or indicating the times PMG employees were assigned to

lunch.

Response:    See ROI, Investigative Summary, p. 9; Affidavit of William M.

Davis, Exhibit H, p. 1-2; OPM EEO Case No. 2006019, ROI, Exhibit H, p. 6; Affidavit

of Claudio Benedi, Exhibit I, p. 6; Supplemental Affidavit of William M. Davis, EEO

Case No. 2006019, p. 4.

23.    Documentation related to the development of the Federal Register Management

System (FRMS) online regulatory tracking system showing who initiated it, how it came

about, and instructions to Kline concerning the FRMS.

**Response:    OBJECTION.** This request is not relevant and will not lead to the

discovery of relevant information.

24.    Documentation showing the reasons for rescinding Kline's administrative rights

to the FRMS.

**Response:**    See ROI, OPM EEO Case No. 2006015; Affidavit of William M.

Davis, Exhibit G, Tab 2; Exhibit H, p. 2; Affidavit of Claudio Benedi, OPM EEO Case

No. 2006015; Exhibit I, p. 1-2.

25.    Documentation showing the implementation of procedures for notifying PMG of

publications approved by Office of Communications and Public Liaison for inclusion in

the Publications Database.

**Response: OBJECTION**: This request is not relevant and will not lead to the

discovery of relevant information.

26.    Documentation showing any instances where Kline failed to assist Robert Coco.

**Response:**    Affidavit of William M. Davis, Exhibit H, p. 19.

27.    Documentation showing where Kline failed to properly report her leave for the

pay period ending September 31, 2005.

**Response:**    See ROI, Exhibit A, p. 12-13; Tab C, Tab D, p. 14-15.

28.    Documentation showing instructions to PMG employees by Davis for reporting their leave or the proper procedure for employees to report their leave.

**Response:**    See ROI, Exhibit H, p. 6-13.

29.    Documentation showing where Davis requested amendments or changes to Kline's leave during September 30, 2005 through June 30, 2006.

**Response:**    See ROI, Exhibit G, p. 23; 33; Exhibit H, p. 18-31; Exhibit L, p. 2.

30.    During the depositions, the issue of performance bonuses came up. Shirley Sewell stated that she received a monetary bonus based on a "Special Act or Service Awards." Mr. Hanes[sic], attorney from the Dept. of Justice, requested copies from Ms. Sewell of her "Special Act of Service Awards" and/or certificates or other documentation of the awards. Jacqueline Carter and Robert Coco stated that they received monetary awards based on their performances as well. Therefore, please provide copies of all awards, certificates or other documentation of the accompanying monetary bonuses received by Sewell, Carter, Coco and any other PMG employees for the years 2002 through 2007.

**Response: OBJECTION:** This request is not relevant and will not lead to the discovery of relevant information.

### ADDITIONAL DOCUMENT REQUEST

Please provide electronic access to Jacqueline Carter's laptop that she used while teleworking and OPM email and electronic access to William Davis' computer and OPM email and electronic access to Claudio Benedi's computer and OPM email.

15

**Response: OBJECTION:** This request is not relevant and will not lead to the discovery of relevant information. In addition, it objected to for reasons of security.

## VERIFICATION OF INTERROGATORY RESPONSES:

The undersigned, under penalty of perjury, 28 U.S.C. § 1746, declares that I have read the responses to plaintiff's interrogatories that I have carefully considered the answers to the interrogatories and that they are true, complete and correct to my personal knowledge, information and belief.

WILLIAM DAVIS

16

**AS TO OBJECTIONS:**

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

17

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing responses was served on plaintiff by courier mail (FEDEX) to:

VALERIE KLINE
83 E Street
Lothian, MD 20711

on this _24__ day of March, 2008.

CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

18



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 11, 2008

Valerie Kline, *pro se*
83 E Street
Lothian, MD 20711

Re: <u>C.A. No. 07-451 Kline v. Springer, your letter of March 26, 2008</u>

Dear Ms. Kline:

I write to respond to your nine-page, single-spaced March 26, 2008, letter and your recent emails demanding that defendant supplement defendant's discovery responses served on you on March 24, 2008.  Defendant objects to the suggestion in your emails that there was an agreement between the parties that defendant would provide additional documents to you by March 28, 2008, or thereafter. Defendant has a continuing objection to your discovery requests and the subsequent email correspondence which seek to impose additional requirements on defendant beyond those contemplated by the Court or required by the Federal rules.  As counsel for defendant, I agreed to review the responses and the representations in your letter with the agency to determine whether some objections might be waived for the purpose of avoiding discovery litigation.  By agreeing to review the responses, defendant did not waive any of the objections asserted and has a continuing objection to your discovery. In addition, defendant reserves the right to object to any "new" discovery you may seek in Court.

Additionally, although we believe that defendant has properly responded to your document requests, in an effort to avoid unnecessary litigation, defendant hereby provides you with the following additional documents. These documents are provided subject to the previously asserted general and specific objections:

Document Request No. 4: The position descriptions for Shirley Sewell (6A30542), Miriam Heard-Johnson (6A08942), Stephen Hickman (6A30394), Issac Evans (6A30133), & Robert Coco (6A07782) are provided to you. Ms. Rivera-Lopez and Mr. Velasquez were on temporary detail and therefore PMG does not maintain position descriptions for these individuals.

Defendant continues to consider whether additional objections can be waived and more documents  released. However, I am sending the position descriptions now and by email, as a courtesy to you.  However, defendant intends to serve you in the future at the address listed on the court docket and not your office.

Sincerely yours,

JEFFREY A. TAYLOR
United States Attorney

BY:    _____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney

Enclosure

*CoCo*

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|---|
| [X] Redescription | PD# of Position Being Replaced | | Washington, DC | GA07782 |
| [ ] Reestablishment | | [X] Yes | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| [ ] New | [ ] Other | [ ] No | [X] YES   [ ] NO | [ ] YES   [X] NO |

| 3. Organizational Title | 18. Official Title |
|---|---|
| **Management Analyst** | **Management Analyst** |

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade |
|---|---|---|
| [ ] Supervisor (GSSG) [1] | [ ] Nonsensitive [1] | **GS-343-13** |
| [ ] Manager (GSSG) [3] | [ ] Non-critical Sensitive [2] | 20. Standards Used in Classifying/Grading Position and Dates of Standards Used |
| [ ] Supervisor (5 USC 7103) [4] | [ ] Critical Sensitive [3] | **Administrative Analysis Grade Evaluation Guide, TS-98 Aug 90 Management & Program Analysis Series GS-343, TS-98 Aug 90** |
| [ ] Mgmt. Official (5 USC 7103) [5] | [ ] Special Sensitive [4] | |
| [X] None [8] | [ ] Public Trust-Low Risk [1] | |
| 6. FLSA | [ ] Public Trust-Mod. Risk | |
| [X] Exempt [E] | [ ] Public Trust-High Risk [6] | |
| [ ] Non-Exempt [N] | [ ] Computer Security | |

| 7. Organizational Location | Classification/Job Grading Certification. I certify that this position has been classified/graded as required by title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards. |
|---|---|
| U.S. Office of Personnel Management | |
| Management & CFO | |
| Management Services | 21. Signature of Classifying Official Taking Action   Date Signed (Month, Day, Year) |
| Ctr Contract, Fac & Admin Services | *Cynthia Robinson*   3-21-02 |
| Publications Mgmt Group | 22. Typed Name and Title of Classifying Official |
| Publishing Services Branch | **Cynthia Robinson, HR Specialist** |

| 8. If position is other than the full performance level, indicate the grade of the full performance position and PD #. | 23. Remarks |
|---|---|
| [ ] PD#: | |

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) |
|---|---|
| *Benedi* | 3/21/2002 |

10. Typed Name and Title of Supervisor
**Claudio A. Benedi, Chief Publications Services Division**

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) |
|---|---|
| *signature* | 3/28/2002 |

12. Typed Name and Title of Reviewing Official
**Steven T. Van Rees, Director OCAS**

24. Signature of OHREEO Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date | |
|---|---|---|---|---|---|
| a. Employee (Opt.) | | | | | |
| b. Supervisor | | | | | 25. Typed Name and Title of OHREEO Reviewing Official |
| c. Classifier | | | | | |

## TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | Pay Plan | Series | Grade | Supv. Level | Target Gr. | Fund. Cd | Reserved |
|---|---|---|---|---|---|---|---|
| A N E 0 C A | GS | 0 0 3 4 3 | 1 3 | 8 | 1 3 | 0 0 | |

Position Title

| M A N A G E M E N T   A N A L Y S T | | | | | | | |
|---|---|---|---|---|---|---|---|

| Competitive Level | FLSA | Sens. | Bldg. Code | Date PD Classified | Barg. Unit Status Code | |
|---|---|---|---|---|---|---|
| A A 0 0 | E | E | T R 0 3 | 2 1 0 2 | 0 0 2 0 | |

OPM Form 1479 (Rev. 1/98)

# CERTIFICATION OF POSITION DESCRIPTION

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships and that the position is necessary to carry out Government functions for which I am responsible.

_Management Analyst, 343/13_

**Position Title, Series, Grade**

_GA07782_

**PD Number**

_William M. Davis_

**Signature of First Level Supervisor**

_8-31-2006_

**Date Certified**

## Management Analyst, GS-343

<u>Major Duties</u>

The incumbent serves as a management analyst providing consultative, analytical and evaluative duties relating to the management of OPM's publishing management program, including:

- Analyzes the overall information objectives of OPM's individual program/service offices and after extensive consultation with subject matter specialists, makes general and specific recommendations to assist those offices to realize their multi-media communication objectives. Specific duties include –

    Manages and maintains an Internet site updating and verifying the validity of OPM's Publications database,

    Serves as the primary staff resource for the Publications Review Panel. Managing, coordinating, reviewing, analyzing, and clearing all OPM publications. This requires dealing with all levels of management and an intimate knowledge of OPM policy within the various programs/services.

    Serves as OPM's liaison with the OMB on publishing related matters.

    Develops, manages, maintains and issues the OPM Directory of Key Officials and the Information Directory in paper and/or electronic formats (Internet and Intranet).

    Designs and maintains the Video Information System.

- Based upon knowledge of best industry practices, develops and implements appropriate Electronic Publishing Systems within OPM by merging existing technology within program/service offices with centralized technologies within the Publishing Management Branch and various other sources.

- Serves as the OPM expert for electrostatic reproduction, making recommendations for acquisition of new equipment that employs the appropriate technology for a particular application.

Page 2 (PD, GS-343-13)

Knowledge required by the position

A comprehensive knowledge of publishing programs, in order to: effectively manage the functions of the Publication Review process; provide staff and coordinate the Publication Review Panel; and, conduct, analyze and make recommendations based upon audience surveys.

Comprehensive knowledge of all aspects of Electronic Publishing Systems (EPS) in order to develop and implement EPS throughout OPM central and regional organizations. This knowledge includes both hardware and software and their integration.

Comprehensive knowledge of the theory and practice of word processing management in order to develop, implement and maintain cost effective and efficient networked word processing production systems within OPM.

A detailed working knowledge of management analysis techniques including developing analytical methods, providing evaluative analysis, developing conclusions/recommendations in order to provide management officers with the evaluative material needed for effective direction of OPM's publishing management program.

Supervisory Controls

The incumbent is responsible for developing, in an independent manner, specific program assignments based upon broad, general objectives which are the result of management discussions, professional conferences or general written directives.

After gaining management approval, the incumbent is totally responsible for carrying out the specific objective.

Incumbent's work requires little to no review to determine that the stated objectives are met and for compliance with OPM policies and regulations.

Guidelines

Guidelines other than those termed as "regulations" contained in the Joint Committee on Printing Regulations and OMB Directives are virtually nonexistent.

The incumbent, in order to satisfy the publishing needs of various program/service offices, must be able to exercise independent judgment in the execution of his/her

Page 3 (PD, GS-343-13)

Guidelines - Continued

responsibilities based upon a combination of their expert knowledge and program analysis skills.

Complexity

The nature of the work carried out by the incumbent is very broad in scope since it involves conducting studies in all program/service offices each with publishing needs that are diverse and specific to their subject matter.

The incumbent, in addition to personally conducting studies/analysis, must coordinate studies performed by other staff analysts and coordinate/integrate their findings into an overall OPM wide recommendation.

Since the majority of work involves the development of operations and systems utilizing "new or emerging technology", the incumbent must exercise creative and individual problem identification and problem solving techniques: There are no pre-packaged solutions to publishing/word processing problems. The incumbent's responsibilities are further complicated by the fact that to satisfy OPM requirements for cost effectiveness and compatibility with existing hardware/software, etc... , the needs of individual program/service offices cannot be considered separately but as components of an overall OPM requirement. The incumbent must be prepared to deal with the often-conflicting needs of individual offices in order to create the "best" OPM solution.

The incumbent does not merely place pre-packaged solutions, but creates tailored solutions that consider all aspects from both the originator's point of view/needs as well as the hardware/software combinations that are compatible and necessary to design, typeset, print and distribute printed as well as electronic products.

Scope and Effect

The purpose of the work is to develop state-of-the-art publishing systems within OPM program/service offices that yield effectively designed printed and electronic publications that satisfy the communication needs of the OPM.

The distribution of OPM information products to all of OPM's audiences, in a cost effective and efficient manner, is critical to satisfying OPM's task mission goals. Inefficient and expensive publishing operations delay the issuance of information that is either time sensitive, regulatory in nature or a regulatory requirement.

Page 4 (PD, GS-343-13)

Scope and Effect – continued

The incumbent coordinates the management of OPM's Federal Advisory Committees, and serves as OPM's representative at meetings held at the General Services Administration which is the Federal government coordination point. The incumbent must ensure that records of committee meetings are updated online via the FACA database on a continuous basis, that annual reports are completed, and works with the Office of the Director to ensure that charters are kept up to date. The work of these committees is viewed on the FACA database by both the Congressional and Executive branch agencies and must reflect the most up-to-date status and activity of the various committees.

Personal Contacts

Contacts within OPM are with administrative officers, mid and senior level managers, associate directors, and executive level staff in charge of specific publishing and regulatory programs.

Contacts outside of OPM include other agency publishing officials, technical experts in federal and commercial capacities, and other agency committee representatives/members.

Nature of Contacts

Contacts with OPM officials are made to research and analyze all publishing programs. Incumbent discusses specific requirements, existing methodology and analyzes and makes recommendations for improvement. Often, program officials are entrenched in standard operating procedures and the incumbent must exercise extreme tact and diplomacy in negotiating change. In addition, program managers must be convinced of the benefits of changing existing systems (often by combining needs with other programs) to yield lower cost, more effectively designed/produced information products.

Acts as a "negotiator" between the Publications Review Panel and senior level OPM managers in resolving questions/issues on new or revised information products.

Physical Demands

Work is sedentary.

Work Environment

Work is performed in an office setting.

## POSITION EVALUATION SUMMARY

Organization _____

### Position # MANAGEMENT ANALYST GS-343-13

| Evaluation Factors Standards Used | Factor Level Used (FL#, etc.) | Points Assigned | Comments |
|---|---|---|---|
| 1. Knowledge Required by the Position | 1-8 | 1550 | Possess comprehensive knowledge of multiple agency programs and systems. Evaluates and analyzes methods to improve program efficiency. Serves as an agency expert and makes program recommendations to improve processes. |
| 2. Supervisory Controls | 2-5 | 650 | The incumbent is totally responsible for developing specific program assignments, based on broad objectives. Conclusions and recommendations are generally accepted without significant change. |
| 3. Guidelines | 3-5 | 650 | Guidelines are virtually nonexistent. The employee must exercise independent judgement based on their expert knowledge and skills. |
| 4. Complexity | 4-5 | 325 | Assignments involve operations and functions of significant complexity with a variety of work methods. Conduct extensive program studies and make agency wide recommendations. |
| 5. Scope and Effect | 5-4 | 225 | Develop a state-of-the–art-publishing system within the agency to satisfy communication needs and improve efficiency. Results are critical to the agency's mission and cost effective. |
| 6/7. Personal Contacts and Purpose of Contacts | 3c | 180 | Interact with administrative officers, mid and senior level managers and associate directors and executive level staff. Discuss specific requirements, methodologies and makes recommendations. Negotiate with managers and other representatives to resolve controversial issues involving program changes and cost. |
| 8. Physical Demands | 8-1 | 5 | Work is sedentary. |
| 9. Work Environment | 9-1 | 5 | Work is performed in an office setting. |
| Total Points | | 3590 | |

### SUMMARY

| GRADE CONVERSION | 3155-3600 = GS-13 | This PD supports the GS-13 grade level. |
|---|---|---|

**STATEMENT OF DIFFERENCE:** Between the GS-12 and GS-13. At the GS-12 grade level, guidelines require considerable adapting and interpretation to apply complex program needs. However, at the GS-13 level, guidelines are virtually nonexistent and the employee must exercise independent judgement. At the GS-12 level, employees must have considerable knowledge of a wide range of agency programs. On the other hand, GS-13s are considered experts in their field and must possess comprehensive knowledge of multiple agency programs.

# POSITION DESCRIPTION

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|---|
| ☐ Redescription  PD# of Position Being Replaced | | ☑ Yes | **Washington, DC** | **6A30133** |
| ☐ Reestablishment | | ☐ No | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☑ New   ☐ Other | | | ☐ Yes  ☑ No | ☐ Yes  ☐ No |

| 3. Organizational Title | | 18. Official Title | |
|---|---|---|---|
| **Visual Information Specialist** | | **Visual Information Specialist** | |

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade | |
|---|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☐ Nonsensitive [1] | | **GS-1084-13** |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used | |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | **PC Flysheet for Visual Information Series, GS-1084,** | |
| ☑ None [8] | ☒ Public Trust-Mod. Risk [E] | **May 1991; GEG for Visual Arts Work, Nov 1991;** | |
| 6. FLSA | ☐ Public Trust-High Risk [D] | **PCS for Public Affairs Series, GS-1035, Jul 1981** | |
| ☑ Exempt [E] | ☐ Other - | | |
| ☐ Non-Exempt [N] | | | |

**7. Organizational Location**

U.S. Office of Personnel Management

**Management Services Division**

**Center for Contracting, Facilities & Administration**

**Publications Management Group**

**Publishing Services Group**

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | 22. Date Signed (Month, Month, Day, Year) |
|---|---|
| *[signature]* | 11/3/2005 |

22. Typed Name and Title of Classifying Official

**Kathy B. Schumer**
**Human Resources Specialist**

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

| | | PD#: |
|---|---|---|

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

23. Remarks

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) |
|---|---|
| *[signature]* | 11-7-2005 |

10. Typed Name and Title of Supervisor

**William M. Davis**
**Chief, Publishing Services Branch**

24. Typed Name and Title of OSEA Reviewing Official

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) |
|---|---|
| *[signature]* | 11/8/2005 |

25. Signature of OSEA Reviewing Official

12. Typed Name and Title of Reviewing Official

**Claudio A. Benedi**
**Director, Publishing Management Group**

26. Signature of HCMSG Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

27. Typed Name and Title of HCMSG Reviewing Official

## TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | Pay Plan | Series | Grade | Supv Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| A N E 0 C | A G S | 0 1 0 8 4 | 1 3 | 8 | 1 3 | 0 0 | |

| Position Title |
|---|
| V I S U A L   I N F O R M A T I O N   S P E C |

| Competitive Level | FLSA | Sens. | Bldg. Code | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 | E | 5 | T R | 1 1 0 3 0 5 | 0 0 2 0 |

**Visual Information Specialist**
**GS-1084-13**

## INTRODUCTION
Incumbent is responsible for all graphic design and related operations. Works under the general supervision of the Chief, Publishing Services Branch. Maintains contact with originators, program officials, Government Printing Office, other Government agencies and commercial contractors.

## DUTIES
Consults with and advises OPM officials regarding preparation of graphic materials. Maintains familiarity with OPM programs as an aid in producing acceptable products. Provides advice and assistance on interpreting and applying policies, guidelines, standards for design, graphics, composition, and other techniques related to communication of information. Performs graphic design and works in fields of composition, drafting, cover execution, layout and occasionally paste-up of text and illustration for publications, slides, charts, graphs and other related materials.

Designs placement of printed material in relation to visual material; determines appropriate treatment of visual material. Utilizes Mac and PC platforms using Quark, Photoshop, In-Design and other widely used software packages for graphic design. Uses highly complex electronic publishing systems, or other complex and specialized equipment (poster printers, plotters, color printers, laminators, etc...); explores potential applications and suggests to the Branch Chief possible new/expanded applications.

Maintains familiarity with type faces available for composition of text and display, as well as the characteristics of each in regard to appearance and appropriate use. Responsible for selection of type faces, sizes, column widths and all other details which will contribute to the appearance of the finished product.

Has thorough knowledge of GPO programs for commercial procurement of cold-type composition/design and is familiar with GPO printing procurement requirements.

In the case of publications, works from manuscript or electronic files of text to be published. Makes decisions regarding placement and nature of illustrations and recommends appropriate organization of elements. Keys visual treatment to specific audience and plans overall appearance for effective and economical communication. In order to do this, the incumbent must know the intended use of the publication (one-time versus continued reference, for example) for specification of stock, method of binding and other technical requirements. After the audience is determined, makes decisions regarding types of visual materials to be used, manner of presentation, and coordinates final execution of the product. The latter includes technical judgment of reproduction quality of photos or other illustrations, development of a production plan which may require meetings with internal, GPO production personnel, or commercial sources and a knowledge of the technical characteristics and requirements of digital, offset, letterpress and silk-screen production methods.

## FACTOR 1: Knowledge Required                                    FL 1-8, 1550 pts
Knowledge of a variety of methods, techniques, materials and computer software used in the planning and design of graphic presentations in order to meet customer's communications objectives.

Performs pre-flight check of all electronic files used by OPM for print production. If errors are detected files are corrected or returned to submitting office for correction.

Coordinates with the other units in the branch on matters of mutual concern, such as production requirements, mailing requirements, schedules, cost estimates and procurement sources. Furnishes cost estimates when requested.

Evaluates and reports conclusions reached on the use of new and ever changing equipment within the Publishing Management Group for improved production, efficiency and faster service. Considers cost versus benefits to be derived before recommending rental or purchase of new equipment. A broad and diversified knowledge of design and printing equipment and processes is necessary. Recommends to the Branch chief the acquisition of visual information equipment, training opportunities, products and services provided through government and private sector sources.

Conducts and participates in presentations to familiarize OPM personnel with functions of the Publishing Branch, so that they may more effectively plan the use of their printing funds for economical and efficient production.

Devises systems and procedures to coordinate and expedite the workflow. Establishes priority system, workload control procedures and deadlines for delivery of work.

Maintains file of pre-planning meetings and decisions made and materials produced by the unit for future reference. Archives all electronic files of completed work.

Prepares technical specifications for issuance of contracts to establish Blanket Purchase Agreements. Places work orders, and monitors contractor conformance to specifications and contractual requirements.

Conducts press sheet inspections.

Knowledge of OPM's programs in order to interpret subject matter content information and apply in the development and implementation of creative visual concepts for OPM campaigns and communication plans.

Skill in working with agency standard information technology hardware, software, operating systems, security, telecommunications, peripherals, and procurement procedures used in the development of graphic designs and presentations and management of the graphics area.

Ability to independently solve problems utilizing analytical skills, including project management skills and systems analysis methodologies and techniques, in order to plan, design, and implement a variety of graphic presentations.

Ability to communicate through graphic design and to develop instructional materials used to train a wide range of audiences with varying levels of computer literacy.

Ability to negotiate to effectively analyze customer needs in the planning and designing of graphic presentations.

Ability to interpret technical documentation, operational procedures, and user instructions for the use of agency standard hardware, software, and applications in preparing' presentation documents and educational documents.

**FACTOR 2:, Supervisory Controls**                                    **FL 2-4, 450 pts:**
The supervisor establishes the overall objectives and deadlines of the work assigned. The incumbent carries out assignments independently. The incumbent is expected to act independently and

collaboratively to establish goals, objectives, and priorities based on the needs and requirements established by customers or by the supervisor. The incumbent determines how to accomplish the goal and objectives that are agreed upon, and is also expected to apply his/her judgment on how to handle emerging issues, unexpected situations; and difficult problems. The incumbent resolves differences of opinion or interpretation with customers and coordinates all aspects of the graphic art projects. Review of work concentrates on overall fulfillment of objectives, compatibility, and effectiveness in meeting requirements or achieving expected results.

**FACTOR 3: Guidelines**                                                    **FL 3-4, 450 pts:**

Guidelines are limited and exist only in the form of OPM policies/procedures and regulations that generally address the issues involved in the assignment. Although precedents may exist, because of the unique and general nature of the projects, little guidance is available regarding the best way to accomplish the objectives of the program areas. There is a great deal of latitude, and the incumbent must exercise good judgment and initiative in the application of the above mentioned guidelines. For program campaigns and communication plans, the incumbent must use initiative and resourcefulness in gaining the subject matter information and then convert the information into a plan for design and implementation that will meet customer expectations. The incumbent is also expected to use judgment and initiative in evaluating technological advances in the graphic arts arena and make recommendations for purchasing new hardware and software products. The incumbent works with analysts from other OPM offices and other agencies to develop approaches to adequately address the problem. Assignments require a high degree of good judgment and creative thinking in order to devise innovative solutions to problems presented.

**FACTOR 4: .. Complexity**                                                 **FL 4-5, 325 pts:**

The work involves decisions regarding diverse specialties, such as systems administration, application development, etc., and how these specialties can be employed to successfully plan, design, and implement graphic packages which are of a unique and creative nature. Assignments include planning, implementing and evaluating OPM programs involving the development of information through a variety of graphic art and standard print methods and techniques in disseminating information to a wide variety of audiences. Decisions regarding what needs to be done include determining the type of approach to use in gaining understanding from various sources and the development of methods in achieving communication goals through graphic design while considering conflicting views of OPM programs and policies. The work requires developing creative methods to obtain a broad range of input to resolve the problems by synthesizing the data to develop recommendations.

**FACTOR 5: Scope and Effect**                                             **FL 5-4, 225 pts:**

The purpose of the work is to develop and implement creative visual concepts for OPM campaigns and communication programs involving the distribution of program information through various methods of visual displays for a variety of agency-internal and -external audiences. Graphic designs use a variety of media or individual visual components. Decisions made on graphic designs and implementation plans affect a wide range of activities both within and outside of the agency. Subject matter contents of graphics are intended to educate, influence, and impact success of reaching communication and mission objectives. The position is to provide direction and technical advice in communicating to OPM's public the program's activities and responsibilities and encouraging cooperative working relationships with various organizations. The work contributes to the efficient accomplishment of organization objectives by creatively promoting greater involvement in improving the operation and work of OPM by varied communication techniques which facilitates the total mission of the Office of Communications and Public Liaison, as well as OPM.

**FACTOR 6: Personal Contacts**                                            **FL 6-4 = 110 pts:**

Personal contact is developed and maintained with representatives at all levels of the Office of Communications and Public Liaison, key officials, and managers of other OPM components, interest

groups, federal officials, key personnel outside the Agency, such as contractors, news media, public groups and the general public. Contacts are not on a routine basis.

**FACTOR 7: Purpose of Contacts**                                    **FL 7-3 = 110 pts:**

The purpose of contacts is to influence and motivate OPM program managers, other graphic technology users, and key officials involving the design of publications, exhibits, and/or presentation materials presented to the public (internally and externally); negotiate with vendors; provide information on OPM and OCPL activities; and represent OPM and OCPL on various visual graphic art projects. Contacts often involve resolving conflicting viewpoints and approaches to the solution of difficult problems.

**FACTOR 8: Physical Demands**                                       **FL 8  5 pts:**

The work is primarily sedentary, although lifting of desktop computers and peripherals may be required.

**FACTOR 9: Work Environment**                                       **FL 9-1, 5 pts:**

The work is performed in an office setting. Some travel may be required. While no unusual physical demands are imposed, the incumbent must regularly work with severe time pressures and may be required to work overtime.

**Total Points: 3240**

**This position is classified as a Visual Information Specialist, GS-13**

Knowledge, Skills and Abilities required

Extensive knowledge of highly complex electronic publishing systems.

Ability to design intricate multi-color products utilizing state of the art equipment and procedures.

Knowledge of various techniques, methods, and processes required to communicate ideas, themes, and concepts into visual and printed format.

Ability to plan, prioritize, and organize incoming and in-process work; ability to work under pressure and with short term deadlines.

Knowledge of all printing processes.

Ability to design products that meet program requirements and allow for low cost production and short delivery dates.

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station Washington, DC | 15. Agency Position Number 6A30394 |
|---|---|---|---|---|
| ☐ Redescription | ☐ PD# of Position Being Replaced | ☑ Yes | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☐ Reestablishment | | | ☑ Yes   ☐ No | ☐ Yes   ☑ No |
| ☑ New   ☐ Other | | ☐ No | 18. Official Title **Management Analyst** | |

| 3. Organizational Title **Management Analyst** |
|---|

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade GS-0343-12 |
|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☑ Nonsensitive [1] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] | |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | |
| ☑ None [8] | ☒ Public Trust-Mod. Risk [5] | |
| 6. FLSA | ☐ Public Trust-High Risk [D] | |
| ☒ Exempt [E] | ☐ Other - | |
| ☐ Non-Exempt [N] | | |

| 7. Organizational Location |
|---|
| U.S. Office of Personnel Management |
| **Management Services Division** |
| **CTR Contracting, Facilities & Administrative Ser.** |
| **Publications Management Group** |
| **Publishing Services Branch** |

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | Date Signed (Month, (Month, Day, Year) 08/31/06 |
|---|---|
| 22. Typed Name and Title of Classifying Official *Suleena Mercado Olavarria* **Human Resources Specialist** | |

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

☐ PD#:

Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

23. Remarks

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) 9-1-2006 |
|---|---|
| 10. Typed Name and Title of Supervisor **William M. Davis** **Support Services Supervisor** | 24. Typed Name and Title of OSEA Reviewing Official |
| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) 8/1/2006 | 25. Signature of OSEA Reviewing Official |
| 12. Typed Name and Title of Reviewing Official **Claudio A. Benedi** **Support Services Supervisor** | 26. Signature of HCMSG Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy. |

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

27. Typed Name and Title of HCMSG Reviewing Official *Suleena Mercado Olavarria, HR Spec*

## TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | Pay Plan | Series | Grade | Supv Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| ANE0CA | GS | 0343 | 12 | 8 | 12 | | |

| Position Title |
|---|
| MANAGEMENT ANALYST |

| Competitive Level | FLSA | Sens. | Bldg. Code | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| AA00 | E | 5 | TR | 080106 | 0020 |

Center for Contracting, Facilities and Administrative Services
Publications Management Group
Publishing Services Branch

Management Analyst GS-343-12

August 1, 2006

## Introduction

As a management analyst in the Publications Management Group (PMG), the incumbent serves on the Regulatory Team and performs activities related to Regulatory Issuance improvement and other functional responsibilities of the office.

PMG is responsible for managing OPM's Regulatory System and various archival information systems. The office also provides policy and editorial review of the Regulatory Issuance System.

## Duties and Responsibilities

The incumbent, under the guidance of the Team Leader, is responsible for executing the regulatory processing components of the Regulatory Issuance System, including preparing, Posting Notices for new regulations, performing coordination and other liaison activities with OMB, Office of the Director, the Office of the Federal Register, and other agencies; reviewing and coding of OPM regulations; advising OPM program specialists, program managers, and other personnel; providing research; responding to recommendations and correspondence; resolving problems; and conducting other activities related to administering the Regulatory Issuance System.

Analyzes and evaluates OPM's regulatory processes, under the guidance of the Team Leader, and recommends improvements to the Regulatory Issuance System. Evaluates interagency coordination processes and recommends modifications to make coordination more efficient. Studies internal system processes to evaluate system-wide effectiveness and efficiency. Responds to criticisms and recommendations regarding OPM regulatory procedure.

Monitors several Internet sites and other multimedia sources for new and pending legislation, executive orders, regulations, etc... Notifies and updates affected offices/services of upcoming regulatory actions that may affect or be of interest to their organization. (From both OPM and other Federal and private sources).

Assists in planning, coordinating, and preparing OPM's Semiannual Regulatory Agenda and Plan. Evaluates agenda processes and assist in developing improved procedures. Assist in designing new operations based on changed conditions imposed by OMB, GSA,

Page 2  (Management Analyst GS-343-12 FR)

Executive Orders or other circumstances.  Under the guidance of the Team Leader develops work plans, directives, memos, charts, letters, and other materials during each Agenda cycle.  Also responsible for updating the Document Management System and the Federal Register Management System.

Other duties as assigned related to services provided by the Publishing Services Branch.

### Knowledge Required by the Position

Knowledge of the principles and functions of management and of the applications and methodology of management analysis to effectively conduct detailed management studies, analyses, and evaluations.

Knowledge of Federal information management legislation, policy, and interpretation to be used in designing and evaluating system structures and processes.

Knowledge of Federal regulatory policies, laws, Executive orders, and regulations, and of OPM's Regulatory System to execute OPM regulation issuance responsibilities and conduct improvement studies.

Knowledge of OPM organizational structure and program responsibility to effectively coordinate, consult, and advise on issuance requirements and compliance processes.

Knowledge of the policies, objectives, structures, mission, and functions of OPM and of the program responsibility of the various offices within OPM to be used in designing system structures and processes, and to effectively consult, advise, and coordinate on issuance policy and compliance processes.

### Supervisory Controls

Assignments are given in terms of overall objectives; incumbent determines methodology and approach to be used based upon guidance received.  Work is reviewed for conformance with issuance policy and feasibility of recommendations.  Completed projects, reports or recommendations are reviewed for compatibility with agency/organizational goals, guidelines, and effectiveness of achieving objectives.

Page 3 (Management Analyst GS-343-12 FR)

## Guidelines

Guidelines include laws, Federal Register Document Drafting Handbook, GPO Style Manual, U.S. Code, Code of Federal Regulations, List of CFR Sections Affected, Executives Orders, regulations, directives, historical files, and relevant court cases.

Guidelines only provide the framework under which the employee works – and they do not go into great detail; employee uses independent and creative judgment in performing duties of the position.

## Complexity

Involves conducting detailed analyses, evaluations, and studies; making policy recommendations; designing and recommending new or modified procedures; preparing internal directives, guidance, and other materials; reviewing regulatory materials for conformance with issuance policy. Incumbent considers effect on OPM operations, functions, or system components as well as on other agencies, OPM groups, regions, divisions, and offices. Involves reconfiguration of systems, designing new processes, and developing new approaches. Nature of work requires interpretation of law and regulations, originality, creativity, innovation, and critical judgment. Incumbent serves as referee in guiding Program/Service offices, ensuring compliance with federal laws/regulations while fulfilling OPM requirements.

## Scope of Effect

The work improves internal and external processes under OPM's personnel information systems for communicating OPM policy, regulations, and guidance to Federal agencies and other audiences. The work has extensive impact, ultimately affecting government wide access to OPM policy and instruction. The work is intended to prevent or correct inefficient and ineffective processes, disorganization, and delays which could lead to widespread mismanagement of agency personnel activities and the processing of personnel actions under outdated requirements.

## Personal Contacts

Personal contacts include high to mid-level program managers, specialist, agency representatives, attorneys, and others within and outside OPM. Other contacts include contractors, professional organizations, and private firms.

Page 4 (Management Analyst GS-343-12 FR)

## Purpose of Contacts

Purpose of contacts is to advise, persuade, consult, discuss, or negotiate with affected program managers and other personnel on system modifications and problem resolution; to present recommendations; and to provide data and other information.

## Physical Demands

The work is basically sedentary.

## Work Environment

The work is preformed in an office setting.

| 1. Reason for Submission | 2. Pertaining | 14. Duty Station | Agency Position Number |
|---|---|---|---|
| ☑ Redescription  PD# of Position Being Replaced | Unit Position? | Washington, DC | 6A08943 |
| ☐ Reestablishment | ☑ Yes | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☐ New    ☐ Other | ☐ No | ☑ Yes  ☐ No | ☐ Yes  ☑ No |

| 3. Organizational Title | Printing Specialist,Team Leader GS-1654-12 | 18. Official Title  Lead Printing Services Specialist |
|---|---|---|

| 4. Supervisory/Management Responsibility | 5. Sensitivity | GS-1654-12 |
|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☑ Nonsensitive [1] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used |
| ☑ Team Leader [7] | ☐ Non-Critical Sensitive [2] | PCS for Administrative Work in the Equipment, Facilities and Services Group, GS-1600, May '03 |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | |
| ☐ None [8] | ☐ Public Trust-Mod. Risk [E] | |
| 6. FLSA | ☐ Public Trust-High Risk [D] | |
| ☑ Exempt [E] | ☐ Other - | |
| ☐ Non-Exempt [N] | | |

7. Organizational Location

**U.S. Office of Personnel Management**

Division for Management ~~& CFO Svcs~~

Center for Contracting, Facilities and Administrative Ser

Publications Management Group

~~Publishing Services Branch~~

Printing Procurement Section

| 21. Signature of Classifying Official Taking Action  *Shirley Lynch* | Date Signed (Month, (Month, Day, Year)  6-15-04 |
|---|---|
| 22. Typed Name and Title of Classifying Official  *Shirley Lynch*  HR Specialist | |

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

| | PD#: |
|---|---|

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

| 9. Signature of Supervisor  *William M. Davis* | Date Signed (Month, Day, Year)  3-10-2004 |
|---|---|

10. Typed Name and Title of Supervisor

William M. Davis, Chief, PSB

| 11. Signature of Reviewing Official  *[signature]* | Date Signed (Month, Day, Year)  3-10-2004 |
|---|---|

12. Typed Name and Title of Reviewing Official

Claudio A. Benedi, Director, PMG

23. Remarks

24. Signature of OHREEO Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

25. Typed Name and Title of OHREEO Reviewing Official

**TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO**

| Organization Code | Pay Plan | Series | Grade | Supvy Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| A N E 0 C A 0 B | G S | 0 1 6 5 4 | 1 2 | 7 | 1 2 | 0 0 | |

| Position Title |
|---|
| L E A D _ P R I N T I N G _ S E R V I C E S _ S P E C |

| Competitive Level | FLSA | Sens. | Bldg. Cc | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 E | 1 | T R | 0 6 1 5 0 4 | 0 0 2 0 | |

Division for Management & Chief Financial Officer
Center for Contracting, Facilities & Administrative Services
Publication Management Group
Publication Services Branch
Printing Procurement Section

## GS-1654-12, Printing Specialist, Team Leader

Introduction

This position is located in the Publications Management Group which is the coordinating point for the acquisition of graphic design, printing, and distribution services for the Office of Personnel Management (OPM). Products produced by the Printing Procurement Team include high quality 4-color process publications, multicolor products and highly technical products such as optical character recognition, intricate graphic design, compact disc, and conversion of files for web deployment. The annual value of work produced by OPM exceeds $4,500,000.

Duties

The incumbent works in the Publication Services Branch, Printing Procurement Section and is responsible for the acquisition of multimedia products as required for various OPM program offices. Program offices are not well versed in the technical aspects of products that they are requesting. As a result, the printing specialist must work closely with originators to understand their program and how and where the product will be used to determine the best action plan for production.

Specific responsibilities and duties include but are not limited to:

• As Team Leader the incumbent is responsible for leading the Section, assigning work, processing orders and providing performance rating input on the employees of the Section.

• Working closely with program offices to determine the nature of needs for multimedia products. For example, based upon knowledge of a particular office's program needs, the incumbent analyzes the need for materials and makes recommendations as to the best configuration to produce a product that meets or exceeds needs and maintains control over cost and schedule.

• Preparing comprehensive acquisition plans for the entire production cycle that may occasionally begin with graphic design and then the actual printing, finishing and distribution. In preparing these plans, the incumbent must carefully analyze the product needed versus production limitations, cost, and time constraints.

• Preparing complete specifications for the product suitable for the Government Printing Office (GPO) to execute the technical requirements of a contract.

Page 2 (PD for GS-1654-12, Printing Specialist)

• Performing press sheet inspections at contractors facilities on behalf of OPM program offices. Inspections may occur during the day, at night or on weekends which may occasionally include holidays.

• Monitoring all aspects of the contract to ensure that all parties are in compliance with the contract requirements. When a party to the contract is in violation, the incumbent must take appropriate action designed to rectify the situation. Corrective action against the contractor is always taken if the product fails to meet contractual requirements.

• Modifications and negotiations are completed as necessary when program requirements change or modifications are needed to improve quality, reduce costs, or ensure timely delivery.

## Factor 1

Knowledge Required by the Position

NOTE: Items 1 & 2 are the responsibility of the incumbent not the Government Printing Office or commercial contractors. Specifications and production methods must be complete/correct when presented for bid solicitation or production.

1. A professional knowledge of technological concepts, principles, and practices in the graphics arts field to apply the best suited technology to multimedia products. Examples of such technology include but are not limited to pre-flighting, graphic design, CD-ROM mastering and replication, optical character recognition, HTML, and Optical Scan Forms.

2. A professional knowledge of complex graphic arts techniques such as 4-color process/color separation, multicolor printing, and binding/finishing techniques to produce high quality, low cost products. Examples include 4-color process, tinted varnishes, color builds, gold foil stamping, and blind embossing.

3. A professional knowledge of writing technical specifications and Statements of Work for procurement of OPM products via GPO and commercial sources. After careful and thorough analysis, the printing specialist is responsible for creating an efficient, effective procurement system to meet both the needs of the OPM originating office and multimedia producers.

4. A professional knowledge of all OPM and GPO procedures relating to the procurement and distribution of OPM products to ensure that the most appropriate (economical, efficient) procurement and distribution methods are used. Use of the proper techniques can lead to satisfaction of customer demands without excess cost or lead time.

Page 3 (PD for GS-1654-12, Printing Specialist)

In addition, this knowledge enables the incumbent to actively search for possible program related problems and prevent their occurrence rather than passively having the problem occur and have to resolve them in a reactive mode (proactive rather than reactive).

5. A working knowledge of OPM's major program operations such as health benefits, retirement, human resources, training, etc... to enable the incumbent to understand and be able to work effectively with the staff of the program offices.

6. Knowledge of printing methods and techniques (e.g., knowledge of instructions/specifications the printer must have, the capabilities/uses of printing equipment and capabilities of printing facilities).

## Factor 2

Supervisory Controls

1. The incumbent consults with the customer to develop specific ideas on the appearance and contents of the product. During this meeting, the incumbent gains an understanding of the need and what steps will need to be taken in order to satisfy the requirement. The incumbent prepares an overall procurement action plan.

2. The incumbent independently plans and carries out the projects and the day-to-day operation of the plan including resolution and negotiation of any problems that may arise. The incumbent resolves most differences of opinion with customers or contractors and coordinates the work.

3. The incumbent's recommendations are expected to be technically correct.

4. The Team Leader reviews the work of Section employees for effectiveness in meeting the overall objectives of the project. This is based on the degree of customer satisfaction.

## Factor 3

Guidelines

1. Technical manuals/handbooks are available for selected aspects of the incumbent's responsibilities related to graphic art practices for the multimedia products produced.

No practical formal/written guidelines are available for performing the work related to graphic design, optical character recognition, formulation of technical specifications and acquisition contracts, and Federal printing procurement policies and procedures.

Page 4 (PD for GS-1654-12, Printing Specialist)

2. Total understanding and independent judgement are necessary to effectively carry out responsibilities related to the production and procurement of multimedia products. Projects involving such techniques are never routine and demand that the incumbent understand and be able to apply existing knowledge.

Since no practical formal/written guidelines exist for the other areas of the incumbent's responsibilities, the incumbent is responsible for not only creating the necessary base of information but also for applying the base to specific requirements.

## Factor 4

Complexity

1. The incumbent is responsible for the creation and effective execution of multiple major publishing efforts for various OPM program offices. The incumbent is responsible, working closely with the originator and section employees, for determining technical specifications, schedules and creating an efficient, economical procurement action plan suitable for satisfying the program office's requirement. Once in place, the incumbent executes the plan in a proactive mode seeking enhancements and preventing problems.

2. In working with major program areas, there is typically a wide variety of options that the incumbent is responsible for analyzing. Options include the entire range of the incumbent's responsibilities including both technical aspects (technology, graphic arts techniques) and operational aspects (procurement, specifications).

3. Projects are assigned to the incumbent because they require original and innovative approaches due to their unique requirements. Projects are frequently abstract in nature (e.g., broad concepts or ideas as opposed to specific events or processes). The incumbent is responsible for transforming ideas and information into visual products and for creating, after careful analysis, a set of solutions that are geared to satisfying the legitimate publishing needs of the customer.

## Factor 5

Scope and Effect

1. The purpose of the work is to provide an efficient, effective and economical system to satisfy publishing demands for a variety of major program areas. Such a system includes coordination of program area demands through the complete cycle of publishing management.

Page 5 (PD for GS-1654-12, Printing Specialist)

2. Successful satisfaction of program areas is absolutely essential. Printed and other materials in each of the program areas is the lifeblood of the program and critical to the satisfaction of OPM's mission, organizational goals and the President's Management Agenda.

## Factor 6

### Personal Contacts

1. The incumbent, on a daily basis, contacts a wide variety of persons including senior OPM managers, GPO officials, and representatives (technical and administrative) from various commercial sources.

The incumbent must be sensitive to both the person being contacted and the specific nature of the reason for the contact and be able to identify and carry out the agreed approach.

## Factor 7

### Purpose of Contacts

1. The purpose of the contacts runs the range from initial interviews/meetings with program officials, and meetings with GPO to negotiate a specific solution to a publishing need to resolving problems/conflicts as they occur. Although all parties generally desire the same result, each party has its own vested interest and the incumbent must be able to deal/negotiate in hostile and/or competitive situations.

## Factor 8

### Physical Demands

1. The work is primarily sedentary although some walking, bending, and lifting may be required.

Page 6 (PD for GS-1654-12, Printing Specialist)

**Factor 9**

<u>Work Environment</u>

1.  The work is performed in a typical office setting.  On occasion, the incumbent is required to work in actual industrial settings when performing, pre-award surveys, press sheet inspections, proof reading, etc…

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station **Washington, DC** | 15. Agency Position Number 6A30542 |
|---|---|---|---|---|
| ☐ Redescription | PD# of Position Being Replaced | ☑ Yes | | |
| ☐ Reestablishment | | ☐ No | 16. Subject to IA Action? ☐ Yes ☑ No | 17. Employment/Financial Stmt. Required ☐ Yes ☐ No |
| ☑ New   ☐ Other | | | | |

3. Organizational Title **Printing & Visual Arts Specialist**

18. Official Title **Printing Services Specialist**

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade **GS-1654-11** |
|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☐ Nonsensitive [1] | |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | |
| ☑ None [8] | ☒ Public Trust-Mod. Risk [5] | |

| 6. FLSA | ☐ Public Trust-High Risk [D] |
|---|---|
| ☐ Exempt [E] | ☐ Other - |
| ☑ Non-Exempt [N] | |

7. Organizational Location

**U.S. Office of Personnel Management**

**Management Services Division**

**Center for Contracting, Facilities & Administration**

**Publications Management Group**

**Publishing Services Branch**

**Printing Procurement Team**

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | Date Signed (Month, (Month, Day, Year) Mar 23, 2007 |
|---|---|

22. Typed Name and Title of Classifying Official
**Laura E. Bellonby**
**HR Specialist**

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

| 1 | 1 | PD#: |

23. Remarks

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) 3-8-2007 |
|---|---|

10. Typed Name and Title of Supervisor
**William M. Davis**
**Chief, Publishing Services Branch**

24. Typed Name and Title of OSEA Reviewing Official

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) 3/8/07 |
|---|---|

25. Signature of OSEA Reviewing Official

12. Typed Name and Title of Reviewing Official
**Claudio A. Benedi**
**Director, Publishing Management Group**

26. Signature of HCMSG Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

27. Typed Name and Title of HCMSG Reviewing Official
**Laura E. Bellonby**
**HR Specialist**
**CHCMS**

TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | | | | | Pay Plan | | Series | | | | Grade | Supv Code | Target Gr. | Funct. | | Reserved | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | N | E | 0 | CA0B | G | S | 0 | 1 | 6 | 5 | 4 | 1 | 1 | | 1 | 1 | | | | | | |

Position Title

| P | R | I | N | T | I | N | G | | S | E | R | V | I | C | E | S | | S | P | E | C | I | A | L | I | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Competitive Level | | | FLSA | Sens. | Bldg. Code | | Date PD Classified | | | | | | Barg. Unit Status Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A | 0 | N | 5 | R | | 0 | 3 | 2 | 3 | 0 | 7 | 020 | |

**Printing and Visual Arts Specialist**
**GS-1654-11, Printing Services Specialist**

## Introduction

This position is located in the Publications Management Group which is the coordinating point for the acquisition of graphic design, printing, and distribution services for the Office of Personnel Management (OPM). Products produced by the Printing Procurement Section include high quality 4-color process publications, multicolor products and highly technical products such as optical character recognition, intricate graphic design, compact disc, and conversion of files for web deployment. The annual value of work produced by OPM exceeds $4,500,000.

## Duties

The incumbent works in the Publication Services Branch, Printing Procurement Section and is responsible for the acquisition of multimedia products as required for various OPM program offices. Program offices are not well versed in the technical aspects of products that they are requesting. As a result, the printing specialist must work closely with originators to understand their program and how and where the product will be used to determine the best action plan for production.

Specific responsibilities and duties include but are not limited to:
• Working closely with program offices to determine the nature of needs for multimedia products. For example, based upon knowledge of a particular office's program needs, the incumbent analyzes the need for materials and makes recommendations as to the best configuration to produce a product that meets or exceeds needs and maintain control over cost and schedule.
• Preparing comprehensive acquisition plans for the entire production cycle that may occasionally begin with graphic design and then the actual printing, finishing and distribution. In preparing these plans, the specialist must carefully analyze the product needed versus production limitations, cost, and time constraints.
• Review and preflight of electronic files generated utilizing graphic design software packages common throughout the printing industry.
• Ability to work in Quark, InDesign and other design software packages.
• Preparing specifications suitable for the Government Printing Office (GPO) to execute the technical requirements of a contract.
• Performing press sheet inspections at contractors facilities on behalf of OPM program offices. Inspections may occur during the day, at night or on weekends which may occasionally include holidays.
• Monitoring all aspects of the contract to ensure that all parties are in compliance with the contract requirements. When a party to the contract is in violation, the specialist must take appropriate action designed to rectify the situation. Corrective action against the contractor is always taken if the product fails to meet contractual requirements.
• Modifications and negotiations are completed as necessary when program requirements change or modifications are needed to improve quality, reduce costs, or ensure timely delivery.

**Factor 1: Knowledge Required by the Position**                          **FL 1-7 = 1250 PTS**
NOTE: Items 1 & 2 are the responsibility of the incumbent not the Government Printing Office or commercial contractors. Specifications and production methods must be complete/correct when presented for bid solicitation or production.

1. A professional knowledge of up-to-date technological concepts, principles, and practices in the graphics arts field to apply the best suited technology to multimedia products. Examples of such technology include but are not limited to pre-flighting, graphic design, CD-ROM mastering and replication, optical character recognition, HTML, and Optical Scan Forms.
2. A professional knowledge of complex graphic arts techniques such as 4-color process/color separation, multicolor printing, and binding/finishing techniques to produce high quality, low cost products. Examples include 4-color process, tinted varnishes, color builds, gold foil stamping, and blind embossing.
3. A professional knowledge of writing technical specifications and Statements of Work for procurement of OPM products via GPO and commercial sources. After careful and thorough analysis, the specialist is responsible for creating an efficient, effective procurement system to meet both the needs of the OPM originating office and multimedia producers.
4. A professional knowledge of all OPM and GPO procedures relating to the procurement and distribution of OPM products to ensure that the most appropriate (economical, efficient) procurement and distribution methods are used. Use of the proper techniques can lead to satisfaction of customer demands without excess cost or lead time. In addition, this knowledge enables the incumbent to actively search for possible program related problems and prevent their occurrence rather than passively having the problem occur and have to resolve them in a reactive mode (proactive rather than reactive).
5. A working knowledge of OPM's major program operations such as health benefits, retirement, human resources, training, etc... to enable the incumbent to understand and be able to work effectively with the staff of the program offices.
6. Knowledge of printing methods and techniques (e.g., knowledge of instructions/specifications the printer must have, the capabilities/uses of printing equipment and capabilities of printing facilities).

**Factor 2: Supervisory Controls**                                        **FL 2-5 = 450 PTS**

Works under the guidance of the Team Leader.   The incumbent consults with the Team Leader or the customer to develop specific ideas on the appearance and contents of the product.  During this meeting, the incumbent gains an understanding of the need and what steps will need to be taken in order to satisfy the requirement.  The incumbent prepares an overall procurement action plan.  The incumbent independently plans and carries out the projects and the day-to-day operation of the plan including resolution and negotiation of any problems that may arise.  The incumbent resolves most differences of opinion with customers or contractors and coordinates the work.  The incumbent's recommendations are expected to be technically correct.  The team leader reviews the work for effectiveness in meeting the overall objectives of the project.  This is based on the degree of customer satisfaction.

**Factor 3: Guidelines** _____ **FL 3-3 = 275 PTS**
1.  Technical manuals/handbooks are available for selected aspects of the incumbent's responsibilities related to graphic art practices for the multimedia products produced.  No practical formal/written guidelines are available for performing the work related to graphic design, optical character recognition, formulation of technical specifications and acquisition contracts, and Federal printing procurement policies and procedures.  Total understanding and independent judgment are necessary to effectively carry out responsibilities related to the production and procurement of multimedia products.  Projects involving such techniques are never routine and demand that the incumbent understand and be able to apply existing knowledge.  Since no practical formal/written guidelines exist for the other areas of the incumbent's responsibilities, the incumbent is responsible for not only creating the necessary base of information but also for applying the base to specific requirements.

**Factor 4: Complexity** _____ **FL 4-4 = 225 PTS**
The incumbent is responsible for the creation and effective execution of multiple major publishing efforts for various OPM program offices.  The incumbent is responsible, working closely with the originator, for determining technical specifications, schedules and creating an efficient, economical procurement action plan suitable for satisfying the program office's requirements.  Once in place, the incumbent executes the plan in a proactive mode seeking enhancements and preventing problems.  In working with major program areas, there is typically a wide variety of options that the incumbent is responsible for analyzing.  Options include the entire range of the incumbent's responsibilities including both technical aspects (technology, graphic arts   techniques) and operational aspects (procurement, specifications).  Projects are assigned to the incumbent because they require original and innovative approaches due to their unique requirements.  Projects are frequently abstract in nature (e.g., broad concepts or ideas as opposed to specific events or processes).  The incumbent is responsible for transforming ideas and information into visual products and for creating, after careful analysis, a set of solutions that are geared to satisfying the legitimate publishing needs of the customer.

**Factor 5:  Scope and Effect** _____ **FL 5-3 = 150 PTS**
The purpose of the work is to provide an efficient, effective and economical system to satisfy publishing demands for a variety of major program areas.   Such a system includes coordination of program area demands through the complete cycle of publishing management.  Successful satisfaction of program areas is absolutely essential.  Printed and other materials in each of the program areas is critical to the satisfaction of OPM's mission, organizational goals and the President's Management Agenda.

**Factor 6/7: Personal Contacts/ Purpose of Contacts** _____ **FL 3C = 180 PTS**
The incumbent, on a daily basis, contacts a wide variety of persons including senior OPM managers, GPO officials, and representatives (technical and administrative) from various commercial sources.  The incumbent must be sensitive to both the person being contacted and the specific nature of the reason for the contact and be able to identify and carry out the agreed approach.  The purpose of the contacts runs the range from initial interviews/meetings with program officials, and meetings with GPO to negotiate a specific solution to a publishing need to resolving problems/conflicts as they occur.  Although all parties generally desire the same result, each party has its own vested interest and the incumbent must be able to deal/negotiate in hostile and/or competitive situations.

**Factor 8: Physical Demands** _____ **FL 8-1 = 5 pts**
The work is primarily sedentary although some walking, bending, and lifting may be required.

**Factor 9: Work Environment** _____ **FL 9-1 = 5 PTS**
The work is performed in a typical office setting.  On occasion, the incumbent is required to work in actual industrial settings when performing, pre-award surveys, press sheet inspections, proof reading, etc.

**Total Points: 2540**
**Points Range: 2355-2750 = GS-11**

Proposed Title, Series, Grade:  Printing Services Specialist, GS-1654-11

Organization:  Management Services Division

References:  Job Family Position Classification Standard for Administrative Work in the Equipment, Facilities and Services Group, GS-1600.

Background:

This position is located in the Publications Management Group which is responsible for the acquisition of graphic design, printing and distribution services for OPM.  Incumbent works in the Publishing Services Branch, Printing Procurement Section.  The incumbent is responsible for the acquisition of multimedia products as required for OPM program offices. Specific duties include working closely with program offices to determine the nature of needs for multimedia products; preparing comprehensive acquisition plans; reviewing and preflight of electronic files; working in various design software packages; modifying and monitoring contract negotiations.

Series and Title Determination:

This position fulfills requirements for inclusion in the Job Family PCS for Admin Work in the Equipment, Facilities and Services, GS-1600 series.  Positions classified in the GS-1654 series manage, supervise, lead or perform administrative work that involves operating and maintaining a printing program when the work requires knowledge and skill in printing, printing processes, reprographics, printing procurement and applying relevant regulations and techniques.

Printing services specialists perform a variety of the following services:

Printing specialists determine:

-   printing specifications;
-   paper sizes, ink colors, layout requirements and use of photographs;
-   number of years the product is/has been used;
-   equipment and processes to be used;
-   economical mode of production;
-   appropriate printing facility for specific printing job.
-   Estimate cost of printing job.
-   Procures printing services.
-   Determines whether printing facility is capable of producing the publication or whether it must be obtained by commercial sources/contractors.

The incumbent works closely with managers to understand their program and how and where products will be used to determine the best action plan for production.  Incumbent prepares acquisition plans for entire production cycle that can begin with graphic designs and the actual printing, finishing and distribution.  Production costs and time constraints are weighted in the contract preparation.  These duties and the knowledges and skills associated with them fit appropriately in the GS-1654 series with the title, Printing Services Specialist.

Knowledge Required:   1-7

At the level 1-6 applicants must have knowledge of and skill in applying the full range of principles, practices and methods of printing and publishing processes, equipment, and facility production capabilities related to costs and use of printed products. At this level the incumbent assists in writing printer specifications and monitors production to ensure compliance with contracts. Projects at this level have applicable precedents and the techniques, methods and processes are regular and recurring. Products and printing specifications are already identified.

At the 1-7 level the applicant must have knowledge of and skill in applying a comprehensive range of principles, concepts and practices concerning printing services. The knowledge required at the 1-7 must enable an applicant to apply a range of principles, concepts and practices concerning diverse printing and publishing processes. The incumbent must have the ability to analyze customer requirements as well as the resources available and products on the market in order to best identify what products suit customer needs.

Incumbent must have a professional knowledge of up to date technological concepts, principles and practices in the graphics arts field to apply the best technology for multimedia products, (s.a. pre-flighting, graphic design, and optical scan forms); complex knowledge of graphic arts techniques and a professional knowledge of OPM and GPO procedures in order to procure and distribute OPM products; and knowledge of printing methods and techniques.

Incumbent has depth of knowledge in graphic arts and multimedia products and acquisition process and procedures sufficient to meet the 1-7 level.

Supervisory Controls: 2-4

After incumbent discusses the layout and presentation of products with the client, he/she works independently to prepare procurement action plans, and plans and carries out the projects and day to day operations of the plan. Recommendations are expected to be technically correct. Work is reviewed to ensure that overall objectives are met and is contingent upon customer satisfaction.

Incumbent meets 2-7 because the incumbent's work is reviewed for soundness of approach and effectiveness in meeting requirements. Incumbent surpasses 2-6 because s/he does not have to depend on supervisor to resolve problems. Problems encountered are usually resolved by the employee and the supervisor must only intervene in unusual circumstances.

Guidelines: 3-3

Technical manuals/handbooks are available for select aspects of incumbent's responsibilities.

Incumbent does not have practical formal/written guidelines available for performing the work related to graphic arts, optical character recognition, formulation of technical specifications and acquisition contracts, and printing procurement policies and procedures.

Guidelines used at 3-2 are directly applicable to the given assignment. Guidelines prescribe established procedures and employee must select appropriate guideline for given project. The incumbent of this position creates the necessary base of information and also completes assignments using judgment and creativity.

Complexity: 4-4

Incumbent is responsible for creation and execution of multiple publishing efforts for various agency program offices. Incumbent is responsible for working closely with the originator, for determining technical specifications, schedules and creating an efficient, economical procurement action plan. Projects involve original and innovative approaches to meet unique requirements. Projects are abstract in nature and the incumbent must present information into visual products and create a set of solutions that satisfy publishing needs.

Incumbent meets 4-4 because the assignments require him/her to exercise judgment and originality in revising techniques, methods and processes. Work goes beyond simply identifying and determining the interrelationships of printing and analyzing and researching problems and relationships.

Scope and Effect: 5-3

The purpose of the work is to satisfy publishing demands for a variety of major program areas.

Information and Multimedia products and visual displays put out by OPM must be accurate and must be pleasing to the audience in order to effectively convey information and to satisfy the mission of the agency and organizational goals and PMA.

Incumbent meets 5-3 because the effect of the work produced affects the opinion, integrity and image OPM sends to the public, and not just those of a unit or segment of an organization.

Personal Contacts: 6-3

Incumbent has daily contacts with a variety of persons including senior OPM managers, GPO officials and representatives from various commercial sources.

Incumbent meets 6-3 because personal contacts are with vendors and officials from outside the agency in addition to OPM senior managers.

Level 6-2 confines contacts to representatives or managers within the same agency both inside and outside the immediate office.

Purpose of Contacts: 7-2

The purpose of contacts is to negotiate specific solutions to publishing needs and to resolve problems and conflicts.

Incumbent meets level 2 because s/he plans, coordinates, and advises on work efforts to resolve issues when every party has a mutual goal.

All parties have same objective, therefore the incumbent does not necessarily have to influence or persuade persons to accept and implement significant findings. As a result, level 3 is not appropriate.

Physical Demands: 8-1

Work is sedentary; however occasional walking, bending and lifting may be required.

<u>Work Environment: 9-1</u>

Incumbent works in an office setting.


SUMMARY:

1-7: 1250
2-4: 450
3-3: 275
4-4: 225
5-3: 150
6-3}
7-2}110
8-1: 5
9-1: 5

———————

Total: 2470

Final Classification Decision: <u>Printing Services Specialist, GS-1654-11</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion for Sanctions, the opposition and reply thereto, and after a review of the entire record, it is this _____day of

_____, 2008

ORDERED, that said motion is denied.

_____
UNITED STATES DISTRICT COURT