UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR )<br>United States Office of Personnel )<br>Management, )<br>)<br>    Defendant. )<br>_____) | Case Number:<br>1:07-CV-451 (JR) |

**MOTION FOR ONE-DAY EXTENSION TO REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Defendant moves this Court for a one-day extension of time, to and including May 5, 2008, to file defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. The reply is presently due on Friday, May 2, 2008. Defendant attempted unsuccessfully to consult with plaintiff concerning this extension but assumes that plaintiff will oppose this motion as in the past.

Defendant requests this extension of time for the following reasons: On Thursday, May 1, 2008, undersigned counsel primarily assigned to this case was assigned to handle a Motion for Temporary Restraining Order and/or a Preliminary Injunction in <u>Daniel F. Ho, et al. v. Student and Exchange Visitor Program, et al.</u>, C.A. No. 08-00757 (JDB). On Friday, a telephone conference was scheduled with the Court at 3:00 pm. Between the assignment and the telephone conference, defendant's counsel was required to review the filing, research the law, contact the agency, consult with plaintiffs' counsel, and prepare a defense, for a possible ruling on the TRO on Friday. Because of this unexpected

assignment, counsel was unable to complete defendant's reply to plaintiff's opposition to defendant's dispositive motion in this case and obtain supervisory review before close of business on the due date of May 2, 2008.  As the reply is essentially complete, defendant believes that one additional business day is sufficient to finalize the filing and file it with the Court.

As noted above, defendant attempted unsuccessfully to contact plaintiff concerning this motion.   A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar No. 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE KLINE,** )  )  **Plaintiff,** )  )  v. )  )  **LINDA M. SPRINGER, DIRECTOR** )  **United States Office of Personnel** )  **Management,** )  )  **Defendant.** ) _____) | **Case Number:** **1:07-CV-451 (JR)** |

## **ORDER**

Upon consideration of defendant's one-day motion to extend time to file a reply to plaintiff's opposition to defendant's motion to dismiss or for summary judgment, any opposition thereto, and for good cause shown, it is this _____day of _____, 2008__

ORDERED, that said motion is granted. Defendant has to and including May 5, 2008, to file her reply to plaintiff's opposition to defendant's dispositive motion.

_____
**UNITED STATES DISTRICT COURT**