U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline | * | |
| 83 E Street | * | |
| Lothian, MD 20711 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 1:07-cv-451 (JR) |
| | * | |
| Linda M. Springer, Director | * | |
| U. S. Office of Personnel Management | * | |
| 1900 E Street, N.W. | * | |
| Washington, D.C. 20415 | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT SPRINGER'S MOTION FOR ONE-DAY EXTENSION TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION

Springer requests a one-day extension of time to respond to Kline's opposition to Springer's dispositive motion. Springer erroneously claims that the deadline for filing the reply was May 2, 2008, when <u>the deadline for filing a reply was April 25, 2008</u>. The LCvR7 states,

**(d) REPLY MEMORANDUM.**

Within five days after service of the memorandum in opposition the moving party may serve and file a reply memorandum.

Kline electronically filed an opposition to Springer's dispositive motion on <u>April 18, 2008</u>. Springer does not refute that she received the filing on April 18, 2008. Five (5) days from April 18, 2008, not counting the weekend, would be <u>April 25, 2008</u>, not May 2, 2008 as Springer claims. In essence, Springer is requesting a 15-day extension after the time has expired without showing excusable neglect.

In order to obtain an extension of time to file a reply <u>after</u> the deadline, Springer would need to show <u>excusable neglect</u> pursuant to Fed. R. Civ. Proc. Rule 6(b)(1)(B), which Springer has not done. Again, Springer has failed to read, or if read, has failed to observe the Court's rules with respect to its filing deadlines. Kline objects to this <u>repeated</u> lack of respect to the Court's rules. If the rules don't matter, why even obtain permission from the Court to file late? Why not file the reply whenever Springer wishes to file if the rules are immaterial?

The Court has previously advised Kline that it is customary to grant opposing counsel extensions of time to file responses. Kline would be more than conciliatory to the request for an extension had Springer been cooperative in responding to Kline's request for documents and interrogatories. But because Springer has been difficult and failed to abide by the Court's rules, Kline believes that Springer should be <u>required</u> to abide by the rules and not be allowed to continually violate them. Otherwise, Kline's case is prejudiced.

Allowing Springer to repeatedly violate the Court's rules has and will prejudice Kline's case. When Springer failed to timely respond and failed to timely obtain an extension from the Court, this gave Kline an advantage since her opposition to the dispositive motion was not refuted. By allowing Springer to file late without just cause, the advantage is removed from Kline and given to Springer, which is prejudicial to Kline. Therefore, Kline respectfully requests the Court to uphold its rules with respect to the filing deadlines and deny Springer's request.

Respectfully Submitted,

_____
VALERIE KLINE, *PRO SE*
83 E Street
Lothian, MD 20711
(301) 509-2684

U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711 | * * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 1:07-cv-451 JR |
| Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415 | * * * * | |
| Defendant | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For good cause shown, Defendant Springer's Motion For One-Day Extension To Reply To Plaintiff's Opposition To Defendant's Dispositive Motion is hereby DENIED.

_____
James Robertson
United States District Judge
