UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-0451 (JR) |
| | : |
| LINDA M. SPRINGER, Director, | : |
| U.S. Office of Personnel | : |
| Management, | : |
| | : |
| Defendant. | : |

**ORDER**

Plaintiff has evidently forgotten that, at the March 12 status conference when the briefing schedule was established, the government was given 14 days to file its reply to her opposition to its summary judgment motion. Some might even argue that, adding three days to the time for service, the government's actual deadline to reply was May 5, not May 2. In any case, the government's motion for a one-day extension of its time to reply [#43] is **granted**.


JAMES ROBERTSON
United States District Judge