**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VALERIE KLINE,                          )
                                        )
    Plaintiff,                       )
                                        )
v.                                      )    Civil Action No. 07-0451 (JR)
                                        )
LINDA M. SPRINGER, DIRECTOR,            )
U.S. Office of Personnel Management,    )
                                        )
    Defendant.                       )
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE
SURREPLY AND AMENDED OPPOSITION TO DEFENDANT'S STATEMENT OF
MATERIAL FACTS AND DEFENDANT'S MOTION FOR STAY
OF FURTHER DISCOVERY PENDING A RULING ON
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

### I.  Introduction

Plaintiff has filed a motion for leave to file a surreply and amended opposition to

defendant's statement of material facts not in dispute. R. 48.  Plaintiff has also requested that

defendant provide dates before June 16, 2008, for additional depositions of Arlene Taylor, Lara

Rivera-Lopez, Jose Velaquez, Issac Evans, Stephen Hickman and Miriam Johnson. See

Attachment A, hereto (Text of email from Kline to Defendant's counsel, dated 5/13/08).

Defendant does not object to plaintiff's motion for leave to file a surreply and amended

opposition to the extent that she attempts to respond to defendant's reply.  However, defendant

does objects to plaintiff's request to take additional discovery, specifically, the six additional

requested depositions.  Plaintiff has not offered, nor can she, any relevant basis for these

depositions.  Plaintiff does not argue, nor can she, that she otherwise would meet the showing

1

necessary for discovery under Fed. R. Civ. P. 56(f).  As previously briefed in this matter, none of these individuals were similarly-situated to plaintiff.  See R. 41 & 45.  Thus, plaintiff's requested depositions would serve no legitimate purpose, would be unduly burdensome and harassing, and would not satisfy the requirements of Fed. R. Civ. P. 56(f) at this stage of the proceedings.  Accordingly, plaintiff's request for additional discovery should be denied.

## II.  Discussion

A.  Response to Plaintiff's Motion for Leave to File a Surreply & Amended Opposition to Defendant's Statement of Material Facts Not in Dispute.

As noted above, defendant does not object to plaintiff's motion for leave to file a surreply to the extent that she is presenting argument in response to defendant's reply.  However, as provided by the ROI and the evidence adduced to date, including plaintiff's own filings, deposition testimony, and other documents provided in discovery all show that plaintiff was not similarly-situated with any of her proposed comparators.  See R. 45 at pp. 5-7; see also, Attachments B-H, hereto.  Accordingly, plaintiff's filing offers no additional evidence upon which the Court may properly rely.

Plaintiff's argument at p. 2 of her surreply that she "can show that the relevant aspects of her employment situation are or were nearly identical to the employees she was comparing herself to, such as Jacquline Carter, Robert Coco, Lara Rivera-Lopez, and Issac Evans, because she was either performing the same relevant duties, was the same grade or in other ways nearly identical to these employees" misstates the law, is incorrect and is not supported by the record. Contrary to plaintiff's representations, the deposition testimony and the record before the Court does not show that Ms. Kline was similarly-situated to the individuals with whom she attempts

to compare herself. <u>See</u> Transcript Excerpts attached to Defendant's Reply (R. 45, Att. A-C); <u>see also</u> Position Descriptions attached to Defendant's Opposition to Plaintiff's Motion for Sanctions (R.41) and attached, hereto, for the Court's convenience.[1]

Defendant also notes that plaintiff's newly filed motion departs significantly from her first motion for leave to file a surreply, which plaintiff subsequently withdrew when she filed a revised motion in substitution. <u>See</u> R. 47 and R. 48. In her original filing, Ms. Kline provided the Court with an excerpt from Jacquline Carter's deposition testimony. Ms. Carter was plaintiff's reviewer for regulatory matters. <u>See</u> R. 47 at pp. 9-10. In this excerpt, Ms. Carter relates at least one problematic incident involving plaintiff. While Ms. Carter was away on vacation, Ms. Kline, without first seeking requisite approval from her supervisor, sent a regulatory package from OPM to the Federal Register for publication that had not been approved by OMB. <u>Id</u>. In plaintiff's second motion, she declined to include this excerpt. R. 48. Instead, Ms. Kline states that the incident was the subject of another EEO proceeding and refers the Court to an attachment. However, defendant notes that the attachment provided by Ms. Kline shows that the incident related by Ms. Carter occurred on or about December 21, 2005. <u>Id</u>. Att. 2 at p. 5. Although outside of the rating period at issue in this case, the event was closely related in time to plaintiff's performance period and reflected the ongoing concerns of her supervisors with her performance in the regulatory area. This lends additional credence to the correctness of defendant's fully successful rating of plaintiff which she challenges here.

---

[1] With the exception of Attachment A (plaintiff's email regarding additional depositions) and Attachments C & D, plaintiff's & Ms. Carter's position descriptions, the other documents have been previously filed at R. 41. However, because those documents may not be readily available to the Court, defendant attaches them to this filing.

Defendant also observes that plaintiff's Amended Opposition to Statement of Material Facts in Dispute still does not conform to the requirements of Local Rule LCvR 7(h). <u>See</u> Defendant's Reply, R. 45, pp. 2-3.

### B. Further Discovery in this Case Should be Stayed Pending a Ruling on Defendant's Pending Motion to Dismiss, or in the alternative, for Summary Judgment.

On at least one occasion, this Court has instructed Ms. Kline that after a motion to dismiss or for summary judgment has been filed by defendant in these proceedings, should plaintiff seek further discovery, she must proceed under Fed. R. Civ. P. 56(f). <u>See</u> Transcript of Status Conference on November 15, 2007. <u>See</u> R.26. Instead of proceeding under Rule 56(f) and providing an affidavit explaining why further discovery would be necessary in order to respond to defendant's motion, plaintiff responded with a full and lengthy opposition, with numerous attachments. R. 40. Instead of requesting discovery under Rule 56(f), plaintiff chose to file a motion for sanctions, purportedly under Rule 56(f). <u>See</u> R. 39. Defendant has responded to both these filings. R.40 & R. 41. Now plaintiff has, in an effort to bypass the procedure set forth in Rule 56(f), notified defendant of her intent to take the depositions of six individuals, <u>i.e.</u>, Arlene Taylor, Lara Rivera-Lopez, Jose Velaquez, Issac Evans , Stephen Hickman, Miriam Johnson. <u>See</u> Attachment A, hereto (email from Valerie Kline, dated 5/13/08). Ms. Kline has already taken the depositions of three employees in her office, <u>i.e.</u>, Robert Coco, Jacqueline Carter and Shirley Sewell prior to the filing of defendant's dispositive motion. <u>See</u> Transcript Excerpts attached to Defendant's Reply to Plaintiff's Opposition to Defendant's dispositive motion, R. 45.

By notifying defendant of her intent to take depositions of additional witnesses [Attachment A], not only has Ms. Kline bypassed the Rule 56(f) requirements, by this request,

she would exceed, by four, the number of depositions ordinarily permitted in this type of proceeding.  Defendant respectfully requests that a stay of discovery be issued pending resolution of defendant's motion to dismiss or for summary judgment.  The grounds for this request are as follows:

1.  Plaintiff was instructed on the proper procedure under Fed. R. Civ. P. 56(f) and failed to follow it.  Transcript of 11/15/07 Status Conference.  R. 26, pp. 3-4.

2.  The burden on OPM's Publication Management Group ("PMG") and the individuals is unwarranted.  Ms. Kline wishes to establish through the new depositions that she was similarly-situated to the proposed deponents or others and was treated differently from them. See e.g., Plaintiff's Opposition at Statement of Material Facts Not in Dispute, ¶¶ 5, 27, 28, 29, 30, 33, 39, 42; Opposition at pp. 10, 19, 22, 23, 29, 30, 33. Were plaintiff's request for a new round of depositions permitted, plaintiff will have taken the deposition of virtually every staff member of PMG at the time of her alleged claims of discrimination, retaliation and hostile work environment, except the alleged discriminating officials. See Attachment B (Excerpts from the Report of Investigation--personnel listings, one of which is attached to plaintiff's opposition at R. 40-5, p. 17 of 80).  Moreover, it would be only a matter of time before she would request to take the depositions of Messrs. Benedi and Davis.  As she had an opportunity to take any deposition she wished to take without restriction before defendant's dispositive motion was filed and because she failed to file a Fed. R. Civ. P. 56(f) affidavit after defendant's motion was filed, plaintiff should be excluded from further discovery during the pendency of defendant's dispositive motion.

3.  The depositions would not establish that she was similarly-situated to any of the employees she worked with in PMG during the period of her complaints.  As previously noted, it has already been established that Ms. Kline was not similarly-situated to:

> a.  Jacquline Carter. <u>See</u> Attachment D & at R. 45 at p. 5;
> b.  Robert Coco. <u>id</u>. at 6 & Attachment H, hereto;
> c.  Shirley Sewell, R. 45, p. 6 & Attachment E, hereto;
> d.  Lara Rivera-Lopez, R.45 at p. 6;
> e.  Jose Velaquez, <u>id</u>.;
> f.  Issac Evans, <u>id</u>. at p. 7; Attachment I, hereto
> g.  Miriam Johnson, R. 45 at p. 7.; Attachment F, hereto.

With regard to Stephen Hickman, he was not employed at PMG at the time of plaintiff's EEO complaints that are the subject of this civil action.  He, therefore, could not be similarly-situated to Ms. Kline during the relevant period before the Court. To the extent that Ms. Kline attempts to establish that Mr. Hickman now performs the duties that Ms. Carter performed before she retired, as Ms. Kline's duties are and were significantly different then Ms. Carter's at the time of the allegations, it is impossible to determine what admissible evidence plaintiff believes she can uncover by taking his deposition.  Although she argues that she "<u>retained</u> the regulatory duties . . . under her old Position Description. [Pl. Surreply at p. 3], she cannot refute that her duties were changed in May of 2003, that the regulatory function was only a portion of her new responsibilities and she was responsible for assisting Mr. Coco. <u>See</u> Attachments C, D & H.  Indeed, when she worked exclusively on regulatory matters, her role was to assist Ms. Carter; Ms. Carter reviewed  her work. <u>See</u> <u>e.g.</u> R. 45, Att. A at p. 22, lines 18-22; p. 23, lines 1-22; p. 39, lines 13-22.

It is undisputed that Ms. Carter performed supervisory review of Ms. Kline's regulatory work.  There is no claim before this Court related to the changed position description.

Moreover, as a cursory review of the attached position descriptions show, that none of the alleged comparators were "nearly identical" to plaintiff as plaintiff urges.  These position descriptions, which are attached hereto for the Court's convenience, show that Ms. Sewell, Ms. Heard-Johnson, Mr. Hickman, Mr. Evans and Mr. Coco were not similarly-situated to Ms. Kline. Attachment B also shows that the only employees that were at Ms. Kline's grade of GS-12 were Leon Brody, the librarian, and Miriam Johnson, a Lead Printing Services Specialist.   As noted previously, Ms. Rivera-Lopez and Mr. Velasquez were not members of PMG's staff and not reflected on the roster [Attachment B], but were detailees from another office on a temporary assignment with PMG. R. 45, p. 6.

With regard to Arlene Taylor, she was also not a member of PMG, and therefore, not similarly-situated to Ms. Kline. <u>See</u> Attachment B.   To the extent that Ms. Kline attempts to elicit testimony concerning the "offensive" email, she must first establish that it was offensive. A perusal of the email shows that there is nothing offensive about it:

Arlene:

Good afternoon!!!

I happened to notice that you were in our office twice today for a good amount of time.  I then discovered that there are changes being made to [Federal Register Management System] FRMS.  What changes?

The FRMS is the responsibility of PMG and as such no changes, other then technical should be made without explicit authorization from Claudio or me. Please let me know what the current issue is and how it will affect this office.

Plaintiff's Opposition, R. 40-5, p. 24 of 80.

   4.  There is No Allegation that these Individuals Have Knowledge Concerning
      Plaintiff's Claims of Discrimination, Retaliation or Hostile Work Environment.

Because plaintiff has failed to comply with the Rule 56(f) process, it is unclear as to why

plaintiff has requested the new depositions.  Because the individual complaints identified by Ms.

Kline involved decisions by Mr. Benedi and Mr. Davis, there is no evidence that the named

individuals were privy to their decision-making process.  Except for attempting to estimate the

size of their offices or when they were required to have lunch, if they telework or ever had their

leave audited, there is little or no factual information to be elicited from them.  Accordingly, the

Court should not permit plaintiff to side step the requirements of the rules.

## <u>CONCLUSION</u>

For the reasons set forth herein, defendant moves for a stay in further discovery

pending the resolution of defendant's motion to dismiss or for summary judgment.

Respectfully submitted,

          /s/
_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

          /s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# Attachment A

## Text of 5/13/08 Email from Ms. Kline to defendant's counsel re scheduling depositions.

**From:** Kline, Valerie [mailto:Valerie.Kline@opm.gov]
**Sent:** Tuesday, May 13, 2008 12:10 PM
**To:** Whitaker, Claire (USADC)
**Subject:** Deposition

Dear Ms. Whitaker,

I would like for OPM to make the following OPM employees or former OPM employees available for deposition at the earliest possible convenience but no later than June 16, 2008:

        Arlene Taylor
        Lara Rivera-Lopez
        Jose Velaquez
        Issac Evans
        Stephen Hickman
        Miriam Johnson

It should take about an hour or less per person to depose so that we should be able to depose all of them on one day, i.e. 9am-12 noon and 1:00p-3:00pm  Please let me know what day would be convenient for you to depose these employees and I will arrange for a court reporter.  I would like to depose them here at OPM in the Rough Rider Room.

Regards,

Valerie Kline

1

# ATTACHMENT B

Listing of Employees in PMG by grade, title, sex, race & rating.

EXHIBIT
PAGE ___ OF ___

| | | | | | |
|---|---|---|---|---|---|
| Brody, Leon H | GS-1410-12 | Librarian | Male | White | ANEOCA | Fully Successful |
| Carter, Jacquline D | GS-0343-13 | Management Analyst | Female | Black or African American | ANEOCA | Outstanding |
| Coco, Robert T | GS-0343-13 | Management Analyst | Male | White | ANEOCA | Outstanding |
| Davis, William M | GS-0342-14 | Support Services Supervisor | Male | White | ANEOCA | Outstanding |
| Evans, Issac S. | GS-1084-13 | Visual Information Specialist | Male | Black or African American | ANEOCA | Outstanding |
| Kline, Valerie | GS-0343-12 | Management Analyst | Female | White | ANEOCA | Fully Successful |
| Sewell, Shirley E | GS-0344-09 | Management Assistant | Female | Black or African American | ANEOCA | Highly Successful |
| Watson, Philip C | GS-0350-05 | Copier Equipment Operator | Male | Black or African American | ANEOCA | Not Rated |
| Thompson, Cassandra R | XP-4402-08 | Bindery Machine Operator | Female | Black or African American | ANEOCA0A | Outstanding |
| Johnson, Miriam M | GS-1654-12 | Lead Printing Services Specialist | Female | Black or African American | ANEOCA0B | Outstanding |

ATTACHMENT C

POSITION DESCRIPTION

VALERIE KLINE

*Kline*

## Management Analyst, GS-343-12
### Contracting, Facilities & Administrative Services Group
### Publications Services Branch

### Major Duties

The incumbent serves as a management analyst providing consultative, analytical and evaluative duties relating to the management of OPM's publishing management program, including:

- Analyzes the overall information objectives of OPM's individual program/service offices and after extensive consultation with subject matter specialists, makes general and specific recommendations to assist those offices to realize their multi-media communication objectives. Specific duties include –

   Assists in managing and maintaining an Internet site updating and verifying the validity of OPM's Publications database,

   Serves as alternate staff resource for the Publications Review Panel. Managing, coordinating, reviewing, analyzing, and clearing all OPM publications. This requires dealing with all levels of management and an intimate knowledge of OPM policy within the various programs/services.

   Serves as OPM's alternate liaison with the OMB on publishing related matters.

   Assists in developing, managing, maintaining and issuing the OPM Directory of Key Officials and the Information Directory in paper and/or electronic formats (Internet and Intranet).

   Designs and maintains the Video Information System.

- Based upon knowledge of best industry practices, develops and implements appropriate Electronic Publishing Systems within OPM by merging existing technology within program/service offices with centralized technologies within the Publishing Management Branch and various other sources.

1

EXHIBIT __L__
PAGE __7 OF 13__

Major Duties – Continued

- Serves as backup to the OPM expert for electrostatic reproduction, making recommendations for acquisition of new equipment that employs the appropriate technology for a particular application.

- Assists the Regulatory Team by performing activities related to Regulatory Issuance by providing editorial review and interpretation of policy.

## Knowledge required by the position

Thorough knowledge of publishing programs, in order to: effectively manage the functions of the Publication Review process; provide staff and coordinate the Publication Review Panel; and, conduct, analyze and make recommendations based upon audience surveys.

Thorough knowledge of all aspects of Electronic Publishing Systems (EPS) in order to develop and implement EPS throughout OPM central and regional organizations. This knowledge includes both hardware and software and their integration.

Knowledge of the theory and practice of word processing management in order to develop, implement and maintain cost effective and efficient networked word processing production systems within OPM.

A working knowledge of management analysis techniques including developing analytical methods, providing evaluative analysis, developing conclusions/recommendations in order to provide management officers with the evaluative material needed for effective direction of OPM's publishing management program.

Knowledge of Federal regulatory policies, laws, Executive orders, and regulations, and of OPM's Regulatory System to execute OPM regulation issuance responsibilities.

## Supervisory Controls

The incumbent is responsible for developing, in an independent manner, specific program assignments based upon broad, general objectives which are the result of management discussions, professional conferences or general written directives.

After gaining management approval, the incumbent is totally responsible for carrying out the specific objective.

Incumbent's work requires little to no review to determine that the stated objectives are met and for compliance with OPM policies and regulations.

EXHIBIT  L
PAGE  8 OF 13

2

## Guidelines

Guidelines other than those termed as "regulations" contained in the Joint Committee on Printing Regulations, Federal Register Document Preparation Handbook, and OMB Directives are virtually nonexistent.

The incumbent, in order to satisfy the publishing needs of various program/service offices, must be able to exercise independent judgment in the execution of his/her responsibilities based upon a combination of their expert knowledge and program analysis skills.

## Complexity

The nature of the work carried out by the incumbent is very complex since it involves conducting detailed studies and developing criteria to evaluate all program/service offices each with publishing needs that are diverse and specific to their subject matter.

The incumbent, in addition to personally conducting studies/analysis, must coordinate studies performed by other staff analysts and coordinate/integrate their findings into an overall OPM wide recommendation.

Since the majority of work involves the development of operations and systems utilizing "new or emerging technology", the incumbent must exercise creative and individual problem identification and problem solving techniques. There are no pre-packaged solutions to publishing/word processing problems. The incumbent's responsibilities are further complicated by the fact that to satisfy OPM requirements for cost effectiveness and compatibility with existing hardware/software, etc..., the needs of individual program/service offices cannot be considered separately but as components of an overall OPM requirement. The incumbent must be prepared to deal with the often-conflicting needs of individual offices in order to create the "best" OPM solution.

The incumbent does not merely place pre-packaged solutions, but creates tailored solutions that consider all aspects from both the originator's point of view/needs as well as the hardware/software combinations that are compatible and necessary to design, typeset, print and distribute printed as well as electronic products.

## Scope and Effect

The purpose of the work is to assess the productivity, effectiveness and efficiency of program operations and services. In addition, develop state-of-the-art publishing systems within OPM program/service offices that yield effectively designed printed and electronic publications that satisfy the communication needs of the OPM.

The distribution of OPM information products to all of OPM's audiences, in a cost effective and efficient manner, is critical to satisfying OPM's task mission goals.

EXHIBIT ___L___
PAGE ___9___ OF ___13___

Inefficient and expensive publishing operations delay the issuance of information that is either time sensitive, regulatory in nature or a regulatory requirement.

The incumbent coordinates the management of OPM's Federal Advisory Committees, and serves as OPM's representative at meetings held at the General Services Administration which is the Federal government coordination point. The incumbent must ensure that records of committee meetings are updated online via the FACA database on a continuous basis, that annual reports are completed, and works with the Office of the Director to ensure that charters are kept up to date. The work of these committees is viewed on the FACA database by both the Congressional and Executive branch agencies and must reflect the most up-to-date status and activity of the various committees.

## Personal Contacts

Contacts within OPM are with administrative officers, mid and senior level managers, associate directors, and executive level staff in charge of specific publishing and regulatory programs.

Contacts outside of OPM include other agency publishing officials, technical experts in federal and commercial capacities, and other agency committee representatives/members.

## Nature of Contacts

Contacts with OPM officials are made to research and analyze all publishing programs. Incumbent discusses specific requirements, existing methodology and analyzes and makes recommendations for improvement. Often, program officials are entrenched in standard operating procedures and the incumbent must exercise extreme tact and diplomacy in negotiating change. In addition, program managers must be convinced of the benefits of changing existing systems (often by combining needs with other programs) to yield lower cost, more effectively designed/produced information products.

Acts as a "negotiator" between the Publications Review Panel and senior level OPM managers in resolving questions/issues on new or revised information products.

Occasionally, with Office of the Federal Register, OMB, and GSA regarding the processing of OPM regulatory issuances.

## Physical Demands

Work is sedentary.

## Work Environment

Work is performed in an office setting.

EXHIBIT    $L$
PAGE $10$ OF $13$

4

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|
| ☑ Redescription ☐ PD# of Position Being Replaced | ☑ Yes | Washington, DC | 6A-08333 |
| ☐ Reestablishment | ☐ No | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☐ New ☐ Other | | ☐ Yes ☐ No | ☐ Yes ☐ No |

**3. Organizational Title**

Management Analyst

| 4. Supervisory/Management Responsibility | 5. Sensitivity |
|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☑ Nonsensitive [1] |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] |
| ☑ None [8] | ☐ Public Trust-Mod. Risk [E] |

**6. FLSA**

☐ Exempt [E]
☐ Non-Exempt [N]

☐ Public Trust-High Risk [D]
☐ Other -

**7. Organizational Location**

U.S. Office of Personnel Management

Division for Management & CFO
Center for Management Services & Chief Humna Cap. O
Contracting Facilities & Admin. Services Group
Publications Services Branch

**8.** If position is other than the full performance level, indicate the grade of the full performance position and PD#.

☐☐☐☐ PD#

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

**9. Signature of Supervisor** | Date Signed (Month, Day, Year)
5/12/2003

**10. Typed Name and Title of Supervisor**

William M. Davis, Act. Chief, PMB

**11. Signature of Reviewing Official** | Date Signed (Month, Day, Year)
5/14/03

**12. Typed Name and Title of Reviewing Official**

Claudio Benedi, Acting Assoc Dir for Contracting, F

**18. Official Title**

Management Analyst

GS-343-12

**20.** Standards Used in Classifying/Grading Position and Dates of Standards used

Administrative Analysis Guide Grade
Evaluation Guide, TS-98 Aug 90
Mgmt & Prog. Analysis Series GS-343
TS-98 Aug 90

**21. Signature of Classifying Official Taking Action** | Date Signed (Month, Day, Year)
6-10-03

**22. Typed Name and Title of Classifying Official**

Cynthia Robinson, HR Specialist

**23. Remarks**

**24. Signature of OHREEO Reviewing Official:** I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

**25. Typed Name and Title of OHREEO Reviewing Official**

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

**TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO**

| Organization Code | Pay Plan | Series | Grade | Copy Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| AMB0BD | GS | 00343 | 12 | 8 | 12 | | |

**Position Title**

MANAGEMENT ANALYST

| Competitive Level | FLSA | Sens | Bldg. Code | Date PD Classified | Barg. Unit Status Code | |
|---|---|---|---|---|---|---|
| AA00 | E | TR | 061003 | 0020 | | |

US Office of Personnel Management

OPM Form 1479 (Rev. 2001)

EXHIBIT L
PAGE 11 OF 13

# ATTACHMENT D

# POSITION DESCRIPTION

# JACQULINE CARTER

# OFFICE OF CONTRACTING AND ADMINISTRATIVE SERVICES
## PUBLICATIONS SERVICES DIVISION
## PUBLISHING MANAGEMENT BRANCH

## MANAGEMENT ANALYST GS-343-13

### Introduction

The incumbent serves as the Federal Register Liaison Officer in the Publication Management Branch, Publishing Services Division, Office of Contracting and Administrative Services. The Branch provides policy and editorial review of materials issued through OPM's Regulatory System.

### Duties and Responsibilities

Manage the activities of the Regulatory Issuance System, responsible for directing activities involved with executing the regulatory processing components of the Regulatory Issuance System, including the writing of procedures and guidelines; performing coordination and other liaison activities with the Office of Management and Budget, the Office of the Federal Register, the Office of the Regulatory Information Service Center, and other agencies; reviewing and coding of OPM regulations; advising OPM program specialists, program managers, and other personnel; providing research; responding to recommendations and correspondence; resolving problems; and conducting other activities related to administering the Regulatory Issuance System.

Analyzes new legislation, regulations, and other requirement related to information management or administrative procedure to determine effects on agency issuance responsibilities and office operations. Designs new compliance processes and implements through agency issuance systems. Evaluates agency-wide compliance under continuing legal requirements and develops modifications to improve efficiency or to more effectively execute agency policy or legal intent.

Analyzes and evaluates OPM's regulatory processes and implements improvements to the Regulatory Issuance System. Evaluates interagency coordination processes and recommends modifications to make coordination more efficient. Studies internal system processes to evaluate system-wide effectiveness and efficiency. Responds to criticisms and recommendations regarding OPM regulatory procedure. Responsible for integrating improvement into the regulatory system.

Conducts and directs the planning, coordination, and preparation of OPM's Semiannual Regulatory Agenda, and the evaluation and modification of Agenda processes. Responsible for coordinating regulatory issues with OPM program officials, Office of the Director, the Office of Information and Regulatory Affairs (OMB), Office of General Counsel and the Office of the

EXHIBIT ___L___
PAGE __1__ OF __13__

Federal Register. Directs computer entry of OPM regulatory data in OMB's Regulatory Information System. Responsible for fulfillment of all legislative and procedural obligations regarding OPM's Agenda issuance.

Conduct analyses, evaluations, and studies of interactive processes, operations, and functions under Publishing Management Branch organizational responsibility. Develops and recommends modifications to organization, processes, and procedures; devise new structures to fulfill changing or increased responsibilities of the office. Provides operational evaluations for divisional agency, and interagency reports. Develop procedures, guidelines, work and planning charts, and other materials. Integrate modifications into work processes.

## I.    Knowledge Required by the Position

Professional knowledge of the concepts, principles, and practices of management and of the techniques and approaches of management analysis to direct and/or conduct complex management studies, surveys, analyses, and evaluations that are difficult to determine in advance, the outcome of the study.

Professional knowledge of information systems management principles, objectives, and practices to be used in managing and evaluating OPM'S regulatory functions and to identify and propose solution to management problems, which are identified by their importance and where previous studies were inadequate.

Knowledge of the functions, objectives, and organization of OPM's Regulatory System, of legislative requirements pertaining to agency regulatory policy and process, and of issuance requirements placed on OPM by other agencies such as the Office of Management and Budget, the Regulatory Information Service Center, and the Office of the Federal Register.

Expert knowledge of the Laws and regulations that OPM governs and establishes with relation to human resources and other policies under title 5 United States Code and title 5 Code of Federal Regulations.

Comprehensive knowledge in developing and conducting studies to evaluate and recommend ways to improve the effectiveness and efficiency work operation in OPM programs, evaluating and managing compliance procedures throughout OPM and in coordinating OPM regulatory policy with other agencies.

Knowledge of the policies, objectives, structures, and functions of OPM and the program responsibility of the various offices within OPM to be used in designing system structures and processes, and to effectively consult, advise and coordinate on regulatory policy and compliance processes and to improve the productivity, and efficiency of OPM's missions and programs at various levels.

EXHIBIT ___L___
PAGE ___2___ OF ___13___

## II.    Supervisory Controls

Work evolves from program discussions on changed policy, needs, or resources. Incumbent has independent program and organizational management responsibility and establishes goals in terms of information management objectives and agency policy. Management review generally concerns availability of resources and applicability to broad agency policy goals.

## III.    Guidelines

Guidelines include laws, Executive orders, regulations, directives, historical files, and relevant court cases. Guidelines only provide the framework under which the employee works -- employee uses independent, decisive judgement in managing systems.

## IV.    Complexity

Entails independently directing or conducting widespread, detailed analyses, evaluations, and studies of the various functions and processes involved in OPM's information research systems, as well as providing overall management responsibility and decision-making authority regarding the systems. Issues involved are variable and often indistinct, depending on the nature of individual projects. Employee considers effect on OPM operations, functions, or systems components, as well as on other agencies, regions, groups, divisions, and offices. Involves reconfiguration of systems, designing new processes, and developing new approaches. Requires originality, creativity, and ability to be innovative. The regulatory system involves developing the overall systems concepts for the regulatory systems data base, defining new information requirements, and developing procedures and formats for timely and accurate reporting to the Regulatory Information Service Center, and the Office of Management and Budget as well as explaining and/or documenting these systems and requirements to OPM staff (at all levels). Conflicting program goals and objectives which may derive from changes in legislative or regulatory guidelines sometimes complicate the planning and results.

## V.    Scope and Effect

The work provides for efficient and effective personnel information systems for governmentwide use, involving the communication of policy, regulation, instructions, and guidance to all Federal agencies and other nationwide audiences. Without system management provided by the incumbent, agencies would lack vital information regarding new laws, policies, and regulations affecting personnel management in their agencies; widespread erroneous personnel actions could result from agency use of outdated information; distribution, coding, and interfiling may become disorganized, rendering the system unusable; program creation and management would suffer without guidance and policy updates.

EXHIBIT   L
PAGE    3 OF  13

## VI.    Personal Contacts

Personal contacts include high-level agency officials, program directors, specialists, attorneys, and others within and outside of OPM. Other contacts include professional organizations, private firms, and individuals. Employee is OPM's Regulatory Liaison Officer with OMB and other agencies.

## VII.    Purpose of Contacts

Purpose of contacts is to advise, consult, persuade, discuss, negotiate or coordinate; to resolve conflicts; to offer (and support) recommendations; or to interview.

## VIII.   Physical Demands

The work is basically sedentary.

## IX.    Work Environment

The work is performed in an office setting.

4

EXHIBIT    L
PAGE    4    OF    13

## POSITION EVALUATION SUMMARY

Organization _____

### MANAGEMENT ANALYST GS-343-13
### Office of Contracting and Administrative Services

| Evaluation Factors Standards Used | Factor Level Used (FL#, etc.) | Points Assigned | Comments |
|---|---|---|---|
| 1. Knowledge Required by the Position | 1-8 | 1550 | Possess comprehensive knowledge of multiple agency programs and systems. Evaluates and analyzes methods to improve program efficiency. Serves as an agency expert and makes program recommendations to improve processes. |
| 2. Supervisory Controls | 2-5 | 650 | The incumbent is totally responsible for developing specific program assignments, based on broad objectives. Conclusions and recommendations are generally accepted without significant change. |
| 3. Guidelines | 3-4 | 450 | Guidelines include laws, Executive Orders and relevant court cases... The employee must exercise independent judgment. |
| 4. Complexity | 4-5 | 325 | Assignments involve operations and functions of significant complexity with a variety of work methods. Conduct extensive program studies and make agency wide recommendations. |
| 5. Scope and Effect | 5-4 | 225 | This work ensures an efficient and effective personnel information system for government-wide use, involving communication of policy, regulation instructions and guidance to all Federal agencies and other nationwide audiences. |
| 6/7. Personal Contacts and Purpose of Contacts | 3c | 180 | Interact with high level officials, program directors, specialist and others within and outside of OPM. Advise, consult, persuade, negotiate and coordinate; to resolve conflicts and make recommendations. |
| 8. Physical Demands | 8-1 | 5 | Work is sedentary. |
| 9. Work Environment | 9-1 | 5 | Work is performed in an office setting. |
| Total Points | | 3390 | |

| SUMMARY | | |
|---|---|---|
| GRADE CONVERSION | 3155-3600 = GS-13 | This PD supports the GS-13 grade level. |

## CERTIFICATION OF NONCOMPETITIVE PROMOTION ACTION
### BASED ON RECLASSIFICATION

The position currently occupied by Jacquline D. Carter, Management Analyst, GS-343, Grade 12, has recently been reviewed and found to be operating at the grade 13 level.

This is to certify the following:

- The employee continues to perform the same basic functions;

- The duties of the former position have been administratively absorbed into the new position;

- The new position has no known promotion potential;

- The additional duties and responsibilities do not adversely affect any other encumbered position; and,

- The requested upgrade does not involve the addition of supervisory duties as sole basis for the reclassification.

In our review we determined that the employee was performing substantially all of the higher graded work and the reclassification to the next grade based on reclassification of the higher-level work was appropriate.

_____
Steven T. Van Rees, Director
Office of Contracting and Administrative Services

_____
Date

EXHIBIT ___L___
PAGE ___6___ OF ___13___

# ATTACHMENT E

# POSITION DESCRIPTION

# SHIRLEY SEWELL

Sewell

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|---|
| ☐ Redescription | PD# of Position Being Replaced | ☑ Yes | Washington, DC | 6A30542 |
| ☐ Reestablishment | | ☐ No | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☑ New | ☐ Other | | ☐ Yes  ☑ No | ☐ Yes  ☐ No |
| 3. Organizational Title | | | 18. Official Title | |

3. Organizational Title: **Printing & Visual Arts Specialist**

18. Official Title: **Printing Services Specialist**

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade |
|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☐ Nonsensitive [1] | **GS-1654-11** |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | |
| ☑ None [8] | ☑ Public Trust-Mod. Risk [5] | |
| 6. FLSA | ☐ Public Trust-High Risk [D] | |
| ☐ Exempt [E] | ☐ Other - | |
| ☑ Non-Exempt [N] | | |

7. Organizational Location

**U.S. Office of Personnel Management**

**Management Services Division**

**Center for Contracting, Facilities & Administration**

**Publications Management Group**

**Publishing Services Branch**

**Printing Procurement Team**

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#:

| 1 | 1 | PD#: |
|---|---|---|

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) |
|---|---|
| *[signature]* | 3-8-2007 |

10. Typed Name and Title of Supervisor

**William M. Davis**
**Chief, Publishing Services Branch**

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) |
|---|---|
| *[signature]* | 3/8/07 |

12. Typed Name and Title of Reviewing Official

**Claudio A. Benedi**
**Director, Publishing Management Group**

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | Date Signed (Month, (Month, Day, Year) |
|---|---|
| *[signature]* | Nar 23, 2007 |

22. Typed Name and Title of Classifying Official

**Laura E. Bellonby**
**HR Specialist**

23. Remarks

24. Typed Name and Title of OSEA Reviewing Official

25. Signature of OSEA Reviewing Official

26. Signature of HCMSG Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

*[signature]*

27. Typed Name and Title of HCMSG Reviewing Official

**Laura E. Bellonby**
**HR Specialist**
**CHCMS**

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

## TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | | | | | Pay Plan | Series | | | | Grade | Suppy Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | N | E | 0 | CA 0B | G S | 0 | 1 | 6 | 5 4 | 1 1 | | 1 1 | | |

| Position Title | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | R | I | N | T | I | N | G | | S | E | R | V | I | C | E | S | | S | P | E | C | I | A | L | I | S | T |

| Competitive Level | FLSA | Sens. | Bkg. Code | Date PD Classified | | | Barg. Unit Status Code |
|---|---|---|---|---|---|---|---|
| A A 0 0 | N | S | T R | 0 3 2 3 0 7 | | 0 2 0 | |

**Printing and Visual Arts Specialist**
**GS-1654-11, Printing Services Specialist**

## Introduction

This position is located in the Publications Management Group which is the coordinating point for the acquisition of graphic design, printing, and distribution services for the Office of Personnel Management (OPM). Products produced by the Printing Procurement Section include high quality 4-color process publications, multicolor products and highly technical products such as optical character recognition, intricate graphic design, compact disc, and conversion of files for web deployment. The annual value of work produced by OPM exceeds $4,500,000.

## Duties

The incumbent works in the Publication Services Branch, Printing Procurement Section and is responsible for the acquisition of multimedia products as required for various OPM program offices. Program offices are not well versed in the technical aspects of products that they are requesting. As a result, the printing specialist must work closely with originators to understand their program and how and where the product will be used to determine the best action plan for production.

Specific responsibilities and duties include but are not limited to:
· Working closely with program offices to determine the nature of needs for multimedia products. For example, based upon knowledge of a particular office's program needs, the incumbent analyzes the need for materials and makes recommendations as to the best configuration to produce a product that meets or exceeds needs and maintain control over cost and schedule.
· Preparing comprehensive acquisition plans for the entire production cycle that may occasionally begin with graphic design and then the actual printing, finishing and distribution. In preparing these plans, the specialist must carefully analyze the product needed versus production limitations, cost, and time constraints.
· Review and preflight of electronic files generated utilizing graphic design software packages common throughout the printing industry.
· Ability to work in Quark, InDesign and other design software packages.
· Preparing specifications suitable for the Government Printing Office (GPO) to execute the technical requirements of a contract.
· Performing press sheet inspections at contractors facilities on behalf of OPM program offices. Inspections may occur during the day, at night or on weekends which may occasionally include holidays.
· Monitoring all aspects of the contract to ensure that all parties are in compliance with the contract requirements. When a party to the contract is in violation, the specialist must take appropriate action designed to rectify the situation. Corrective action against the contractor is always taken if the product fails to meet contractual requirements.
· Modifications and negotiations are completed as necessary when program requirements change or modifications are needed to improve quality, reduce costs, or ensure timely delivery.

**Factor 1: Knowledge Required by the Position**                    **FL 1-7 = 1250 PTS**
NOTE: Items 1 & 2 are the responsibility of the incumbent not the Government Printing Office or commercial contractors. Specifications and production methods must be complete/correct when presented for bid solicitation or production.

1. A professional knowledge of up-to-date technological concepts, principles, and practices in the graphics arts field to apply the best suited technology to multimedia products. Examples of such technology include but are not limited to pre-flighting, graphic design, CD-ROM mastering and replication, optical character recognition, HTML, and Optical Scan Forms.
2. A professional knowledge of complex graphic arts techniques such as 4-color process/color separation, multicolor printing, and binding/finishing techniques to produce high quality, low cost products. Examples include 4-color process, tinted varnishes, color builds, gold foil stamping, and blind embossing.
3. A professional knowledge of writing technical specifications and Statements of Work for procurement of OPM products via GPO and commercial sources. After careful and thorough analysis, the specialist is responsible for creating an efficient, effective procurement system to meet both the needs of the OPM originating office and multimedia producers.
4. A professional knowledge of all OPM and GPO procedures relating to the procurement and distribution of OPM products to ensure that the most appropriate (economical, efficient) procurement and distribution methods are used. Use of the proper techniques can lead to satisfaction of customer demands without excess cost or lead time. In addition, this knowledge enables the incumbent to actively search for possible program related problems and prevent their occurrence rather than passively having the problem occur and have to resolve them in a reactive mode (proactive rather than reactive).
5. A working knowledge of OPM's major program operations such as health benefits, retirement, human resources, training, etc... to enable the incumbent to understand and be able to work effectively with the staff of the program offices.
6. Knowledge of printing methods and techniques (e.g., knowledge of instructions/specifications the printer must have, the capabilities/uses of printing equipment and capabilities of printing facilities).

**Factor 2: Supervisory Controls**                              **FL 2-5 = 450 PTS**

Works under the guidance of the Team Leader. The incumbent consults with the Team Leader or the customer to develop specific ideas on the appearance and contents of the product. During this meeting, the incumbent gains an understanding of the need and what steps will need to be taken in order to satisfy the requirement. The incumbent prepares an overall procurement action plan. The incumbent independently plans and carries out the projects and the day-to-day operation of the plan including resolution and negotiation of any problems that may arise. The incumbent resolves most differences of opinion with customers or contractors and coordinates the work. The incumbent's recommendations are expected to be technically correct. The team leader reviews the work for effectiveness in meeting the overall objectives of the project. This is based on the degree of customer satisfaction.

**Factor 3: Guidelines**                                                                                  **FL 3-3 = 275 PTS**
1. Technical manuals/handbooks are available for selected aspects of the incumbent's responsibilities related to graphic art practices for the multimedia products produced. No practical formal/written guidelines are available for performing the work related to graphic design, optical character recognition, formulation of technical specifications and acquisition contracts, and Federal printing procurement policies and procedures. Total understanding and independent judgment are necessary to effectively carry out responsibilities related to the production and procurement of multimedia products. Projects involving such techniques are never routine and demand that the incumbent understand and be able to apply existing knowledge. Since no practical formal/written guidelines exist for the other areas of the incumbent's responsibilities, the incumbent is responsible for not only creating the necessary base of information but also for applying the base to specific requirements.

**Factor 4: Complexity**                                                                                  **FL 4-4 = 225 PTS**
The incumbent is responsible for the creation and effective execution of multiple major publishing efforts for various OPM program offices. The incumbent is responsible, working closely with the originator, for determining technical specifications, schedules and creating an efficient, economical procurement action plan suitable for satisfying the program office's requirements. Once in place, the incumbent executes the plan in a proactive mode seeking enhancements and preventing problems. In working with major program areas, there is typically a wide variety of options that the incumbent is responsible for analyzing. Options include the entire range of the incumbent's responsibilities including both technical aspects (technology, graphic arts  techniques) and operational aspects (procurement, specifications). Projects are assigned to the incumbent because they require original and innovative approaches due to their unique requirements. Projects are frequently abstract in nature (e.g., broad concepts or ideas as opposed to specific events or processes). The incumbent is responsible for transforming ideas and information into visual products and for creating, after careful analysis, a set of solutions that are geared to satisfying the legitimate publishing needs of the customer.

**Factor 5: Scope and Effect**                                                                            **FL 5-3 = 150 PTS**
The purpose of the work is to provide an efficient, effective and economical system to satisfy publishing demands for a variety of major program areas.   Such a system includes coordination of program area demands through the complete cycle of publishing management. Successful satisfaction of program areas is absolutely essential. Printed and other materials in each of the program areas is critical to the satisfaction of OPM's mission, organizational goals and the President's Management Agenda.

**Factor 6/7: Personal Contacts/ Purpose of Contacts**                                                    **FL 3C = 180 PTS**
The incumbent, on a daily basis, contacts a wide variety of persons including senior OPM managers, GPO officials, and representatives (technical and administrative) from various commercial sources. The incumbent must be sensitive to both the person being contacted and the specific nature of the reason for the contact and be able to identify and carry out the agreed approach. The purpose of the contacts runs the range from initial interviews/meetings with program officials, and meetings with GPO to negotiate a specific solution to a publishing need to resolving problems/conflicts as they occur. Although all parties generally desire the same result, each party has its own vested interest and the incumbent must be able to deal/negotiate in hostile and/or competitive situations.

**Factor 8: Physical Demands**                                                                            **FL 8-1 = 5 pts**
The work is primarily sedentary although some walking, bending, and lifting may be required.

**Factor 9: Work Environment**                                                                            **FL 9-1 = 5 PTS**
The work is performed in a typical office setting. On occasion, the incumbent is required to work in actual industrial settings when performing, pre-award surveys, press sheet inspections, proof reading, etc.

**Total Points: 2540**
**Points Range: 2355-2750 = GS-11**

Proposed Title, Series, Grade:  Printing Services Specialist, GS-1654-11

Organization:  Management Services Division

References:  Job Family Position Classification Standard for Administrative Work in the Equipment, Facilities and Services Group, GS-1600.

Background:

This position is located in the Publications Management Group which is responsible for the acquisition of graphic design, printing and distribution services for OPM.  Incumbent works in the Publishing Services Branch, Printing Procurement Section.  The incumbent is responsible for the acquisition of multimedia products as required for OPM program offices.  Specific duties include working closely with program offices to determine the nature of needs for multimedia products; preparing comprehensive acquisition plans; reviewing and preflight of electronic files; working in various design software packages; modifying and monitoring contract negotiations.

Series and Title Determination:

This position fulfills requirements for inclusion in the Job Family PCS for Admin Work in the Equipment, Facilities and Services, GS-1600 series.  Positions classified in the GS-1654 series manage, supervise, lead or perform administrative work that involves operating and maintaining a printing program when the work requires knowledge and skill in printing, printing processes, reprographics, printing procurement and applying relevant regulations and techniques.

Printing services specialists perform a variety of the following services:

Printing specialists determine:

- printing specifications;
- paper sizes, ink colors, layout requirements and use of photographs;
- number of years the product is/has been used;
- equipment and processes to be used;
- economical mode of production;
- appropriate printing facility for specific printing job.
- Estimate cost of printing job.
- Procures printing services.
- Determines whether printing facility is capable of producing the publication or whether it must be obtained by commercial sources/contractors.

The incumbent works closely with managers to understand their program and how and where products will be used to determine the best action plan for production.  Incumbent prepares acquisition plans for entire production cycle that can begin with graphic designs and the actual printing, finishing and distribution.  Production costs and time constraints are weighted in the contract preparation.  These duties and the knowledges and skills associated with them fit appropriately in the GS-1654 series with the title, Printing Services Specialist.

Knowledge Required:  1-7

At the level 1-6 applicants must have knowledge of and skill in applying the full range of principles, practices and methods of printing and publishing processes, equipment, and facility production capabilities related to costs and use of printed products. At this level the incumbent assists in writing printer specifications and monitors production to ensure compliance with contracts. Projects at this level have applicable precedents and the techniques, methods and processes are regular and recurring. Products and printing specifications are already identified.

At the 1-7 level the applicant must have knowledge of and skill in applying a comprehensive range of principles, concepts and practices concerning printing services. The knowledge required at the 1-7 must enable an applicant to apply a range of principles, concepts and practices concerning diverse printing and publishing processes. The incumbent must have the ability to analyze customer requirements as well as the resources available and products on the market in order to best identify what products suit customer needs.

Incumbent must have a professional knowledge of up to date technological concepts, principles and practices in the graphics arts field to apply the best technology for multimedia products, (s.a. pre-flighting, graphic design, and optical scan forms); complex knowledge of graphic arts techniques and a professional knowledge of OPM and GPO procedures in order to procure and distribute OPM products; and knowledge of printing methods and techniques.

Incumbent has depth of knowledge in graphic arts and multimedia products and acquisition process and procedures sufficient to meet the 1-7 level.

Supervisory Controls: 2-4

After incumbent discusses the layout and presentation of products with the client, he/she works independently to prepare procurement action plans, and plans and carries out the projects and day to day operations of the plan. Recommendations are expected to be technically correct. Work is reviewed to ensure that overall objectives are met and is contingent upon customer satisfaction.

Incumbent meets 2-7 because the incumbent's work is reviewed for soundness of approach and effectiveness in meeting requirements. Incumbent surpasses 2-6 because s/he does not have to depend on supervisor to resolve problems. Problems encountered are usually resolved by the employee and the supervisor must only intervene in unusual circumstances.

Guidelines: 3-3

Technical manuals/handbooks are available for select aspects of Incumbent's responsibilities.

Incumbent does not have practical formal/written guidelines available for performing the work related to graphic arts, optical character recognition, formulation of technical specifications and acquisition contracts, and printing procurement policies and procedures.

Guidelines used at 3-2 are directly applicable to the given assignment. Guidelines prescribe established procedures and employee must select appropriate guideline for given project. The incumbent of this position creates the necessary base of information and also completes assignments using judgment and creativity.

Complexity: 4-4

Incumbent is responsible for creation and execution of multiple publishing efforts for various agency program offices. Incumbent is responsible for working closely with the originator, for determining technical specifications, schedules and creating an efficient, economical procurement action plan. Projects involve original and innovative approaches to meet unique requirements. Projects are abstract in nature and the incumbent must present information into visual products and create a set of solutions that satisfy publishing needs.

Incumbent meets 4-4 because the assignments require him/her to exercise judgment and originality in revising techniques, methods and processes. Work goes beyond simply identifying and determining the interrelationships of printing and analyzing and researching problems and relationships.

Scope and Effect: 5-3

The purpose of the work is to satisfy publishing demands for a variety of major program areas.

Information and Multimedia products and visual displays put out by OPM must be accurate and must be pleasing to the audience in order to effectively convey information and to satisfy the mission of the agency and organizational goals and PMA.

Incumbent meets 5-3 because the effect of the work produced affects the opinion, integrity and image OPM sends to the public, and not just those of a unit or segment of an organization.

Personal Contacts: 6-3

Incumbent has daily contacts with a variety of persons including senior OPM managers, GPO officials and representatives from various commercial sources.

Incumbent meets 6-3 because personal contacts are with vendors and officials from outside the agency in addition to OPM senior managers.

Level 6-2 confines contacts to representatives or managers within the same agency both inside and outside the immediate office.

Purpose of Contacts: 7-2

The purpose of contacts is to negotiate specific solutions to publishing needs and to resolve problems and conflicts.

Incumbent meets level 2 because s/he plans, coordinates, and advises on work efforts to resolve issues when every party has a mutual goal.

All parties have same objective, therefore the incumbent does not necessarily have to influence or persuade persons to accept and implement significant findings. As a result, level 3 is not appropriate.

Physical Demands: 8-1

Work is sedentary; however occasional walking, bending and lifting may be required.

Work Environment: 9-1

Incumbent works in an office setting.

SUMMARY:

1-7: 1250
2-4: 450
3-3: 275
4-4: 225
5-3: 150
6-3}
7-2}110
8-1: 5
9-1: 5

Total: 2470

Final Classification Decision: Printing Services Specialist, GS-1654-11

# ATTACHMENT F

# POSITION DESCRIPTION

# MIRIAM HEARD-JOHNSON

POSITION DESCRIPTION *(Please read the instructions on the back)*    *Heard Johnson*

| 1. Reason for Submission | 2. Bargaining | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|
| ☑ Redescription  PD# of Position Being Replaced | Unit Position? | Washington, DC | 6A08943 |
| ☐ Reestablishment | ☑ Yes | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☐ New    ☐ Other | ☐ No | ☑ Yes  ☐ No | ☐ Yes  ☑ No |

**3. Organizational Title**   Printing Specialist, Team Leader GS-1654-12

**18. Official Title**   Lead Printing Services Specialist

| 4. Supervisory/Management Responsibility | 5. Sensitivity |
|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☑ Nonsensitive [1] |
| ☑ Team Leader [7] | ☐ Non-Critical Sensitive [2] |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] |
| ☐ None [8] | ☐ Public Trust-Mod. Risk [E] |
| **6. FLSA** | ☐ Public Trust-High Risk [D] |
| ☑ Exempt [E] | ☐ Other - |
| ☐ Non-Exempt [N] | |

GS-1654-12

**20. Standards Used in Classifying/Grading Position and Dates of Standards used**
PCS for Administrative Work in the Equipment, Facilities and Services Group, GS-1600, May '03

**7. Organizational Location**

U.S. Office of Personnel Management

Division for Management ~~& CFO Svcs~~

Center for Contracting, Facilities and Administrative Ser

Publications Management Group

~~Publishing Services Branch~~

Printing Procurement Section

**21. Signature of Classifying Official Taking Action**   *Shirley Lynch*

**Date Signed (Month, Month, Day, Year)**   6-15-04

**22. Typed Name and Title of Classifying Official**
Shirley Lynch
HR Specialist

**8.** If position is other than the full performance level, indicate the grade of the full performance position and PD#.

[  ] PD#

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

**23. Remarks**

**9. Signature of Supervisor**   *William M. Davis*   **Date Signed (Month, Day, Year)**   3-10-2004

**10. Typed Name and Title of Supervisor**
William M. Davis, Chief, PSB

**11. Signature of Reviewing Official**   *Benedi*   **Date Signed (Month, Day, Year)**   3-10-2004

**12. Typed Name and Title of Reviewing Official**
Claudio A. Benedi, Director, PMG

**24. Signature of OHREEO Reviewing Official:** I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

**25. Typed Name and Title of OHREEO Reviewing Official**

**TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO**

| Organization Code | Pay Plan | Series | Grade | Supv Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| ANE0C.A0B | GS | 0 1 6 5 4 | 1 2 | 7 | 1 2 | 0 0 | |

**Position Title**

| L E A D   P R I N T I N G   S E R V I C E S   S P E C |
|---|

| Competitive Level | FLSA | Sens. | Bldg. Cc | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 | E | 1 | T R | 0 6 / 1 5 / 0 4 | 0 0 2 0 |

Division for Management & Chief Financial Officer
Center for Contracting, Facilities & Administrative Services
Publication Management Group
Publication Services Branch
Printing Procurement Section

# GS-1654-12, Printing Specialist, Team Leader

## Introduction

This position is located in the Publications Management Group which is the coordinating point for the acquisition of graphic design, printing, and distribution services for the Office of Personnel Management (OPM). Products produced by the Printing Procurement Team include high quality 4-color process publications, multicolor products and highly technical products such as optical character recognition, intricate graphic design, compact disc, and conversion of files for web deployment. The annual value of work produced by OPM exceeds $4,500,000.

## Duties

The incumbent works in the Publication Services Branch, Printing Procurement Section and is responsible for the acquisition of multimedia products as required for various OPM program offices. Program offices are not well versed in the technical aspects of products that they are requesting. As a result, the printing specialist must work closely with originators to understand their program and how and where the product will be used to determine the best action plan for production.

Specific responsibilities and duties include but are not limited to:

- As Team Leader the incumbent is responsible for leading the Section, assigning work, processing orders and providing performance rating input on the employees of the Section.

- Working closely with program offices to determine the nature of needs for multimedia products. For example, based upon knowledge of a particular office's program needs, the incumbent analyzes the need for materials and makes recommendations as to the best configuration to produce a product that meets or exceeds needs and maintains control over cost and schedule.

- Preparing comprehensive acquisition plans for the entire production cycle that may occasionally begin with graphic design and then the actual printing, finishing and distribution. In preparing these plans, the incumbent must carefully analyze the product needed versus production limitations, cost, and time constraints.

- Preparing complete specifications for the product suitable for the Government Printing Office (GPO) to execute the technical requirements of a contract.

Page 2 (PD for GS-1654-12, Printing Specialist)

• Performing press sheet inspections at contractors facilities on behalf of OPM program offices. Inspections may occur during the day, at night or on weekends which may occasionally include holidays.

• Monitoring all aspects of the contract to ensure that all parties are in compliance with the contract requirements. When a party to the contract is in violation, the incumbent must take appropriate action designed to rectify the situation. Corrective action against the contractor is always taken if the product fails to meet contractual requirements.

• Modifications and negotiations are completed as necessary when program requirements change or modifications are needed to improve quality, reduce costs, or ensure timely delivery.

## Factor 1

<u>Knowledge Required by the Position</u>

NOTE: Items 1 & 2 are the responsibility of the incumbent not the Government Printing Office or commercial contractors. Specifications and production methods must be complete/correct when presented for bid solicitation or production.

1. A professional knowledge of technological concepts, principles, and practices in the graphics arts field to apply the best suited technology to multimedia products. Examples of such technology include but are not limited to pre-flighting, graphic design, CD-ROM mastering and replication, optical character recognition, HTML, and Optical Scan Forms.

2. A professional knowledge of complex graphic arts techniques such as 4-color process/color separation, multicolor printing, and binding/finishing techniques to produce high quality, low cost products. Examples include 4-color process, tinted varnishes, color builds, gold foil stamping, and blind embossing.

3. A professional knowledge of writing technical specifications and Statements of Work for procurement of OPM products via GPO and commercial sources. After careful and thorough analysis, the printing specialist is responsible for creating an efficient, effective procurement system to meet both the needs of the OPM originating office and multimedia producers.

4. A professional knowledge of all OPM and GPO procedures relating to the procurement and distribution of OPM products to ensure that the most appropriate (economical, efficient) procurement and distribution methods are used. Use of the proper techniques can lead to satisfaction of customer demands without excess cost or lead time.

Page 3 (PD for GS-1654-12, Printing Specialist)

In addition, this knowledge enables the incumbent to actively search for possible program related problems and prevent their occurrence rather than passively having the problem occur and have to resolve them in a reactive mode (proactive rather than reactive).

5. A working knowledge of OPM's major program operations such as health benefits, retirement, human resources, training, etc… to enable the incumbent to understand and be able to work effectively with the staff of the program offices.

6. Knowledge of printing methods and techniques (e.g., knowledge of instructions/specifications the printer must have, the capabilities/uses of printing equipment and capabilities of printing facilities).

## Factor 2

Supervisory Controls

1. The incumbent consults with the customer to develop specific ideas on the appearance and contents of the product. During this meeting, the incumbent gains an understanding of the need and what steps will need to be taken in order to satisfy the requirement. The incumbent prepares an overall procurement action plan.

2. The incumbent independently plans and carries out the projects and the day-to-day operation of the plan including resolution and negotiation of any problems that may arise. The incumbent resolves most differences of opinion with customers or contractors and coordinates the work.

3. The incumbent's recommendations are expected to be technically correct.

4. The Team Leader reviews the work of Section employees for effectiveness in meeting the overall objectives of the project. This is based on the degree of customer satisfaction.

## Factor 3

Guidelines

1. Technical manuals/handbooks are available for selected aspects of the incumbent's responsibilities related to graphic art practices for the multimedia products produced.

No practical formal/written guidelines are available for performing the work related to graphic design, optical character recognition, formulation of technical specifications and acquisition contracts, and Federal printing procurement policies and procedures.

Page 4 (PD for GS-1654-12, Printing Specialist)

2. Total understanding and independent judgement are necessary to effectively carry out responsibilities related to the production and procurement of multimedia products. Projects involving such techniques are never routine and demand that the incumbent understand and be able to apply existing knowledge.

Since no practical formal/written guidelines exist for the other areas of the incumbent's responsibilities, the incumbent is responsible for not only creating the necessary base of information but also for applying the base to specific requirements.

## Factor 4

Complexity

1. The incumbent is responsible for the creation and effective execution of multiple major publishing efforts for various OPM program offices. The incumbent is responsible, working closely with the originator and section employees, for determining technical specifications, schedules and creating an efficient, economical procurement action plan suitable for satisfying the program office's requirement. Once in place, the incumbent executes the plan in a proactive mode seeking enhancements and preventing problems.

2. In working with major program areas, there is typically a wide variety of options that the incumbent is responsible for analyzing. Options include the entire range of the incumbent's responsibilities including both technical aspects (technology, graphic arts techniques) and operational aspects (procurement, specifications).

3. Projects are assigned to the incumbent because they require original and innovative approaches due to their unique requirements. Projects are frequently abstract in nature (e.g., broad concepts or ideas as opposed to specific events or processes). The incumbent is responsible for transforming ideas and information into visual products and for creating, after careful analysis, a set of solutions that are geared to satisfying the legitimate publishing needs of the customer.

## Factor 5

Scope and Effect

1. The purpose of the work is to provide an efficient, effective and economical system to satisfy publishing demands for a variety of major program areas. Such a system includes coordination of program area demands through the complete cycle of publishing management.

Page 5 (PD for GS-1654-12, Printing Specialist)

2. Successful satisfaction of program areas is absolutely essential. Printed and other materials in each of the program areas is the lifeblood of the program and critical to the satisfaction of OPM's mission, organizational goals and the President's Management Agenda.

## Factor 6

Personal Contacts

1. The incumbent, on a daily basis, contacts a wide variety of persons including senior OPM managers, GPO officials, and representatives (technical and administrative) from various commercial sources.

The incumbent must be sensitive to both the person being contacted and the specific nature of the reason for the contact and be able to identify and carry out the agreed approach.

## Factor 7

Purpose of Contacts

1. The purpose of the contacts runs the range from initial interviews/meetings with program officials, and meetings with GPO to negotiate a specific solution to a publishing need to resolving problems/conflicts as they occur. Although all parties generally desire the same result, each party has its own vested interest and the incumbent must be able to deal/negotiate in hostile and/or competitive situations.

## Factor 8

Physical Demands

1. The work is primarily sedentary although some walking, bending, and lifting may be required.

Page 6 (PD for GS-1654-12, Printing Specialist)

**Factor 9**

Work Environment

1. The work is performed in a typical office setting. On occasion, the incumbent is required to work in actual industrial settings when performing, pre-award surveys, press sheet inspections, proof reading, etc…

# ATTACHMENT G

# POSITION DESCRIPTION

# STEPHEN HICKMAN

# POSITION DESCRIPTION (please read the instructions on the back)

*Hickman*

| 1. Reason for Submission | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|
| ☐ Redescription  ☐ PD# of Position Being Replaced  ☐ Reestablishment  ☒ New  ☐ Other | ☒ Yes  ☐ No | **Washington, DC** | 6A30394 |

16. Subject to IA Action?  ☒ Yes  ☐ No

17. Employment/Financial Stmt. Required  ☐ Yes  ☒ No

3. Organizational Title

18. Official Title

**Management Analyst**

| 4. Supervisory/Management Responsibility | 5. Sensitivity |
|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☒ Nonsensitive [1] |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] |
| ☒ None [8] | ☒ Public Trust-Mod. Risk [6] |

6. FLSA  ☒ Exempt [E]  ☐ Non-Exempt [N]

☐ Public Trust-High Risk [D]
☐ Other -

19. Official Pay Plan, Series and Grade

**GS-0343-12**

20. Standards Used in Classifying/Grading Position and Dates of Standards used

7. Organizational Location

**U.S. Office of Personnel Management**

**Management Services Division**

**CTR Contracting, Facilities & Administrative Ser.**

**Publications Management Group**

**Publishing Services Branch**

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

21. Signature of Classifying Official Taking Action

22. Typed Name and Title of Classifying Official

*Suleena Mercado Olavarria*

**Human Resources Specialist**

Date Signed (Month, Day, Year)  08/31/06

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

☐ PD#:

Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that the information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

9. Signature of Supervisor

Date Signed (Month, Day, Year)

10. Typed Name and Title of Supervisor

**William M. Davis**

**Support Services Supervisor**

11. Signature of Reviewing Official

Date Signed (Month, Day, Year)  8/1/2006

12. Typed Name and Title of Reviewing Official

**Claudio A. Benedi**

**Support Services Supervisor**

23. Remarks

24. Typed Name and Title of OSEA Reviewing Official

25. Signature of OSEA Reviewing Official

26. Signature of HCMSG Reviewing Official. I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

27. Typed Name and Title of HCMSG Reviewing Official

*Suleena Mercado Olavarria, HR Spec*

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

**TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO**

| Organization Code | Pay Plan | Series | Grade | Supv Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| A N E 0 C A | G S | 0 3 4 3 | 1 2 | 8 | 1 2 | | |

Position Title

M A N A G E M E N T   A N A L Y S T

| Competitive Level | FLSA | Sens | Bldg. Code | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 | E | S | T R 0 | 8 0 1 0 6 | 0 0 2 0 |

Center for Contracting, Facilities and Administrative Services
Publications Management Group
Publishing Services Branch

Management Analyst GS-343-12

August 1, 2006

## Introduction

As a management analyst in the Publications Management Group (PMG), the incumbent serves on the Regulatory Team and performs activities related to Regulatory Issuance improvement and other functional responsibilities of the office.

PMG is responsible for managing OPM's Regulatory System and various archival information systems. The office also provides policy and editorial review of the Regulatory Issuance System.

## Duties and Responsibilities

The incumbent, under the guidance of the Team Leader, is responsible for executing the regulatory processing components of the Regulatory Issuance System, including preparing, Posting Notices for new regulations, performing coordination and other liaison activities with OMB, Office of the Director, the Office of the Federal Register, and other agencies; reviewing and coding of OPM regulations; advising OPM program specialists, program managers, and other personnel; providing research; responding to recommendations and correspondence; resolving problems; and conducting other activities related to administering the Regulatory Issuance System.

Analyzes and evaluates OPM's regulatory processes, under the guidance of the Team Leader, and recommends improvements to the Regulatory Issuance System. Evaluates interagency coordination processes and recommends modifications to make coordination more efficient. Studies internal system processes to evaluate system-wide effectiveness and efficiency. Responds to criticisms and recommendations regarding OPM regulatory procedure.

Monitors several Internet sites and other multimedia sources for new and pending legislation, executive orders, regulations, etc... Notifies and updates affected offices/services of upcoming regulatory actions that may affect or be of interest to their organization. (From both OPM and other Federal and private sources).

Assists in planning, coordinating, and preparing OPM's Semiannual Regulatory Agenda and Plan. Evaluates agenda processes and assist in developing improved procedures. Assist in designing new operations based on changed conditions imposed by OMB, GSA,

Page 2 (Management Analyst GS-343-12 FR)

Executive Orders or other circumstances. Under the guidance of the Team Leader develops work plans, directives, memos, charts, letters, and other materials during each Agenda cycle. Also responsible for updating the Document Management System and the Federal Register Management System.

Other duties as assigned related to services provided by the Publishing Services Branch.

## Knowledge Required by the Position

Knowledge of the principles and functions of management and of the applications and methodology of management analysis to effectively conduct detailed management studies, analyses, and evaluations.

Knowledge of Federal information management legislation, policy, and interpretation to be used in designing and evaluating system structures and processes.

Knowledge of Federal regulatory policies, laws, Executive orders, and regulations, and of OPM's Regulatory System to execute OPM regulation issuance responsibilities and conduct improvement studies.

Knowledge of OPM organizational structure and program responsibility to effectively coordinate, consult, and advise on issuance requirements and compliance processes.

Knowledge of the policies, objectives, structures, mission, and functions of OPM and of the program responsibility of the various offices within OPM to be used in designing system structures and processes, and to effectively consult, advise, and coordinate on issuance policy and compliance processes.

## Supervisory Controls

Assignments are given in terms of overall objectives; incumbent determines methodology and approach to be used based upon guidance received. Work is reviewed for conformance with issuance policy and feasibility of recommendations. Completed projects, reports or recommendations are reviewed for compatibility with agency/organizational goals, guidelines, and effectiveness of achieving objectives.

Page 3  (Management Analyst GS-343-12 FR)

## Guidelines

Guidelines include laws, Federal Register Document Drafting Handbook, GPO Style Manual, U.S. Code, Code of Federal Regulations, List of CFR Sections Affected, Executives Orders, regulations, directives, historical files, and relevant court cases.

Guidelines only provide the framework under which the employee works – and they do not go into great detail; employee uses independent and creative judgment in performing duties of the position.

## Complexity

Involves conducting detailed analyses, evaluations, and studies; making policy recommendations; designing and recommending new or modified procedures; preparing internal directives, guidance, and other materials; reviewing regulatory materials for conformance with issuance policy. Incumbent considers effect on OPM operations, functions, or system components as well as on other agencies, OPM groups, regions, divisions, and offices. Involves reconfiguration of systems, designing new processes, and developing new approaches. Nature of work requires interpretation of law and regulations, originality, creativity, innovation, and critical judgment. Incumbent serves as referee in guiding Program/Service offices, ensuring compliance with federal laws/regulations while fulfilling OPM requirements.

## Scope of Effect

The work improves internal and external processes under OPM's personnel information systems for communicating OPM policy, regulations, and guidance to Federal agencies and other audiences. The work has extensive impact, ultimately affecting government wide access to OPM policy and instruction. The work is intended to prevent or correct inefficient and ineffective processes, disorganization, and delays which could lead to widespread mismanagement of agency personnel activities and the processing of personnel actions under outdated requirements.

## Personal Contacts

Personal contacts include high to mid-level program managers, specialist, agency representatives, attorneys, and others within and outside OPM. Other contacts include contractors, professional organizations, and private firms.

Page 4  (Management Analyst GS-343-12 FR)

## Purpose of Contacts

Purpose of contacts is to advise, persuade, consult, discuss, or negotiate with affected program managers and other personnel on system modifications and problem resolution; to present recommendations; and to provide data and other information.

## Physical Demands

The work is basically sedentary.

## Work Environment

The work is preformed in an office setting.

# ATTACHMENT H

# POSITION DESCRIPTION

# ROBERT COCO

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station Washington, DC | 15. Agency Position Number GA07782 |
|---|---|---|---|---|
| X Redescription | PD# of Position Being Replaced | X Yes | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| Reestablishment | | No | X YES    NO | YES    X NO |
| New | Other | | | |

**3. Organizational Title**
### Management Analyst

**18. Official Title**
### Management Analyst

| 4. Supervisory/Management Responsibility | 5. Sensitivity |
|---|---|
| Supervisor (GSSG) [1] | Nonsensitive [1] |
| Manager (GSSG) [3] | Non-critical Sensitive [2] |
| Supervisor (5 USC 7103) [4] | Critical Sensitive [3] |
| Mgmt. Official (5 USC 7103) [5] | Special Sensitive [4] |
| X None [8] | Public Trust-Low Risk [1] |

**6. FLSA**
X Exempt [E]
Non-Exempt [N]

Public Trust-Mod. Risk
E Public Trust-High Risk [6]
Computer Security

**19. Official Pay Plan, Series and Grade**
### GS-343-13

**20. Standards Used in Classifying/Grading Position and Dates of Standards Used**

### Administrative Analysis Grade Evaluation Guide, TS-98 Aug 90 Management & Program Analysis Series GS-343, TS-98 Aug 90

**7. Organizational Location**

U.S. Office of Personnel Management
Management & CEO

Management Services
Ctr Contract, Fac & Admin Services
Publications Mgmt Group
Publishing Services Branch

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | Date Signed (Month, Day, Year) |
|---|---|
| *Cynthia Robinson* | 3-21-02 |

**22. Typed Name and Title of Classifying Official**
### Cynthia Robinson, HR Specialist

**8.** If position is other than the full performance level, indicate the grade of the full performance position and PD #.

☐ ☐ PD#:

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

**23. Remarks**

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) |
|---|---|
| *Benedi* | 3/21/2002 |

**10. Typed Name and Title of Supervisor**
Claudio A. Benedi, Chief
Publications Services Division

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) |
|---|---|
| *signature* | 3/28/2002 |

**12. Typed Name and Title of Reviewing Official**
Steven T. Van Rees, Director OCAS

**24.** Signature of OHREEO Reviewing Official: I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

**25.** Typed Name and Title of OHREEO Reviewing Official

## TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | Pay Plan | Series | Grade | Superv Level | Target Gr. | Func. Cd | Reserved |
|---|---|---|---|---|---|---|---|
| A N E O C A | G S | 0 0 3 4 3 | 1 3 | 8 | 1 3 | 0 0 | |

| Position Title | | | | |
|---|---|---|---|---|
| M A N A G E M E N T | | A N A L Y S T | | |

| Competitive Level | FLSA | Sens. | Bldg. Code | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 | E | E | T R 0 3 | 2 1 0 2 | 0 0 2 0 |

OPM Form 1479 (Rev. 1/98)

## CERTIFICATION OF POSITION DESCRIPTION

I certify that this is an accurate statement of the major duties and responsibilities of

this position and its organizational relationships and that the position is necessary to

carry out Government functions for which I am responsible.

*Management Analyst 343/13*

**Position Title, Series, Grade**

*GA07782*

**PD Number**

*William M. Davis*

**Signature of First Level Supervisor**

*8-31-2006*

**Date Certified**

## Management Analyst, GS-343

<u>Major Duties</u>

The incumbent serves as a management analyst providing consultative, analytical and evaluative duties relating to the management of OPM's publishing management program, including:

- Analyzes the overall information objectives of OPM's individual program/service offices and after extensive consultation with subject matter specialists, makes general and specific recommendations to assist those offices to realize their multi-media communication objectives.  Specific duties include –

   Manages and maintains an Internet site updating and verifying the validity of OPM's Publications database,

   Serves as the primary staff resource for the Publications Review Panel. Managing, coordinating, reviewing, analyzing, and clearing all OPM publications.  This requires dealing with all levels of management and an intimate knowledge of OPM policy within the various programs/services.

   Serves as OPM's liaison with the OMB on publishing related matters.

   Develops, manages, maintains and issues the OPM Directory of Key Officials and the Information Directory in paper and/or electronic formats (Internet and Intranet).

   Designs and maintains the Video Information System.

- Based upon knowledge of best industry practices, develops and implements appropriate Electronic Publishing Systems within OPM by merging existing technology within program/service offices with centralized technologies within the Publishing Management Branch and various other sources.

- Serves as the OPM expert for electrostatic reproduction, making recommendations for acquisition of new equipment that employs the appropriate technology for a particular application.

Page 2 (PD, GS-343-13)

Knowledge required by the position

A comprehensive knowledge of publishing programs, in order to: effectively manage the functions of the Publication Review process; provide staff and coordinate the Publication Review Panel; and, conduct, analyze and make recommendations based upon audience surveys.

Comprehensive knowledge of all aspects of Electronic Publishing Systems (EPS) in order to develop and implement EPS throughout OPM central and regional organizations. This knowledge includes both hardware and software and their integration.

Comprehensive knowledge of the theory and practice of word processing management in order to develop, implement and maintain cost effective and efficient networked word processing production systems within OPM.

A detailed working knowledge of management analysis techniques including developing analytical methods, providing evaluative analysis, developing conclusions/recommendations in order to provide management officers with the evaluative material needed for effective direction of OPM's publishing management program.

Supervisory Controls

The incumbent is responsible for developing, in an independent manner, specific program assignments based upon broad, general objectives which are the result of management discussions, professional conferences or general written directives.

After gaining management approval, the incumbent is totally responsible for carrying out the specific objective.

Incumbent's work requires little to no review to determine that the stated objectives are met and for compliance with OPM policies and regulations.

Guidelines

Guidelines other than those termed as "regulations" contained in the Joint Committee on Printing Regulations and OMB Directives are virtually nonexistent.

The incumbent, in order to satisfy the publishing needs of various program/service offices, must be able to exercise independent judgment in the execution of his/her

Page 3 (PD, GS-343-13)

Guidelines - Continued

responsibilities based upon a combination of their expert knowledge and program analysis skills.

Complexity

The nature of the work carried out by the incumbent is very broad in scope since it involves conducting studies in all program/service offices each with publishing needs that are diverse and specific to their subject matter.

The incumbent, in addition to personally conducting studies/analysis, must coordinate studies performed by other staff analysts and coordinate/integrate their findings into an overall OPM wide recommendation.

Since the majority of work involves the development of operations and systems utilizing "new or emerging technology", the incumbent must exercise creative and individual problem identification and problem solving techniques: There are no pre-packaged solutions to publishing/word processing problems. The incumbent's responsibilities are further complicated by the fact that to satisfy OPM requirements for cost effectiveness and compatibility with existing hardware/software, etc... , the needs of individual program/service offices cannot be considered separately but as components of an overall OPM requirement. The incumbent must be prepared to deal with the often-conflicting needs of individual offices in order to create the "best" OPM solution.

The incumbent does not merely place pre-packaged solutions, but creates tailored solutions that consider all aspects from both the originator's point of view/needs as well as the hardware/software combinations that are compatible and necessary to design, typeset, print and distribute printed as well as electronic products.

Scope and Effect

The purpose of the work is to develop state-of-the-art publishing systems within OPM program/service offices that yield effectively designed printed and electronic publications that satisfy the communication needs of the OPM.

The distribution of OPM information products to all of OPM's audiences, in a cost effective and efficient manner, is critical to satisfying OPM's task mission goals. Inefficient and expensive publishing operations delay the issuance of information that is either time sensitive, regulatory in nature or a regulatory requirement.

Page 4 (PD, GS-343-13)

<u>Scope and Effect – continued</u>

The incumbent coordinates the management of OPM's Federal Advisory Committees, and serves as OPM's representative at meetings held at the General Services Administration which is the Federal government coordination point. The incumbent must ensure that records of committee meetings are updated online via the FACA database on a continuous basis, that annual reports are completed, and works with the Office of the Director to ensure that charters are kept up to date. The work of these committees is viewed on the FACA database by both the Congressional and Executive branch agencies and must reflect the most up-to-date status and activity of the various committees.

<u>Personal Contacts</u>

Contacts within OPM are with administrative officers, mid and senior level managers, associate directors, and executive level staff in charge of specific publishing and regulatory programs.

Contacts outside of OPM include other agency publishing officials, technical experts in federal and commercial capacities, and other agency committee representatives/members.

<u>Nature of Contacts</u>

Contacts with OPM officials are made to research and analyze all publishing programs. Incumbent discusses specific requirements, existing methodology and analyzes and makes recommendations for improvement. Often, program officials are entrenched in standard operating procedures and the incumbent must exercise extreme tact and diplomacy in negotiating change. In addition, program managers must be convinced of the benefits of changing existing systems (often by combining needs with other programs) to yield lower cost, more effectively designed/produced information products.

Acts as a "negotiator" between the Publications Review Panel and senior level OPM managers in resolving questions/issues on new or revised information products.

<u>Physical Demands</u>

Work is sedentary.

<u>Work Environment</u>

Work is performed in an office setting.

## POSITION EVALUATION SUMMARY

Organization _____

### Position # MANAGEMENT ANALYST GS-343-13

| Evaluation Factors Standards Used | Factor Level Used (FL#, etc.) | Points Assigned | Comments |
|---|---|---|---|
| 1.  Knowledge Required by the Position | 1-8 | 1550 | Possess comprehensive knowledge of multiple agency programs and systems.  Evaluates and analyzes methods to improve program efficiency.  Serves as an agency expert and makes program recommendations to improve processes. |
| 2.  Supervisory Controls | 2-5 | 650 | The incumbent is totally responsible for developing specific program assignments, based on broad objectives.  Conclusions and recommendations are generally accepted without significant change. |
| 3.  Guidelines | 3-5 | 650 | Guidelines are virtually nonexistent.  The employee must exercise independent judgement based on their expert knowledge and skills. |
| 4.  Complexity | 4-5 | 325 | Assignments involve operations and functions of significant complexity with a variety of work methods.  Conduct extensive program studies and make agency wide recommendations. |
| 5.  Scope and Effect | 5-4 | 225 | Develop a state-of-the-art-publishing system within the agency to satisfy communication needs and improve efficiency.  Results are critical to the agency's mission and cost effective. |
| 6/7. Personal Contacts and Purpose of  Contacts | 3c | 180 | Interact with administrative officers, mid and senior level managers and associate directors and executive level staff.  Discuss specific requirements, methodologies and makes recommendations.  Negotiate with managers and other representatives to resolve controversial issues involving program changes and cost. |
| 8.  Physical Demands | 8-1 | 5 | Work is sedentary. |
| 9.  Work Environment | 9-1 | 5 | Work is performed in an office setting. |
| Total Points | | 3590 | |

### SUMMARY

| GRADE CONVERSION | 3155-3600 = GS-13 | This PD supports the GS-13 grade level. |
|---|---|---|

STATEMENT OF DIFFERENCE: Between the GS-12 and GS-13.  At the GS-12 grade level, guidelines require considerable adapting and interpretation to apply complex program needs.  However, at the GS-13 level, guidelines are virtually nonexistent and the employee must exercise independent judgement.  At the GS-12 level, employees must have considerable knowledge of a wide range of agency programs.  On the other hand, GS-13s are considered experts in their field and must possess comprehensive knowledge of multiple agency programs.

# ATTACHMENT I

# Position Description

# Issac Evans

Evans

# POSITION DESCRIPTION (please read the instructions on the back)

| 1. Reason for Submission | | 2. Bargaining Unit Position? | 14. Duty Station | 15. Agency Position Number |
|---|---|---|---|---|
| ☐ Redescription | PD# of Position Being Replaced | ☑ Yes | Washington, DC | 6A30133 |
| ☐ Reestablishment | | ☐ No | 16. Subject to IA Action? | 17. Employment/Financial Stmt. Required |
| ☑ New  ☐ Other | | | ☐ Yes  ☑ No | ☐ Yes  ☑ No |

| 3. Organizational Title | 18. Official Title |
|---|---|
| Visual Information Special*i*s*t* | Visual Information Special*i*s*t* |

| 4. Supervisory/Management Responsibility | 5. Sensitivity | 19. Official Pay Plan, Series and Grade | GS-1084-13 |
|---|---|---|---|
| ☐ Supervisor or Manager (GSSG) [2] | ☐ Nonsensitive [1] | | |
| ☐ Team Leader [7] | ☐ Non-Critical Sensitive [2] | 20. Standards Used in Classifying/Grading Position and Dates of Standards used | |
| ☐ Supervisor (5 USC 7103) [4] | ☐ Critical Sensitive [3] | | |
| ☐ Mgmt. Official (5 USC 7103) [5] | ☐ Special Sensitive [4] | **PC Flysheet for Visual Information Series, GS-1084, May 1991; GEG for Visual Arts Work, Nov 1991; PCS for Public Affairs Series, GS-1035, Jul 1981** | |
| ☑ None [8] | ☒ Public Trust-Mod. Risk [E] | | |
| 6. FLSA | ☐ Public Trust-High Risk [D] | | |
| ☒ Exempt [E] | ☐ Other - | | |
| ☐ Non-Exempt [N] | | | |

7. Organizational Location

U.S. Office of Personnel Management

**Management Services Division**

**Center for Contracting, Facilities & Administration**

**Publications Management Group**

**Publishing Services Group**

Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5 U.S. Code, in conformance with standards published by OPM, or if no published standards apply directly, consistently with the most applicable published standards.

| 21. Signature of Classifying Official Taking Action | Date Signed (Month, Day, Year) |
|---|---|
| *KB Schumer* | 11/3/2005 |

22. Typed Name and Title of Classifying Official

**Kathy B. Schumer**
**Human Resources Specialist**

8. If position is other than the full performance level, indicate the grade of the full performance position and PD#.

| | PD#: |
|---|---|
| | |

23. Remarks

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violation of such statutes or their implementing regulations.

| 9. Signature of Supervisor | Date Signed (Month, Day, Year) |
|---|---|
| *William M. Davis* | 11-7-2005 |

10. Typed Name and Title of Supervisor

**William M. Davis**
**Chief, Publishing Services Branch**

| 11. Signature of Reviewing Official | Date Signed (Month, Day, Year) |
|---|---|
| *Benedi* | 11/8/2005 |

24. Typed Name and Title of OSEA Reviewing Official

25. Signature of OSEA Reviewing Official

12. Typed Name and Title of Reviewing Official

**Claudio A. Benedi**
**Director, Publishing Management Group**

26. Signature of HCMSG Reviewing Official. I certify that I have reviewed this position description to ensure that it complies with law, regulation, and internal OPM policy.

| 13. Position Review | Init. | Date | Init. | Date |
|---|---|---|---|---|
| a. Employee (Opt.) | | | | |
| b. Supervisor | | | | |
| c. Classifier | | | | |

27. Typed Name and Title of HCMSG Reviewing Official

### TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES AND EEO

| Organization Code | Pay Plan | Series | Grade | Supv Code | Target Gr. | Funct. | Reserved |
|---|---|---|---|---|---|---|---|
| A N E 0 | C A | G S 0 1 0 8 | 4 1 3 | 8 | 1 3 | 0 0 | |

| Position Title |
|---|
| V I S U A L   I N F O R M A T I O N   S P E C |

| Competitive Level | FLSA | Sens. | Bldg. Code | Date PD Classified | Barg. Unit Status Code |
|---|---|---|---|---|---|
| A A 0 0 | E | 5 | T R | 1 1 0 3 0 5 | 0 0 2 0 |

**Visual Information Specialist**
**GS-1084-13**

**INTRODUCTION**
Incumbent is responsible for all graphic design and related operations. Works under the general supervision of the Chief, Publishing Services Branch. Maintains contact with originators, program officials, Government Printing Office, other Government agencies and commercial contractors.

**DUTIES**
Consults with and advises OPM officials regarding preparation of graphic materials. Maintains familiarity with OPM programs as an aid in producing acceptable products. Provides advice and assistance on interpreting and applying policies, guidelines, standards for design, graphics, composition, and other techniques related to communication of information. Performs graphic design and works in fields of composition, drafting, cover execution, layout and occasionally paste-up of text and illustration for publications, slides, charts, graphs and other related materials.

Designs placement of printed material in relation to visual material; determines appropriate treatment of visual material. Utilizes Mac and PC platforms using Quark, Photoshop, In-Design and other widely used software packages for graphic design. Uses highly complex electronic publishing systems, or other complex and specialized equipment (poster printers, plotters, color printers, laminators, etc...); explores potential applications and suggests to the Branch Chief possible new/expanded applications.

Maintains familiarity with type faces available for composition of text and display, as well as the characteristics of each in regard to appearance and appropriate use. Responsible for selection of type faces, sizes, column widths and all other details which will contribute to the appearance of the finished product.

Has thorough knowledge of GPO programs for commercial procurement of cold-type composition/design and is familiar with GPO printing procurement requirements.

In the case of publications, works from manuscript or electronic files of text to be published. Makes decisions regarding placement and nature of illustrations and recommends appropriate organization of elements. Keys visual treatment to specific audience and plans overall appearance for effective and economical communication. In order to do this, the incumbent must know the intended use of the publication (one-time versus continued reference, for example) for specification of stock, method of binding and other technical requirements. After the audience is determined, makes decisions regarding types of visual materials to be used, manner of presentation, and coordinates final execution of the product. The latter includes technical judgment of reproduction quality of photos or other illustrations, development of a production plan which may require meetings with internal, GPO production personnel, or commercial sources and a knowledge of the technical characteristics and requirements of digital, offset, letterpress and silk-screen production methods.

**FACTOR 1: Knowledge Required**                                    **FL 1-8, 1550 pts**
Knowledge of a variety of methods, techniques, materials and computer software used in the planning and design of graphic presentations in order to meet customer's communications objectives.

Performs pre-flight check of all electronic files used by OPM for print production. If errors are detected files are corrected or returned to submitting office for correction.

Coordinates with the other units in the branch on matters of mutual concern, such as production requirements, mailing requirements, schedules, cost estimates and procurement sources. Furnishes cost estimates when requested.

Evaluates and reports conclusions reached on the use of new and ever changing equipment within the Publishing Management Group for improved production, efficiency and faster service. Considers cost versus benefits to be derived before recommending rental or purchase of new equipment. A broad and diversified knowledge of design and printing equipment and processes is necessary. Recommends to the Branch chief the acquisition of visual information equipment, training opportunities, products and services provided through government and private sector sources.

Conducts and participates in presentations to familiarize OPM personnel with functions of the Publishing Branch, so that they may more effectively plan the use of their printing funds for economical and efficient production.

Devises systems and procedures to coordinate and expedite the workflow. Establishes priority system, workload control procedures and deadlines for delivery of work.

Maintains file of pre-planning meetings and decisions made and materials produced by the unit for future reference. Archives all electronic files of completed work.

Prepares technical specifications for issuance of contracts to establish Blanket Purchase Agreements. Places work orders, and monitors contractor conformance to specifications and contractual requirements.

Conducts press sheet inspections.

Knowledge of OPM's programs in order to interpret subject matter content information and apply in the development and implementation of creative visual concepts for OPM campaigns and communication plans.

Skill in working with agency standard information technology hardware, software, operating systems, security, telecommunications, peripherals, and procurement procedures used in the development of graphic designs and presentations and management of the graphics area.

Ability to independently solve problems utilizing analytical skills, including project management skills and systems analysis methodologies and techniques, in order to plan, design, and implement a variety of graphic presentations.

Ability to communicate through graphic design and to develop instructional materials used to train a wide range of audiences with varying levels of computer literacy.

Ability to negotiate to effectively analyze customer needs in the planning and designing of graphic presentations.

Ability to interpret technical documentation, operational procedures, and user instructions for the use of agency standard hardware, software, and applications in preparing' presentation documents and educational documents.

**FACTOR 2:, Supervisory Controls**                                    **FL 2-4, 450 pts:**
The supervisor establishes the overall objectives and deadlines of the work assigned. The incumbent carries out assignments independently. The incumbent is expected to act independently and

collaboratively to establish goals, objectives, and priorities based on the needs and requirements established by customers or by the supervisor. The incumbent determines how to accomplish the goal and objectives that are agreed upon, and is also expected to apply his/her judgment on how to handle emerging issues, unexpected situations; and difficult problems. The incumbent resolves differences of opinion or interpretation with customers and coordinates all aspects of the graphic art projects. Review of work concentrates on overall fulfillment of objectives, compatibility, and effectiveness in meeting requirements or achieving expected results.

**FACTOR 3: Guidelines**                                                    **FL 3-4, 450 pts:**
Guidelines are limited and exist only in the form of OPM policies/procedures and regulations that generally address the issues involved in the assignment. Although precedents may exist, because of the unique and general nature of the projects, little guidance is available regarding the best way to accomplish the objectives of the program areas. There is a great deal of latitude, and the incumbent must exercise good judgment and initiative in the application of the above mentioned guidelines. For program campaigns and communication plans, the incumbent must use initiative and resourcefulness in gaining the subject matter information and then convert the information into a plan for design and implementation that will meet customer expectations. The incumbent is also expected to use judgment and initiative in evaluating technological advances in the graphic arts arena and make recommendations for purchasing new hardware and software products. The incumbent works with analysts from other OPM offices and other agencies to develop approaches to adequately address the problem. Assignments require a high degree of good judgment and creative thinking in order to devise innovative solutions to problems presented.

**FACTOR 4: .. Complexity**                                                 **FL 4-5, 325 pts:**
The work involves decisions regarding diverse specialties, such as systems administration, application development, etc., and how these specialties can be employed to successfully plan, design, and implement graphic packages which are of a unique and creative nature. Assignments include planning, implementing and evaluating OPM programs involving the development of information through a variety of graphic art and standard print methods and techniques in disseminating information to a wide variety of audiences. Decisions regarding what needs to be done include determining the type of approach to use in gaining understanding from various sources and the development of methods in achieving communication goals through graphic design while considering conflicting views of OPM programs and policies. The work requires developing creative methods to obtain a broad range of input to resolve the problems by synthesizing the data to develop recommendations.

**FACTOR 5: Scope and Effect**                                              **FL 5-4, 225 pts:**
The purpose of the work is to develop and implement creative visual concepts for OPM campaigns and communication programs involving the distribution of program information through various methods of visual displays for a variety of agency-internal and -external audiences. Graphic designs use a variety of media or individual visual components. Decisions made on graphic designs and implementation plans affect a wide range of activities both within and outside of the agency. Subject matter contents of graphics are intended to educate, influence, and impact success of reaching communication and mission objectives. The position is to provide direction and technical advice in communicating to OPM's public the program's activities and responsibilities and encouraging cooperative working relationships with various organizations. The work contributes to the efficient accomplishment of organization objectives by creatively promoting greater involvement in improving the operation and work of OPM by varied communication techniques which facilitates the total mission of the Office of Communications and Public Liaison, as well as OPM.

**FACTOR 6: Personal Contacts**                                             **FL 6-4 = 110 pts:**
Personal contact is developed and maintained with representatives at all levels of the Office of Communications and Public Liaison, key officials, and managers of other OPM components, interest

groups, federal officials, key personnel outside the Agency, such as contractors, news media, public groups and the general public. Contacts are not on a routine basis.

**FACTOR 7: Purpose of Contacts**                    **FL 7-3 = 110 pts:**
The purpose of contacts is to influence and motivate OPM program managers, other graphic technology users, and key officials involving the design of publications, exhibits, and/or presentation materials presented to the public (internally and externally); negotiate with vendors; provide information on OPM and OCPL activities; and represent OPM and OCPL on various visual graphic art projects. Contacts often involve resolving conflicting viewpoints and approaches to the solution of difficult problems.

**FACTOR 8: Physical Demands**                    **FL 8  5 pts:**
The work is primarily sedentary, although lifting of desktop computers and peripherals may be required.

**FACTOR 9: Work Environment**                    **FL 9-1, 5 pts:**
The work is performed in an office setting. Some travel may be required. While no unusual physical demands are imposed, the incumbent must regularly work with severe time pressures and may be required to work overtime.

**Total Points: 3240**
**This position is classified as a Visual Information Specialist, GS-13**

Knowledge, Skills and Abilities required

Extensive knowledge of highly complex electronic publishing systems.

Ability to design intricate multi-color products utilizing state of the art equipment and procedures.

Knowledge of various techniques, methods, and processes required to communicate ideas, themes, and concepts into visual and printed format.

Ability to plan, prioritize, and organize incoming and in-process work; ability to work under pressure and with short term deadlines.

Knowledge of all printing processes.

Ability to design products that meet program requirements and allow for low cost production and short delivery dates.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VALERIE KLINE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case Number:** |
| **v.** ) | **1:07-CV-451 (JR)** |
| ) | |
| **LINDA M. SPRINGER, DIRECTOR** ) | |
| **United States Office of Personnel** ) | |
| **Management,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Upon consideration of plaintiff's motion for leave to file a surreply, defendant's response thereto, and defendant's motion to stay discovery, it is this _____ day of _____

ORDERED, that plaintiff's motion is granted.  Leave is granted to file plaintiff's surreply and amended opposition to defendant's statement of material facts not in dispute, and it is

FURTHER ORDERED, that defendant's motion to stay discovery pending further order of this Court is granted.

_____
**UNITED STATES DISTRICT COURT**