# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE KLINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case Number: |
| v. | ) 1:07-CV-451 (JR) |
| | ) |
| **LINDA M. SPRINGER, DIRECTOR** | ) |
| **United States Office of Personnel** | ) |
| **Management,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ERRATA AND NOTICE OF FILING

Defendant inadvertently failed to attached the Declaration of Caprice D. Miller to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, filed this date at Docket Entry # 54. This declaration is referred to in Defendant's Opposition as Attachment 1 and is being filed with this Errata and Notice of Filing.

           /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR, )<br>U.S. Office of Personnel Management, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-0451 (JR) |

## DECLARATION OF CAPRICE D. MILLER

I, Caprice D. Miller, declare as follows:

1. The statements made in this declaration are based exclusively on my personal knowledge and are offered in further support of defendant U.S. Office of Personnel Management's ("OPM's") motion for summary judgment ("OPM's motion") and in response to plaintiff's motion for partial summary judgment.

2. I am an Employee Relations Specialist for OPM's Center for Human Capital Management Services, Talent Management Group.

3. An employee's Official Personnel Folder ("OPF") contains performance appraisals for the last four years and are the only evaluations in the OPF. I have reviewed Ms. Kline's OPF and it contains performance appraisals for 2004, 2005, 2006, and 2007.

4. As provided by the relevant regulations and procedures, OPM maintains records of all adverse actions. See, e.g., 5 C.F.R. § 752. An employee's OPF may contain reprimands, SF-52's, and SF-50's. A reprimand, which is considered a disciplinary action, is temporarily placed

in the OPF for two years, and after that time, it is removed. If for whatever reason, a reprimand is not removed at the end of two years, it would be removed from the OPF before it leaves the Agency. In addition, supervisors and managers may keep individual case files, to the extent necessary, for management purposes.

5.  OPFs do not contain counseling memoranda, because counseling memoranda are not disciplinary actions and, therefore, are not included in the OPF.

6.  I have reviewed Ms. Kline's OPF, and it does not presently contain any counseling memoranda or reprimands.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 19th day of June, 2008.

Caprice D. Miller
Employee Relations Specialist
U.S. Office of Personnel Management
Washington, DC