**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| v. | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO SEAL THE**
**REPORT OF THE OFFICE OF INSPECTOR GENERAL CONCERNING**
**INVESTIGATION OF PLAINTIFF**

Defendant moves this Court to seal the attached the recently finalized nonpublic report of

OPM's Office of Inspector General ("OPM's OIG") in connection with their investigation of

Plaintiff.  Only two lines of this report were filed as an attachment to Defendant's Motion to File

a Surreply to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial

Summary Judgment on her retaliation claims.  *See* Docket No. 57, Att. 2 at pp. 1 and 4.  The

report  reflects OPM's OIG's investigation of Plaintiff that was triggered by a third-party's

written allegations, while Plaintiff was reporting to the alleged discriminating officials, Claudio

Benedi and William Davis.

Defendant seeks to offer this report for the limited purpose of rebutting Plaintiff's

arguments that she did an "Outstanding" job and that her "fully successful" rating was

retaliatory, as the report provides the context for Plaintiff's admission that she worked only 4

hours per week.  The report further finds that during work hours, Plaintiff spent great lengths of

time engaged in non-work related internet usage. Report at p. 4.   In Plaintiff's filing found at

Docket No. 40-6, p. 61 of 81, and pp. 64-67 of 81, this nonattention to work was noted and

Plaintiff did not deny the fact that she spent inordinate amounts of time on nonwork-related

Internet activities, but simply claimed that there was no prohibition against it by her employer.

Defendant requests leave to file the report under seal, because OPM's OIG report

contains nonpublic, sensitive material that might subject Plaintiff to unnecessary embarrassment.

This report is not otherwise presented as an issue in the instant litigation.  This report is an issue

presented in Plaintiff's administrative proceedings that are currently pending before the EEOC

on Plaintiff's separate EEO complaints against OPM.  In addition, this Report was not previously

available as OPM's OIG recently finalized it.  Finally, undersigned counsel notes that OPM has

redacted other person's names in the report to comport with Privacy Act concerns.

Undersigned counsel has consulted with Plaintiff who indicates that she objects to this

motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage

prepaid on:

> VALERIE KLINE
> 83 E Street
> P.O. Box 321
> Lothian, MD 20711

on this 17th day of July, 2008.

> _____/s/_____
> CLAIRE WHITAKER
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Room E4204
> Washington, D.C. 20530
> (202)514-7137

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE KLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| **v.** | ) | **1:07-CV-451 (JR)** |
| | ) | |
| **LINDA M. SPRINGER, DIRECTOR** | ) | |
| **United States Office of Personnel** | ) | |
| **Management,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendant's Motion to Seal the Report of the Office of

Inspector General Concerning Plaintiff, the opposition thereto, it is this

_____day of _____, 2008

ORDERED, that said motion is granted.


_____
UNITED STATES DISTRICT COURT