UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR )<br>United States Office of Personnel )<br>Management, )<br>)<br>   Defendant. )<br>_____) | **Case Number:**<br>**1:07-CV-451 (JR)** |

ERRATA TO DOCKET ENTRY 58

The motion filed as Docket Entry #58 is Opposed, not Unopposed.

                          Respectfully submitted,

                          /s/
                        CLAIRE WHITAKER, D.C. Bar # 354530
                        Assistant United States Attorney
                        United States Attorneys Office
                        Civil Division
                        555 4th Street, N.W., Room E-4204
                        Washington, D.C. 20530
                        (202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid on:

      VALERIE KLINE
      83 E Street
      P.O. Box 321
      Lothian, MD 20711

on this 17th day of July, 2008.

                                                      _____/s/_____
                                                    CLAIRE WHITAKER
                                                    Assistant United States Attorney
                                                    555 Fourth Street, N.W.
                                                    Room E4204
                                                    Washington, D.C. 20530
                                                    (202)514-7137