# U.S. DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline<br>83 E Street<br>Lothian, MD 20711<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>Linda M. Springer, Director<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br>　　　　　　　Defendant | Case No. 1:07-cv-451 JR |

## ORDER

For good cause shown, Plaintiff Valerie Kline's Motion to Strike the Motion for Leave to File Surreply and Surreply is hereby GRANTED.

_____
James Robertson
United States District Judge