Certificate of Service

I certify that I sent via first class regular mail on July 28, 2008, a copy of the Motion to Lift Stay of Discovery for Limited Purpose to Depose Author of OIG Report, Compel Production of Documents and Request for Hearing to:

>Philip J. Harvey, Esq.
>100 North Pitt Street, Suite 206
>Alexandria, VA  22314

>Respectfully submitted,


>/S/

>Valerie Kline
>83 E Street
>Lothian, MD  20711
>(301) 509-2684