## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline <br> 83 E Street <br> Lothian, MD 20711 <br><br> Plaintiff <br><br> v. <br><br> Linda M. Springer, Director <br> U. S. Office of Personnel Management <br> 1900 E Street, N.W. <br> Washington, D.C. 20415 <br> Defendant | Case No. 1:07-cv-451 (JR) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

    I certify that I sent via first class regular mail on July 28, 2008, a copy of the Motion to Lift Stay of Discovery for Limited Purpose to Depose Author of OIG Report, Compel Production of Documents and Request for Hearing to:

        Philip J. Harvey, Esq.
        100 North Pitt Street, Suite 206
        Alexandria, VA 22314


        Respectfully submitted,


        /S/

        Valerie Kline
        83 E Street
        Lothian, MD 20711
        (301) 509-2684